IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) Cause No.: |
| v. | )<br>) |
| TRISTAR COMPANIES, LLC | )<br>) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

**COMES NOW** Russell F. Watters with the law firm of Brown & James, P.C. and hereby enters his appearance on behalf of AXIS Surplus Insurance Company in this matter.

Respectfully submitted,

**BROWN & JAMES, P.C.**

By: */s/ Russell F. Watters*
Attorney for Plaintiff, AXIS Surplus Insurance Company
Russell F. Watters
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
(314) 421-3400
rwatters@bjpc.com

27379332.1