# Exhibit 4

## AFFIDAVIT OF REBECCA LIPES

State of MO

_Greene_ County

Before me the undersigned officer duly authorized to administer oaths, personally appeared Rebecca Lipes, who is personally known to me, and after having been duly sworn, deposes and states:

1. My name is Rebecca Lipes, I am over the age of 18, I suffer from no legal disability, and I make this affidavit based upon my personal knowledge except as otherwise stated.

2. I work for Amwins Access Insurance Services, LLC ("Amwins Access") in its Springfield, MO office. Amwins Access is a North Carolina limited liability company. Amwins Access provides underwriting services to various insurance companies.

3. I am an underwriter for Amwins Access. Amwins Access has a binding authority contract with AXIS Surplus Insurance Company. Under that contract, Amwins Access is authorized to issue policies according to AXIS Surplus Insurance Company's requirements.

4. I was Amwins Access' underwriter for AXIS Surplus Insurance Company's Policy No.: ESC90071 for the insured Financial Processing Services, LLC. My underwriting work on this account was subject to AXIS Surplus Insurance Company's approval.

5. On behalf of AXIS Surplus Insurance Company, and subject to its approval, I underwrote the policy for Financial Processing Services, LLC and caused AXIS Surplus Insurance Company's Policy No.: ESC90071 to be issued.

6. Amwins Access maintains its insurance policy files electronically, in a paperless environment. Accordingly, the attached copy of the Policy is printed from an electronic database, and is a true copy of AXIS Surplus Insurance Company's Policy No.: ESC90071 as maintained in the ordinary course of business.

7. Attached, as Exhibit 1 is a true copy of AXIS Surplus Insurance Company's Policy No.: ESC90071 for the insured Financial Processing

Services, LLC. This coverage was underwritten by Amwins Access through AXIS Surplus Insurance Company.

8. The attached AXIS Surplus Insurance Company Policy No.: ESC90071 is a true, complete copy of the policy and all endorsements as maintained by Amwins Access in the ordinary course of its insurance business.

FURTHER AFFIANT SAYETH NAUGHT

Rebecca Lipes
Underwriter
Amwins Access Insurance Services, LLC

Sworn and Subscribed before me this 7th day of February , 20 22

NOTARY PUBLIC

C WILSON
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES APRIL 8, 2025
GREENE COUNTY
COMMISSION #13468747



**POLICYHOLDER NOTICE**

**MISSOURI**

This is evidence of insurance procured and developed under the Missouri Surplus Lines Laws. It is NOT covered by the Missouri Insurance Guaranty Association. This insurer is not licensed by the state of Missouri and is not subject to its supervision.



**SERVICE OF SUIT**

**MISSOURI**

The Company hereby designates the Superintendent, Commissioner or Director of Insurance, or his/her designee, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by you or on your behalf or by any beneficiary under this Policy against the Company arising out of this Policy, provided that all lawful process received by said Superintendent, Commissioner or Director of Insurance, or his/her designee, is sent by certified or registered mail to the Company at:

**AXIS Insurance**

**Attn: Claims Administrator**

**10000 Avalon Blvd.**

**Suite 200**

**Alpharetta, GA 30009**


**Email: USFNOL@axiscapital.com**

**Phone (Toll-Free): (866) 259-5435**

**Phone: (678) 746- 9000**

**Fax: (678) 746-9444**



**POLICYHOLDER NOTICE**

**ECONOMIC AND TRADE SANCTIONS**

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by the Office of Foreign Assets Control (OFAC).

**THE OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") OF THE US DEPARTMENT OF THE TREASURY ADMINISTERS AND ENFORCES ECONOMIC AND TRADE SANCTIONS BASED ON US FOREIGN POLICY AND NATIONAL SECURITY GOALS AGAINST TARGETED FOREIGN COUNTRIES AND REGIMES, TERRORISTS, INTERNATIONAL NARCOTICS TRAFFICKERS, THOSE ENGAGED IN ACTIVITIES RELATED TO THE PROLIFERATION OF WEAPONS OF MASS DESTRUCTION, AND OTHER THREATS TO THE NATIONAL SECURITY, FOREIGN POLICY OR ECONOMY OF THE UNITED STATES.**

**WHENEVER COVERAGE PROVIDED BY THIS POLICY WOULD BE IN VIOLATION OF ANY U.S. ECONOMIC OR TRADE SANCTIONS, SUCH COVERAGE SHALL BE NULL AND VOID.**

**FOR MORE INFORMATION, PLEASE REFER TO:**

***HTTPS://WWW.TREASURY.GOV/RESOURCE-CENTER/SANCTIONS/PAGES/DEFAULT.ASPX***

AXIS 906 0316                                                                                                       Page 1 of 1

POLICY NUMBER: ESC90071                                                    IL DS 00 09 08



# COMMON POLICY DECLARATIONS
## NO FLAT CANCELLATION

| | |
|---|---|
| AXIS Surplus Insurance Company<br>111 South Wacker Drive<br>Chicago IL 60606 | AmWINS Access Insurance Services, LLC<br>One Gresham Landing<br>Stockbridge, GA 30281 |

NAMED INSURED:  Financial Processing Services, LLC

MAILING ADDRESS:  12647 Olive Blvd Ste 510,St Louis, MO 63141

POLICY PERIOD:  FROM 06-01-2021 TO 06-01-2022 AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

| BUSINESS DESCRIPTION | Lessors of Residential Buildings and Dwellings |
|---|---|

This is evidence of insurance procured and developed under the Missouri Surplus Lines Laws. It is NOT covered by the Missouri Insurance Guaranty Association. This insurer is not licensed by the state of Missouri and is not subject to its supervision. This policy is required to bear the name of the producing surplus lines broker.

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | PREMIUM |
|---|---|
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $ 1,905 |
| COMMERCIAL PROPERTY COVERAGE PART | $ |
| LIQUOR LIABILITY COVERAGE PART | $ |
| GENERAL LIABILITY TRIA TERRORISM PREMIUM | |
| TOTAL POLICY PREMIUM: | $ 1,905 |
| | $ |
| AMWINS SERVICE FEE | $ 370.00 |
| SURPLUS LINES TAX | $ 113.75 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| POLICY TOTAL | $ 2,388.75 |

POLICY NUMBER:  ESC90071

IL DS 00 09 08

 **COMMON POLICY DECLARATIONS**

| FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS): |
|---|
| |

| Countersigned: | By: |
|---|---|
| 06/10/2021 | |
| (Date) | (Authorized Representative) |

**NOTE**

OFFICERS' FACSIMILE SIGNATURES MAY BE INSERTED HERE, ON THE POLICY COVER OR ELSE-
WHERE AT THE COMPANY'S OPTION.

This is evidence of insurance procured and developed under the Missouri
Surplus Lines Laws. It is NOT covered by the Missouri hr t q nbd
Guaranty Association. The insurer is not licensed by the state of Missouri
and is not subject to its supervision.
Surplus Lines Licensee Name: _____ *James A Gresham* _____ ∞



POLICY NUMBER: ESC90071

**COMMERCIAL GENERAL LIABILITY**
**CG DS 15 01 02**

# COMMERCIAL GENERAL LIABILITY DECLARATIONS

This is evidence of insurance procured and developed under the Missouri Surplus Lines Laws.  It is NOT covered by the Missouri Insurance Guaranty Association.  This insurer is not licensed by the state of Missouri and is not subject to its supervision. This policy is required to bear the name of the producing surplus lines broker.

| | |
|---|---|
| Axis Surplus Insurance Company<br>111 South Wacker Drive<br>Suite 3500<br>Chicago          IL   60606<br>(866) 259-5435 | AmWINS Access Insurance Services, LLC<br>One Gresham Landing<br>Stockbridge,GA 30281 |

| | | | | |
|---|---|---|---|---|
| NAMED INSURED: | Financial Processing Services, LLC | | | |
| MAILING ADDRESS: | 12647 Olive Blvd Ste 510 | | | |
| | St Louis | | MO | 63141 |
| POLICY PERIOD:   FROM    06/01/2021    TO   06/01/2022 | | | | AT 12:01 A.M. TIME AT |
| YOUR MAILING ADDRESS SHOWN ABOVE | | | | |

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ | 1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ | 100,000 |
| MEDICAL EXPENSE LIMIT | $ | 5,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ | 1,000,000 |
| GENERAL AGGREGATE LIMIT | $ | 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ | 2,000,000 |
| TOTAL POLICY GENERAL AGGREGATE LIMIT | | See SI105 |

| DESCRIPTION OF BUSINESS |
|---|
| FORM OF BUSINESS: |
| ☐ INDIVIDUAL       ☐ PARTNERSHIP       ☐ JOINT VENTURE       ☐ TRUST |
| ☒ LIMITED LIABILITY COMPANY      ☐ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY) |
| BUSINESS DESCRIPTION:   Lessors of Residential Buildings and Dwellings |

| ALL PREMISES YOU OWN, RENT OR OCCUPY | |
|---|---|
| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| Per schedule of locations on file with carrier. | |

| CLASSIFICATION AND PREMIUM | | | | | |
|---|---|---|---|---|---|
| CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE | | ADVANCE PREMIUM |
| | | | Prem/Ops | Prod/Comp Ops | |
| Buildings or Premises | 61217 | 2,500 | 5/ .172/ | Incl | $150 |
| Buildings or Premises | 61217 | 1,592 | 5/ .172/ | Incl | $85 |
| Apartment Buildings | 60010 | 2 | 56.723/ | Incl | $125 |
| Vacant Land | 49451 | 49 | 1.325/ | Incl | $55 |
| Vacant Land | 49451 | 6 | 1.325/ | Incl | $7 |
| Vacant Land | 49451 | 12 | 1.325/ | Incl | $05 |
| Vacant Land | 49451 | 6 | 1.325/ | Incl | $7 |
| Vacant Land | 49451 | 1 | 1.325/ | Incl | $0 |
| Vacant Land | 49451 | 1 | 1.325/ | Incl | $0 |
| Vacant Land | 49451 | 100 | 1.225/ | Incl | $123 |
| Buildings or Premises | 61224 | 1,500 | 115.372/ | Incl | $08/ |
| Vacant Land | 49451 | 49 | 1.325/ | Incl | $55 |
| Vacant Land | 49451 | 19 | 1.325/ | Incl | $14 |
| Vacant Land | 49451 | 100 | 1.325/ | Incl | $133 |
| Vacant Land | 49451 | 54 | 1.325/ | Incl | $61 |
| Vacant Land | 49451 | 20 | 1.225/ | Incl | $16 |
| Vacant Land | 49451 | 60 | 1.325/ | Incl | $7/ |

| INSURED HAS PURCHASED TRIA TERRORISM COVERAGE      ☐ YES      ☒ NO | |
|---|---|
| TRIA TERRORISM PREMIUM: | $0.00 |
| ENDORSEMENTS AND ALL OTHER: | $525.00 |
| TOTAL MINIMUM & DEPOSIT PREMIUM: | $1,380.00 |
| PREMIUM AUDIT FEE: | $0.00 |
| INSPECTION FEE: | $ |
| TOTAL PREMIUM SHOWN IS PAYABLE AT INCEPTION: | $1,905.00 |
| STATE TAX  or OTHER | $0.00 |

| AUDIT PERIOD (IF APPLICABLE) | ☐ ANNUALLY | ☐ SEMI-ANNUALLY | ☐ Quarterly | ☐ Monthly | ☒ NOT AUDITABLE |
|---|---|---|---|---|---|

| **ENDORSEMENTS** |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY: |
| See Schedule of Forms and Endorsements. |

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY. PLEASE SEE ATTACHED FORMS AND ENDORSEMENTS SCHEDULE.**

| Countersigned:  06/10/2021 | By: |
|---|---|
| (Date) | (Authorized Representative) |

CG DS 15 01 02                                                                 Page 3 of 3    ☐



# SIGNATURE PAGE

IN WITNESS WHEREOF, the Company has caused the facsimile signatures of its President and Secretary to be affixed hereto, and has caused this policy to be signed on the Declarations by an authorized representative of the Company.

**Secretary**                                             **President**

Andrew Weissert, Secretary                    Carlton W. Maner, President

## SCHEDULE OF FORMS AND ENDORSEMENTS

**POLICY NUMBER:**   ESC90071                    **EFFECTIVE DATE:**   06-01-2021

**NAMED INSURED:**   Financial Processing Services, LLC

## FORMS

| NUMBER | EDITION DATE | TITLE |
|---|---|---|
| AXIS105 | 0316 | POLICYHOLDER NOTICE |
| AXIS106 | 0415 | SERVICE OF SUIT |
| AXIS906 | 0316 | Policyholder Notice - Economic and Trade Sanctions (OFAC) |
| ILDS00 | 0908 | COMMON POLICY DECLARATIONS |
| CGDS15 | 0102 | CGL DEC |
| AXIS102ASIC | 0415 | AXIS SURPLUS SIGNATURE PAGE |
| AXIS142 | 0915 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| CG0001 | 0413 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| SI105 | 0717 | TOTAL POLICY GENERAL AGGREGATE |
| SI109 | 0616 | SCHEDULE OF NAMED INSUREDS |
| SI112 | 0915 | SCHEDULE OF LOCATIONS |
| SI222 | 0915 | ASBESTOS EXCLUSION |
| SI223 | 0915 | CROSS SUITS  EXCLUSION |
| SI224 | 0915 | EIFS EXCLUSION |
| SI226 | 0915 | LEAD EXCLUSION |
| SI229 | 0915 | SILICA EXCLUSION |
| AXIS1011319 | 1217 | Failure to Comply with the American Disabilities Act Exclusion |
| AXIS1010412 | 0417 | Fracturing Exclusion |

## SCHEDULE OF FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| AXIS1011334 | 0819 | DANGEROUS ANIMAL EXCLUSION – NON-SERVICE/ NON-EMOTIONAL SUPPORT |
| AXIS1011621 | 0318 | Real Estate Development Activities Exclusion |
| AXIS1011622 | 0318 | MARIJUANA/ CANNABIS EXCLUSION |
| AXIS1011955 | 0119 | AIRCRAFT, AUTO OR WATERCRAFT EXCLUSION ENDORSEMENT |
| CG0435 | 1207 | EMPLOYEE BENEFITS LIABILITY COVERAGE |
| CG2011 | 0413 | ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES |
| CG2026 | 0413 | ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION |
| CG2104 | 1185 | EXCLUSION - PRODUCTS/COMPLETED OPERATIONS HAZARD |
| CG2107 | 0514 | EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - LIMITED BODILY INJURY EXCEPTION NOT INCLUDED |
| CG2116 | 0413 | EXCLUSION - DESIGNATED PROFESSIONAL SERVICES |
| CG2132 | 0509 | COMMUNICABLE DISEASE EXCLUSION |
| CG2139 | 1093 | CONTRACTUAL LIABILITY LIMITATION (FOR USE WITH CGL AND PRODUCTS POLICIES) |
| CG2144 | 0417 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES, PROJECT OR OPERATION |
| CG2147 | 0798 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG2149 | 0999 | TOTAL POLLUTION EXCLUSION ENDORSEMENT |
| CG2167 | 1204 | FUNGI OR BACTERIA EXCLUSION |
| CG2173 | 0115 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| IL0021 | 0908 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT |
| CG2109 | 0615 | EXCLUSION - UNMANNED AIRCRAFT |
| AXIS103 | 0415 | Surplus Lines Broker Statement |
| TRIADECLINEDDISCLOSURE | 0115 | Policyholder Disclosure - Notice of Terrorism Insurance Coverage - TRIA Declined |
| AXIS1011730 | 0618 | Minimum Earned Premium Endorsement |
| AXIS1011731 | 0618 | Notices to Insurer |
| AXIS 1011980 | 1119 | Classification Limitation Endorsement |
| AX1325 | 1217 | Diving Board And Swimming Pool Slide Exclusion |

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

       Copyright, Insurance Services Office, Inc.,  1998             □

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

   (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

   (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   (2) The "bodily injury" or "property damage" occurs during the policy period; and

   (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

  **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

  **(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

  **(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

  **(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

  **(a)** Employment by the insured; or

  **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

 © Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

   **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

   However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

   **(a)** Less than 26 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

   **(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

   **(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

  **(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

  **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012      **CG 00 01 04 13**

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage **A**; and

   **b.** Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

© Insurance Services Office, Inc., 2012

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   **a.** Means:

      **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         **(a)** You;

         **(b)** Others trading under your name; or

         **(c)** A person or organization whose business or assets you have acquired; and

      **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   **a.** Means:

      **(1)** Work or operations performed by you or on your behalf; and

      **(2)** Materials, parts or equipment furnished in connection with such work or operations.

   **b.** Includes:

      **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      **(2)** The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13



| End No. | Effective Date of Endorsement | Policy Number | Additional/ Return Premium |
|---------|-------------------------------|---------------|----------------------------|
| | 12:01 a.m. on 06/01/2021<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**TOTAL POLICY GENERAL AGGREGATE**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

1.    Subject to the Total Policy General Aggregate set forth on the Declarations, the General Aggregate Limit under LIMITS OF INSURANCE (Section III) applies separately to each of your "locations".

2.    Item 3, Limits of Insurance in the Declarations is amended by the addition thereto of the following Limit:

Total Policy General Aggregate Limit - $ 5,000,000

3.    SECTION III – LIMITS OF INSURANCE is amended to add the following new paragraph:

The Total Policy General Aggregate Limit is the most we will pay under Coverages A, B and C for the sum of all Limits of Insurance as provided in this SECTION III regardless of the number of your "locations"; except for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4.    For the purpose of this endorsement, "locations" means premises involving the same lot, or connecting lots or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

All other provisions of the policy remain unchanged.



| Endorsement No. | Effective Date of Endorsement | Policy Number | ☐ Additional/ ☐ Return Premium |
|---|---|---|---|
| | 12:01 a.m. on 2021-06-01<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | N/A |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SCHEDULE OF NAMED INSUREDS**

The Commercial General Liability COVERAGE PART Declarations Page is amended to add the following Named Insureds:

| |
|---|
| St. Charles South Main Associates LLC |
| TriStar Property Associates, LLC |
| Samoht Properties |
| 300 S. Main Associates LLC |
| Warren Center LLC |
| Gateway Joint Ventures LLC & GCC East Board LLC |
| Strach Church Road LLC |
| Warrenton East LLC |
| Sixty-Five Market Place LLC |
| Tristar Wing LLC |
| 207 Reservoir LLC |
| 1881 S. New Florissant Rd, LLC |
| 964 Grandview, LLC |
| Huntleigh Acquisitions, LLC |
| Old Gray Summit, LLC |
| 44-100, LLC |
| Gateway 100 Investors, LLC |
| MACC-1, LLC |
| Warrenton East Properties LLC |
| Samoht Properties LLC |
| West Summit, LLC |



| End No. | Effective Date of Endorsement | Policy Number | Additional/ Return Premium |
|---|---|---|---|
| | 12:01 a.m. on 06/01/2021<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SCHEDULE OF LOCATIONS**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**PRODUCTS/COMPLETED OPERATIONS COVERAGE PART**

The policy Declarations page is amended as respects Location of all premises you own, rent or occupy to include the following:

2. 920 S Main St, Saint Charles, MO 63301

3. 300 S Main St, Saint Charles, MO 63301

5. Sec19/TWP 47N, Warrenton, MO 63383

8. Highway T Franklin County, Union, MO 63084

9. 1184 N Service Rd, Warrenton, MO 63383

10. Warrenton E, Warrenton, MO 63383

11. NE Quadrant Hwy 65 & AMP J, Ozark, MO 65721

12. St Charles MO, Saint Charles, MO 63301

13. 207 Reservoir Ave, Saint Charles, MO 63301

15. 1881 s New Florissant rd, Florissant, MO 63031

16. Hwy 270/255 & Hwy 111, Madison, IL 62060

19. 12647 Olive Blvd, St. Louis, MO 63141

20. 964 Grandview Ln, Pacific, MO 63069



21. Section 25, Township 45 North, Range 5 East of the Fifth Principal Meridian, Huntleigh, MO 63131

22. 2035 Old Gray Summit Rd, Pacific, MO 63069

23. Interstate 44 & Hwy 100, Gray Summit, MO 63039

25. Parcel #04-35-0-300-003, Lebanon, IL 62254

26. Long Meadows Road, Pacific, MO 63039

All other provisions of the policy remain unchanged.



| End No. | Effective Date of Endorsement | Policy Number | Additional/ Return Premium |
|---------|-------------------------------|---------------|-----------------------------|
|         | 12:01 a.m. on 06/01/2021<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 |  |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ASBESTOS EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section 1, Coverage – Bodily Injury and Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section 1 Coverage – Personal And Advertising Injury Liability** (if applicable)**:**

**Asbestos Exclusion**

This insurance does not apply to:

a. "Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of asbestos, asbestos fibers whether the asbestos is in pure form or is or was combined with any other products or material, or any other form of asbestos, or products or materials containing asbestos,  regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to any injury or damage;

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediation or disposing of, or in any way responding to, or assessing the effects of asbestos, asbestos fibers, or any other form of asbestos, by any insured or by any other person or entity;

c. Any supervision, instructions, recommendations, warnings, or advice given or which should have been given in connection with a. and b. above;

d. Any obligation to share damages with or repay someone else who must pay damages because of asbestos or products or materials containing asbestos; or

e. Any injury or damage caused or alleged to have been caused by the removal, eradication, detoxification, remediation or decontamination of asbestos or property containing asbestos.

This exclusion shall apply without regard to the source or sources of asbestos, or the basis of the "insured's" liability.  This exclusion includes defects or negligence in design, construction or



materials, or any other event, conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently, or in any sequence with asbestos in causing injury or damage.

All other provisions of the policy remain unchanged.



| End No. | Effective Date of Endorsement | Policy Number | Additional/ Return Premium |
|---------|------------------------------|---------------|----------------------------|
|  | 12:01 a.m. on 06/01/2021 <br><br> If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 |  |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CROSS SUITS EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

1. The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section 1, Coverage – Bodily Injury and Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section 1 Coverage – Personal And Advertising Injury Liability** (if applicable)**:**

   **Cross Suits Exclusion**

   This insurance does not apply to any "claim" or "suit" for "bodily injury", "property damage",  or "personal and advertising injury"  brought by any Named Insured against any other Named Insured.

2. The Condition entitled Separation of Insureds is deleted in its entirety and replaced by the following:

   Except with respect to the Limits of Insurance, the exclusion entitled Cross Suits, and any rights or duties specifically assigned in this policy to the **First Named Insured**, this insurance applies:

   a.  as if each **Named Insured** were the only **Named Insured**; and

   b.  separately to each Insured against whom claim is made or **suit** is brought.

3. The section entitled **DEFINITIONS** is amended to include the following definition::

   "Claim" means any written or oral complaint of injury or damage including but not limited to, any demand for services, repairs or money made to anyone.

All other provisions of the policy remain unchanged.



| End No. | Effective Date of Endorsement | Policy Number | Additional/ Return Premium |
|---------|-------------------------------|---------------|----------------------------|
| | 12:01 a.m. on 06/01/2021<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EIFS EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section 1, Coverage – Bodily Injury and Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section 1 Coverage – Personal And Advertising Injury Liability** (if applicable):

**EIFS Exclusion**

This insurance does not apply to

a. "bodily injury", "property damage", or "personal and advertising injury or other liability or damage arising directly or indirectly out of:

    (1) The design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, service, correction, or replacement of an **exterior insulation and finish system** (EIFS) commonly referred to as synthetic stucco or any part thereof,  or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, finishings, coatings, caulking, or sealants in connection with such system; or

    (2) Any work or operations performed with respect to any exterior component, fixture, or feature of any structure if an "exterior insulation and finish system" or any substantially similar system is used in any part of that structure.

This exclusion includes defects or negligence in design, construction or materials, or any other event, conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently, or in any sequence with the "exterior insulation and finish system" (EIFS) in causing injury or damage.

For the purpose of this exclusion, an "exterior insulation and finish system" (EIFS) means an exterior cladding or finish system used on any part of any structure, and consisting of any or all of the following:



i.    a rigid or semi-rigid  insulation board  made of expanded polystyrene or other materials;

ii.   the adhesive and or mechanical fasteners used to attach the insulation board to the substrte;

iii.  a reinforced base coat;

iv.   a finish coat providing surface texture and color; or

v.    any flashing, caulking or sealant used with the system for any purpose.

All other provisions of the policy remain unchanged.



| End No. | Effective Date of Endorsement | Policy Number | Additional/ Return Premium |
|---|---|---|---|
| | 12:01 a.m. on 06/01/2021 <br><br> If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**LEAD EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section 1, Coverage – Bodily Injury and Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section 1 Coverage – Personal And Advertising Injury Liability** (if applicable)**:**

**Lead Exclusion**

This insurance does not apply to:

a.   "Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of lead, whether the lead is in pure form or is or was combined with any other product or material or products or materials containing lead regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to any injury or damage;

b.   Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediation or disposing of, or in any way responding to, or assessing the effects of lead by any insured or by any other person or entity;

c.   Any supervision, instructions, recommendations, warnings, or advice given or which should have been given in connection with a. and b. above;

d.   Any obligation to share damages with or repay someone else who must pay damages because of lead or products or materials containing lead; or

e.   Any "bodily injury," "property damage," "personal and advertising injury" or any other liability or damage arising out of, caused or alleged to have been caused by the removal, eradication, detoxification, remediation or decontamination of lead or property containing lead.



This exclusion shall apply without regard to the source or sources of lead, or the basis of the "insured's" liability.  This exclusion includes defects or negligence in design, construction or materials, or any other event, conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently, or in any sequence with lead in causing injury or damage.

All other provisions of the policy remain unchanged.



| End No. | Effective Date of Endorsement | Policy Number | Additional/ Return Premium |
|---------|------------------------------|---------------|----------------------------|
|         | 12:01 a.m. on 06/01/2021<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 |  |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SILICA EXCLUSION**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section 1, Coverage – Bodily Injury and Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section 1 Coverage – Personal And Advertising Injury Liability** (if applicable)**:**

**Silica Exclusion**

This insurance does not apply to:

a.  "bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of silica, silica dust or silica substance, whether the silica is in pure form or is or was combined with any other products or material, or any other form of silica, or products or materials containing silica, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to any injury or damage;

b.  any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediation or disposing of, or in any way responding to, or assessing the effects of silica, or any other form of silica, by any insured or  by any other person or entity;

c.  any supervision, instructions, recommendations, warnings, or advice given or which should have been given in connection with a. and b. above;

d.  any obligation to share damages with or repay someone else who must pay damages because of silica or products or materials containing silica; or

e.  any "bodily injury," "property damage," "personal and advertising injury" or any other liability or damage arising out of, caused or alleged to have been caused by the removal, eradication, detoxification, remediation or decontamination of silica or property containing silica.



This exclusion shall apply without regard to the source or sources of silica, or the basis of the "insured's" liability.  This exclusion includes defects or negligence in design, construction or materials, or any other event, conduct or misconduct, which may have or is claimed to have precipitated, caused or acted jointly, concurrently, or in any sequence with silica in causing injury or damage.

All other provisions of the policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 06/01/2021 | ESC90071 | N/A |

**FAILURE TO COMPLY WITH THE AMERICAN WITH DISABILITIES ACT EXCLUSION**

It is agreed that the following exclusion is added to the policy:

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM

The following exclusion is added to Paragraph **2., Exclusions** of **Section 1, Coverage – Bodily Injury and Property Damage Liability** and Paragraph **2., Exclusions** of **Section 1 Coverage – Personal and Advertising Injury Liability** and to Paragraph 2. of **Section I – Liquor Liability Coverage** (as applicable)**:**

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or "injury" arising out of any actual or alleged failure to comply with the provisions of the Americans With Disabilities Act or any other similar federal, state, county or municipal laws or regulations.

All other provisions of the policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 06/01/2021 | ESC90071 | N/A |

**FRACTURING EXCLUSION**

It is agreed the following exclusion is added to the **EXCLUSIONS** section of the policy:

Fracturing

This insurance does not apply to any liability, claim, **suit, loss** or any other cost or expense arising, directly or indirectly, out of any fracturing, fracking, hydro-fracking, horizontal hydro-fracking, or any other similar form of oil or gas well stimulation or injection.

For the purposes of this exclusion, the term any liability includes, but is not limited to, any liability for any injury, damage, damage to underground resources or equipment, pollution, seepage, or contamination of any kind.

For the purposes of this exclusion, fracturing includes, but is not limited to, any process or technique which utilizes any water, sand, mud, chemicals, or any other fluids, gases, or substances of any kind in order to create fissures within underground shale or rock formations to allow oil, natural gas, brine, petroleum, and hydrocarbons to flow through or from such formations.

All other provisions of the policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
|  | 12:01 a.m. on 06/01/2021 | ESC90071 | N/A |

**DANGEROUS ANIMAL EXCLUSION – NON-SERVICE/ NON-EMOTIONAL SUPPORT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Section I, COVERAGES, COVERAGE A, is amended to add the following exclusion:

This insurance does not apply to "bodily injury" or "property damage" arising from the ownership, use, custody, possession or presence of dangerous animals such as those trained to attack, guard or fight or if any insured was aware that the animal had displayed aggressive behavior (including but not limited to biting, scratching, attacking, or combativeness) prior to the time of the "occurrence".

This exclusion does not apply to:

   (1)  service animals such as seeing guide dogs, hearing dogs, or dogs trained to assist the physically challenged; or

   (2) "emotional support animals";

   unless any insured was aware that such animal had displayed aggressive behavior (including but not limited to biting, scratching, attacking, or combativeness) prior to the time of the "occurrence".

   As used in this endorsement, an "emotional support animal" is a type of services animal that is recognized as a "reasonable accommodation" for a person with a disability under the federal Fair Housing Act (FHA Act, 42 U.S.C. 3601 et seq.).

All other provisions of the policy remain unchanged.

AXIS 1011334 0819

Page 1 of 1



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 06/01/2021 | ESC90071 | N/A |

## REAL ESTATE DEVELOPMENT ACTIVITIES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

The following exclusion is **added to 2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury Liability** and **Coverage C - Medical Payments:**

This insurance does not apply to:

"Bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of, resulting from, related to, or in any way connected to "real estate development activities" by or on behalf of any "insured".

As used in this exclusion, "real estate activities" shall mean the design, site preparation, construction, marketing or sales of any real estate owned by any "insured", including wrecking or demolition of any building or structure (including, but not limited to, those used for residential, commercial, agricultural or industrial purposes).

All other provisions of the policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 06/01/2021 | ESC90071 | N/A |

**MARIJUANA/ CANNABIS EXCLUSION**

This endorsement modifies insurance provided under this policy as follows:

The following exclusion shall be added to the policy:

This policy does not apply to any liability, claim, suit, loss or any other cost or expense arising out of the sale, consumption, use, growth, development, use of or exposure to "marijuana" or tetrahydrocannabinol (THC), or any material substance or product infused with or containing marijuana or THC, including any edible products, ointments, aerosols, oils or tinctures.

As used in this endorsement, "marijuana" means all parts of the plant Cannabis sativa L, whether growing or not, the seeds thereof, and resin extracted from the plant; and every compound, manufacture, salt, derivative, or preparation of the plant, or of its seeds or resin.

All other provisions of the policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 06/01/2021 | ESC90071 | N/A |

**AIRCRAFT, AUTO OR WATERCRAFT EXCLUSION ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

It is agreed that the **Aircraft, Auto or Watercraft** exclusion set forth in **2. Exclusions of SECTION I – COVERAGES – COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is deleted in its entirety and replaced with the following:

**Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of any "auto" or the ownership, maintenance, use by any person entrustment to others of any aircraft or watercraft owned or operated or rented or loaned to any insured.  Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved any "auto" or the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

    (b) Not being used to carry persons or property for a charge;

(3) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(4) "Bodily injury" or "property damage" arising out of:

    (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

    (b) The operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

All other provisions of the policy remain unchanged.

POLICY NUMBER: ESC90071

**COMMERCIAL GENERAL LIABILITY**
**CG 04 35 12 07**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYEE BENEFITS LIABILITY COVERAGE

**THIS ENDORSEMENT PROVIDES CLAIMS-MADE COVERAGE.**
**PLEASE READ THE ENTIRE ENDORSEMENT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Limit Of Insurance | Each Employee Deductible | Premium |
|---|---|---|---|
| **Employee Benefits Programs** | $ 1,000,000          each employee<br>$ 1,000,000          aggregate | $ 1,000 | $ 250 |
| **Retroactive Date:** | | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A.** The following is added to **Section I – Coverages:**

**COVERAGE – EMPLOYEE BENEFITS LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission, of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **D.** (Section III – Limits Of Insurance); and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to damages only if:

**(1)** The act, error or omission, is negligently committed in the "administration" of your "employee benefit program";

**(2)** The act, error or omission, did not take place before the Retroactive Date, if any, shown in the Schedule nor after the end of the policy period; and

**(3)** A "claim" for damages, because of an act, error or omission, is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or an Extended Reporting Period we provide under Paragraph **F.** of this endorsement.

**c.** A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or

© ISO Properties, Inc., 2006

(2) When we make settlement in accordance with Paragraph **a.** above.

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the claim.

**d.** All "claims" for damages made by an "employee" because of any act, error or omission, or a series of related acts, errors or omissions, including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Dishonest, Fraudulent, Criminal Or Malicious Act**

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

**b. Bodily Injury, Property Damage, Or Personal And Advertising Injury**

"Bodily injury", "property damage" or "personal and advertising injury".

**c. Failure To Perform A Contract**

Damages arising out of failure of performance of contract by any insurer.

**d. Insufficiency Of Funds**

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

**e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation**

Any "claim" based upon:

(1) Failure of any investment to perform;

(2) Errors in providing information on past performance of investment vehicles; or

(3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program".

**f. Workers' Compensation And Similar Laws**

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g. ERISA**

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

**h. Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i. Taxes, Fines Or Penalties**

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

**j. Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**B.** For the purposes of the coverage provided by this endorsement:

**1.** All references to Supplementary Payments – Coverages **A** and **B** are replaced by Supplementary Payments – Coverages **A, B** and **Employee Benefits Liability.**

**2.** Paragraphs **1.b.** and **2.** of the Supplementary Payments provision do not apply.

**C.** For the purposes of the coverage provided by this endorsement, Paragraphs **2.** and **3.** of **Section II – Who Is An Insured** are replaced by the following:

**2.** Each of the following is also an insured:

**a.** Each of your "employees" who is or was authorized to administer your "employee benefit program".

**b.** Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

 © ISO Properties, Inc., 2006 CG 04 35 12 07   □

**c.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if no other similar insurance applies to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.** Coverage under this provision does not apply to any act, error or omission that was committed before you acquired or formed the organization.

**D.** For the purposes of the coverage provided by this endorsement, **Section III – Limits Of Insurance** is replaced by the following:

**1. Limits Of Insurance**

**a.** The Limits of Insurance shown in the Schedule and the rules below fix the most we will pay regardless of the number of:

**(1)** Insureds;

**(2)** "Claims" made or "suits" brought;

**(3)** Persons or organizations making "claims" or bringing "suits";

**(4)** Acts, errors or omissions; or

**(5)** Benefits included in your "employee benefit program".

**b.** The Aggregate Limit is the most we will pay for all damages because of acts, errors or omissions negligently committed in the "administration" of your "employee benefit program".

**c.** Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**(1)** An act, error or omission; or

**(2)** A series of related acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program".

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

**2. Deductible**

**a.** Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to Each Employee. The limits of insurance shall not be reduced by the amount of this deductible.

**b.** The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

**c.** The terms of this insurance, including those with respect to:

**(1)** Our right and duty to defend any "suits" seeking those damages; and

**(2)** Your duties, and the duties of any other involved insured, in the event of an act, error or omission, or "claim"

apply irrespective of the application of the deductible amount.

**d.** We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**E.** For the purposes of the coverage provided by this endorsement, Conditions **2.** and **4.** of **Section IV – Commercial General Liability Conditions** are replaced by the following:

**2. Duties In The Event Of An Act, Error Or Omission, Or "Claim" Or "Suit"**

**a.** You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim". To the extent possible, notice should include:

**(1)** What the act, error or omission was and when it occurred; and

(2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

**b.** If a "claim" is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the "claim" or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis that is effective prior to the beginning of the policy period shown in the Schedule of this insurance and that applies to an act, error or omission on other than a claims-made basis, if:

(a) No Retroactive Date is shown in the Schedule of this insurance; or

(b) The other insurance has a policy period which continues after the Retroactive Date shown in the Schedule of this insurance.

(2) When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of the total amount that all such other insurance would pay for the loss in absence of this insurance; and the total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance to the total applicable limits of insurance of all insurers.

© ISO Properties, Inc., 2006

CG 04 35 12 07          □

**F.** For the purposes of the coverage provided by this endorsement, the following Extended Reporting Period provisions are added, or, if this endorsement is attached to a claims-made Coverage Part, replaces any similar Section in that Coverage Part:

**EXTENDED REPORTING PERIOD**

**1.** You will have the right to purchase an Extended Reporting Period, as described below, if:

   **a.** This endorsement is canceled or not renewed; or

   **b.** We renew or replace this endorsement with insurance that:

      **(1)** Has a Retroactive Date later than the date shown in the Schedule of this endorsement; or

      **(2)** Does not apply to an act, error or omission on a claims-made basis.

**2.** The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It applies only to "claims" for acts, errors or omissions that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. Once in effect, the Extended Reporting Period may not be canceled.

**3.** An Extended Reporting Period of five years is available, but only by an endorsement and for an extra charge.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   **a.** The "employee benefit programs" insured;

   **b.** Previous types and amounts of insurance;

   **c.** Limits of insurance available under this endorsement for future payment of damages; and

   **d.** Other related factors.

   The additional premium will not exceed 100% of the annual premium for this endorsement.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

**4.** If the Extended Reporting Period is in effect, we will provide an extended reporting period aggregate limit of insurance described below, but only for claims first received and recorded during the Extended Reporting Period.

   The extended reporting period aggregate limit of insurance will be equal to the dollar amount shown in the Schedule of this endorsement under Limits of Insurance.

   Paragraph **D.1.b.** of this endorsement will be amended accordingly. The Each Employee Limit shown in the Schedule will then continue to apply as set forth in Paragraph **D.1.c.**

**G.** For the purposes of the coverage provided by this endorsement, the following definitions are added to the **Definitions** Section:

**1.** "Administration" means:

   **a.** Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   **b.** Handling records in connection with the "employee benefit program"; or

   **c.** Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program".

   However, "administration" does not include handling payroll deductions.

**2.** "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

**3.** "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

**4.** "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

**a.** Group life insurance, group accident or health insurance, dental, vision and hearing plans, and flexible spending accounts, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

**b.** Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible under the plan for such benefits;

**c.** Unemployment insurance, social security benefits, workers' compensation and disability benefits;

**d.** Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

**e.** Any other similar benefits designated in the Schedule or added thereto by endorsement.

**H.** For the purposes of the coverage provided by this endorsement, Definitions **5.** and **18.** in the **Definitions** Section are replaced by the following:

**5.** "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**18.** "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

© ISO Properties, Inc., 2006

CG 04 35 12 07      ☐

POLICY NUMBER:ESC90071

**COMMERCIAL GENERAL LIABILITY**
**CG 20 11 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Designation Of Premises (Part Leased To You):**
12647 Olive Blvd, St. Louis, MO 63141

**Name Of Person(s) Or Organization(s) (Additional Insured):**
Cushman & Wakefield US, Inc
575 Maryville Centre Dr, Ste 115, , St. Louis, MO  63141

**Additional Premium:**$Not Applicable

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.

2. Structural alterations, new construction or demolition operations performed by or on behalf of the person(s) or organization(s) shown in the Schedule.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER:ESC90071

**COMMERCIAL GENERAL LIABILITY**
**CG 20 26 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name Of Additional Insured Person(s) Or Organization(s)**
GCC II Board, LLC

12647 Olive Blvd, Suite 510, St. Louis, MO  63141

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**1.** In the performance of your ongoing operations; or

    **2.** In connection with your premises owned by or rented to you.

However:

    **1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

    **2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

    **1.** Required by the contract or agreement; or

    **2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – PRODUCTS-COMPLETED OPERATIONS HAZARD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

This insurance does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard".

COMMERCIAL GENERAL LIABILITY
CG 21 07 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

POLICY NUMBER: ESC90071

**COMMERCIAL GENERAL LIABILITY**
**CG 21 16 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description Of Professional Services |
| --- |
| 1.  All Professional Services provided by the Insured. |
| 2. |
| 3. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

COMMERCIAL GENERAL LIABILITY
CG 21 32 05 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

COMMERCIAL GENERAL LIABILITY
CG 21 39 10 93

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the DEFINITIONS Section is replaced by the following:

"Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement.

POLICY NUMBER:ESC90071

**COMMERCIAL GENERAL LIABILITY**
**CG 21 44 04 17**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES, PROJECT OR OPERATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Premises:**
Refer to Form SI112 for All locations

**Project:**

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** If this endorsement is attached to Commercial General Liability Coverage Form **CG 00 01,** the provisions under this Paragraph **A.** apply:

1. Paragraph **1.b.** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

   **b.** This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

   **(1)** The "bodily injury" or "property damage":

      **(a)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

      **(b)** Arises out of the project or operation shown in the Schedule;

   **(2)** The "bodily injury" or "property damage" occurs during the policy period; and

   **(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

2. Paragraph **1.b.** under **Section I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

   **b.** This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

   **(1)** The offense arises out of your business:

      **(a)** Performed on the premises shown in the Schedule; or

      **(b)** In connection with the project or operation shown in the Schedule; and

   **(2)** The offense was committed during the policy period.

   However, with respect to Paragraph **1.b.(1)(a)** of this Insuring Agreement, if the "personal and advertising injury" is caused by:

(1) False arrest, detention or imprisonment; or

(2) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises.

3. Paragraph **1.a.** under **Section I – Coverage C – Medical Payments** is replaced by the following:

a. We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

(1) Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

(2) Arises out of the project or operation shown in the Schedule;

provided that:

(a) The accident takes place during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

B. If this endorsement is attached to Commercial General Liability Coverage Form **CG 00 02,** the provisions under this Paragraph **B.** apply:

1. Paragraph **1.b.** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

b. This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

(1) The "bodily injury" or "property damage":

(a) Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

(b) Arises out of the project or operation shown in the Schedule;

(2) The "bodily injury" or "property damage" did not occur before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

(3) A claim for damages because of the "bodily injury" or "property damage" is first made against any insured, in accordance with Paragraph **1.c.** of this Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V –** Extended Reporting Periods.

2. Paragraph **1.b.** under **Section I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

b. This insurance applies to "personal and advertising injury" caused by an offense committed in the "coverage territory" but only if:

(1) The offense arises out of your business:

(a) Performed on the premises shown in the Schedule; or

(b) In connection with the project or operation shown in the Schedule;

(2) The offense was not committed before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

(3) A claim for damages because of the "personal and advertising injury" is first made against any insured, in accordance with Paragraph **1.c.** of this Insuring Agreement, during the policy period or any Extended Reporting Period we provide under Section **V –** Extended Reporting Periods.

However, with respect to Paragraph **1.b.(1)(a)** of this Insuring Agreement, if the "personal and advertising injury" is caused by:

(1) False arrest, detention or imprisonment; or

(2) The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

then such offense must arise out of your business performed on the premises shown in the Schedule and the offense must have been committed on the premises shown in the Schedule or the grounds and structures appurtenant to those premises.

 © Insurance Services Office, Inc., 2016

3. Paragraph **1.a.** under **Section I – Coverage C – Medical Payments** is replaced by the following:

   **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident that takes place in the "coverage territory" if the "bodily injury":

   **(1)** Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises; or

   **(2)** Arises out of the project or operation shown in the Schedule;

   provided that:

   **(a)** The accident takes place during the policy period;

   **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

   **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

 © Insurance Services Office, Inc., 2016

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc.,  1997

COMMERCIAL GENERAL LIABILITY
CG 21 49 09 99

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of,  "pollutants".

Copyright, Insurance Services Office, Inc.,  1998

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

© ISO Properties, Inc.,  2003

☐

COMMERCIAL GENERAL LIABILITY
CG 21 73 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism".

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

                    © ISO Properties, Inc., 2007                       ☐

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

COMMERCIAL GENERAL LIABILITY
CG 21 09 06 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This Paragraph **g.(2)** does not apply to:

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is:

**(i)** Less than 26 feet long; and

**(ii)** Not being used to carry persons or property for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of:

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(ii)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

© Insurance Services Office, Inc., 2014
CG 21 09 06 15



2021-06-10


909 East Republic Road,
Suite E200
Springfield, MO 65807

Re:   Financial Processing Services, LLC
      12647 Olive Blvd Ste 510
      St Louis, MO

      Policy No: ESC90071
      Policy Period: 2021-06-01 to 2022-06-01

Dear Broker:

Many states require AXIS, as an eligible surplus lines insurer, to obtain and report certain Surplus Lines Broker information on policies written. So that we may report to the states accurately, we ask that you carefully review the information below. **Note that if you are required to complete any section of this form, it is imperative that you return this form within thirty (30) days of the policy's effective date.**

### Home State:

**According to our records, the Policyholder's "Home State" is .**
*("Home State" as defined by the Nonadmitted and Reinsurance Reform Act of 2010).* **If this is correct, skip to the next section. If this is NOT correct, it is imperative that you complete the following information:**

Named Insured's Corrected Home State (if applicable): _____

Procuring Surplus Lines Broker's Name: _____

Procuring Surplus Lines Broker's Address: _____

Procuring Surplus Lines Broker's "Home State" License #: _____

### New Jersey Home State Risks:

If the Home State is New Jersey, the Transaction Number is **REQUIRED**:

### Independent Procurement:

With respect to independently procured policies, the following individual hereby confirms that the required filings will be made and applicable taxes paid for any independently procured coverage:

Name: _____     Date: _____

By completion of this form, the Procuring Surplus Lines Broker confirms that this policy is issued as a surplus lines policy in accordance with applicable state requirements and that surplus lines tax filings, and any applicable surcharges, fees or assessments, will be filed as required. The Procuring Surplus Lines Broker further agrees that, upon request of AXIS or any insurance regulator, a copy of applicable surplus lines broker license(s) and evidence of payment of required surplus lines taxes will be provided promptly.

Name of Person Completing this Form: _____     Date: _____



**POLICYHOLDER DISCLOSURE**

**NOTICE OF TERRORISM INSURANCE COVERAGE – TRIA DECLINED**

This Notice is issued in accordance with the terms and conditions of the Terrorism Risk Insurance Act, as amended (the "Act").

You are hereby notified that coverage for "insured losses" directly resulting from an "act of terrorism" as defined in the Act, as explained in the Policyholder Disclosure notice, (1) was made available to you; and (2) you declined or failed to confirm the purchase of such coverage. Therefore, this insurance does not provide coverage for losses directly resulting from any "act of terrorism" as defined by the Act except to the extent, if any, otherwise provided by this Policy.

**INSTRUCTION TO BROKER**

You are instructed to deliver a copy of this notice to our insured.

*Includes copyrighted material 2015 National Association of Insurance Commissioners*



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 2021-06-01 | ESC90071 | N/A |

**MINIMUM EARNED PREMIUM ENDORSEMENT**

This endorsement modifies insurance provided under the policy.

In the event that you cancel this policy, a minimum earned premium of 25% of the original policy premium shall become earned; any conditions of the policy to the contrary notwithstanding.

Your failure to make timely payment of premium shall be considered a request by you for us to cancel the policy.  In the event if such cancellation by us for non-payment of premium, the minimum earned premium shall be due and payable; provided, however, such non-payment cancellation shall be rescinded if you remits the full premium due within 10 days of receiving it.

All other provisions of the policy remain unchanged.



| NOTICES TO INSURER |
|---|
| *Send Notice of Claims To:*<br><br>**Attn: New Loss Unit**<br>**North American Risk Services**<br>**P.O. Box 166002**<br>**Altamonte Springs, FL 32716-6002**<br><br>Email: reportaclaim@narisk.com<br>Phone: (800) 315-6090<br>Fax: (866) 261-8507<br>Website: https://claims.narisk.com/amwins |



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on | | |

### CLASSIFICATION LIMITATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

I.  It is agreed that the following exclusion is added as an item to SECTION 1 – COVERAGES, COVERAGE A -- BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions and to COVERAGE B -- PERSONAL AND ADVERTISING  INJURY LIABILITY, 2. Exclusions:

"Bodily injury", "property damage" or "personal or advertising injury" arising of any operations that are not classified or shown on the Declarations of this policy.

II. It is further agreed that this insurance applies only to "bodily injury", "property damage" or "personal and advertising injury" arising out of operations classified or shown on the Declarations.

All other provisions of the Policy remain unchanged.



| Endorsement Number | Effective Date of Endorsement | Policy Number | Premium |
|---|---|---|---|
| | 12:01 a.m. on 05/19/2021 | | |

**DIVING BOARD AND SWIMMING POOL SLIDE EXCLUSION**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM

The following exclusion is added to Paragraph **2.**, **Exclusions** of **Section 1, Coverage – Bodily Injury and Property Damage Liability** and Paragraph **2.**, **Exclusions** of **Section 1 Coverage – Personal and Advertising Injury Liability** and to Paragraph 2. of **Section 1 – Liquor Liability Coverage** (as applicable)**:**

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or "injury" arising out of the actual or alleged ownership, selection, design, installation, maintenance, placement, availability, use or control of any "diving board", "diving platform" or "swimming pool slide", attached to or used in connection with any swimming pool, including but not limited to any of the above injuries or damage arising out of the supervision, hiring, employment, training or monitoring of, or failure to warn anyone in connection with the ownership, installation, maintenance, availability, use, or control of any "diving board", "diving platform" or "swimming pool slide", including ladders, stairs or railing related to any of these.

As used herein, "diving board" means any board secured at one end and projecting over water at the other, designed for use as a surface from which a person may enter the pool by diving, jumping, or any similar activity. "Diving platform" means any structure, other than a diving board", designed for use as a surface from which a person may enter the water by diving, jumping or other similar activity. "Diving platform" includes racing blocks. "Swimming pool slide" means any device used to enter a swimming pool by sliding down an inclined plane.

All other provisions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Change
Number  1

| POLICY NUMBER<br>ESC90071 | POLICY CHANGES<br>EFFECTIVE<br>06-25-2021 | COMPANY<br>Axis Surplus Insurance Company |
|---|---|---|
| NAMED INSURED<br>Financial Processing Services, LLC | | AUTHORIZED REPRESENTATIVE<br>MGA Only-AmWINS Access Ins.-<br>Small Commercial Business<br>[Charlotte] |

COVERAGE PARTS AFFECTED
Commercial General Liability Coverage Part

### CHANGES

In consideration of an Additional premium of $33.00 and taxes $1.65, It is hereby agreed that the following change is made to the policy:

The following location is added to the policy:

Location #17:
E-1255, W. SAND RD., N. 1-270, S. Hwy 270-255 + Hwy 111
EDWARDSVILLE IL 62025

The following Class Code is added to Location #17:
Class Code :  49451 - Vacant Land - Other than Not-For-Profit
Exposure : 26 Units

The following is added as Additional Named Insured per attached form SI 109 (06-16) - SCHEDULE OF NAMED INSUREDS::
Gateway 210 Owner, LLC

All other terms and conditions remain unchanged.

Authorized Representative
Signature

**IL 12 01 11 85**          Copyright, Insurance Services Office, Inc.,   1983          **Page 1 of 1**   ☐
Copyright, ISO Commercial Risk Services, Inc.,   1983



| Endorsement No. | Effective Date of Endorsement | Policy Number | ☐ Additional/ ☐ Return Premium |
|---|---|---|---|
| | 12:01 a.m. on 2021-06-25<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | N/A |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SCHEDULE OF NAMED INSUREDS**

The Commercial General Liability COVERAGE PART Declarations Page is amended to add the following Named Insureds:

| |
|---|
| Financial Processing Services, LLC, St. Charles South Main Associates LLC |
| TriStar Property Associates, LLC |
| Samoht Properties |
| 300 S. Main Associates LLC |
| Warren Center LLC |
| Gateway Joint Ventures LLC & GCC East Board LLC |
| Strach Church Road LLC |
| Warrenton East LLC |
| Sixty-Five Market Place LLC |
| Tristar Wing LLC |
| 207 Reservoir LLC |
| 1881 S. New Florissant Rd, LLC |
| 964 Grandview, LLC |
| Huntleigh Acquisitions, LLC |
| Old Gray Summit, LLC |
| 44-100, LLC |
| Gateway 100 Investors, LLC |
| MACC-1, LLC |
| Warrenton East Properties LLC |
| Samoht Properties LLC |
| West Summit, LLC |
| Gateway 210 Owner, LLC |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Change
Number  2

| POLICY NUMBER<br>ESC90071 | POLICY CHANGES<br>EFFECTIVE<br>06-30-2021 | COMPANY<br>Axis Surplus Insurance Company |
|---|---|---|
| NAMED INSURED<br>Financial Processing Services, LLC | | AUTHORIZED REPRESENTATIVE<br>MGA Only-AmWINS Access Ins.-<br>Small Commercial Business<br>[Charlotte] |
| COVERAGE PARTS AFFECTED<br>Commercial General Liability Coverage Part | | |

CHANGES

In consideration of return premium ($214.00) and taxes ($10.70), it is here by agreed that the following changes are made to the policy:

The location is deleted from the policy in its entirety:

Location #2:

300 S Main St, Saint Charles, MO 63301

The following Additional Named Insured is deleted from the policy:

300 S. Main Associates, LLC

All other terms and conditions remain unchanged.

Authorized Representative
Signature

**IL 12 01 11 85**       Copyright, Insurance Services Office, Inc.,  1983       **Page 1 of 1**   □
                        Copyright, ISO Commercial Risk Services, Inc.,  1983



| Endorsement No. | Effective Date of Endorsement | Policy Number | ☐ Additional/ ☐ Return Premium |
|---|---|---|---|
| | 12:01 a.m. on 2021-06-30<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | N/A |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SCHEDULE OF NAMED INSUREDS**

The Commercial General Liability COVERAGE PART Declarations Page is amended to add the following Named Insureds:

| |
|---|
| Financial Processing Services, LLC, St. Charles South Main Associates LLC |
| TriStar Property Associates, LLC |
| Samoht Properties |
| Warren Center LLC |
| Gateway Joint Ventures LLC & GCC East Board LLC |
| Strach Church Road LLC |
| Warrenton East LLC |
| Sixty-Five Market Place LLC |
| Tristar Wing LLC |
| 207 Reservoir LLC |
| 1881 S. New Florissant Rd, LLC |
| 964 Grandview, LLC |
| Huntleigh Acquisitions, LLC |
| Old Gray Summit, LLC |
| 44-100, LLC |
| Gateway 100 Investors, LLC |
| MACC-1, LLC |
| Warrenton East Properties LLC |
| Samoht Properties LLC |
| West Summit, LLC |
| Gateway 210 Owner, LLC |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Change
Number  3

| POLICY NUMBER<br>ESC90071 | POLICY CHANGES<br>EFFECTIVE<br>07-01-2021 | COMPANY<br>Axis Surplus Insurance Company |
|---|---|---|
| NAMED INSURED<br>Financial Processing Services, LLC | | AUTHORIZED REPRESENTATIVE<br>MGA Only-AmWINS Access Ins.-<br>Small Commercial Business<br>[Charlotte] |

COVERAGE PARTS AFFECTED
Commercial General Liability Coverage Part

CHANGES

In consideration of return premium ($43.00) and taxes ($2.15), it is hereby agreed that the following change is made to the policy:

The Exposure for Location #16 - Long Meadows Rd, Pacific, MO 63069 has been amended to read as follows:

Class Code :  49451 - Vacant Land - Other than Not-For-Profit
Exposure : 25 Units

All other terms and conditions remain unchanged.

Authorized Representative
Signature

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Change
Number  4

| POLICY NUMBER<br>ESC90071 | POLICY CHANGES<br>EFFECTIVE<br>07-14-2021 | COMPANY<br>Axis Surplus Insurance Company |
|---|---|---|
| NAMED INSURED<br>Financial Processing Services, LLC | | AUTHORIZED REPRESENTATIVE<br>MGA Only-AmWINS Access Ins.-<br>Small Commercial Business<br>[Charlotte] |

COVERAGE PARTS AFFECTED
Commercial General Liability Coverage Part

CHANGES

In consideration of return premium ($4.00) and taxes ($0.20), it is hereby agreed that the following change is made to the policy:

The Exposure for Location #12 - Section 25, Township 45 North, Range 5 East of the Fifth Principal Meridian, Huntleigh, MO 63131 has been amended to read as follows:

Class Code :  49451 - Vacant Land - Other than Not-For-Profit
Exposure : 15 Units

All other terms and conditions remain unchanged.

Authorized Representative
Signature

**IL 12 01 11 85**             Copyright, Insurance Services Office, Inc.,   1983                    **Page 1 of 1**   ☐
Copyright, ISO Commercial Risk Services, Inc.,   1983

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Change
Number  6

| POLICY NUMBER ESC90071 | POLICY CHANGES EFFECTIVE 08-26-2021 | COMPANY Axis Surplus Insurance Company |
|---|---|---|
| NAMED INSURED Financial Processing Services, LLC | | AUTHORIZED REPRESENTATIVE MGA Only-AmWINS Access Ins.- Small Commercial Business [Charlotte] |
| COVERAGE PARTS AFFECTED Commercial General Liability Coverage Part | | |

CHANGES

In consideration of an Additional premium of $19.00 and taxes $0.95, It is hereby agreed that the following change is made to the policy:

The following location is added to the policy:

Location #18:
Section 20 and 21, Township 47 North, Range 2 West, Warrenton, MO 63383

The following Class Code is added to Location #18:
Class Code :  49451 - Vacant Land - Other than Not-For-Profit
Exposure : 19 Units

All other terms and conditions remain unchanged.

Authorized Representative
Signature

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Change
Number  5

| POLICY NUMBER<br>ESC90071 | POLICY CHANGES<br>EFFECTIVE<br>07-19-2021 | COMPANY<br>Axis Surplus Insurance Company |
|---|---|---|
| NAMED INSURED<br>Financial Processing Services, LLC | | AUTHORIZED REPRESENTATIVE<br>MGA Only-AmWINS Access Ins.-<br>Small Commercial Business<br>[Charlotte] |

COVERAGE PARTS AFFECTED
Commercial General Liability Coverage Part

CHANGES

In consideration of Return Premium ($14.00) and Taxes ($0.70), it is here by agreed that the following changes are made to the policy:

The following Location is deleted in its entirety:

Location #05:
NE Quadrant Hwy 65 & J
Ozark, MO 65721

The following Additional Named Insured is removed from the policy:
Sixty-Five Market Place LLC

The following form is amended and attached:
SI 109 (06-16) - SCHEDULE OF NAMED INSUREDS

All other terms and conditions remain unchanged.

Authorized Representative
Signature

**IL 12 01 11 85**        Copyright, Insurance Services Office, Inc.,  1983        **Page 1 of 1**
                          Copyright, ISO Commercial Risk Services, Inc.,  1983



| Endorsement No. | Effective Date of Endorsement | Policy Number | ☐ Additional/<br>☐ Return Premium |
|---|---|---|---|
| | 12:01 a.m. on 2021-07-19<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | N/A |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SCHEDULE OF NAMED INSUREDS**

The Commercial General Liability COVERAGE PART Declarations Page is amended to add the following Named Insureds:

| |
|---|
| St. Charles South Main Associates LLC |
| TriStar Property Associates, LLC |
| Samoht Properties |
| Warren Center LLC |
| Gateway Joint Ventures LLC & GCC East Board LLC |
| Strach Church Road LLC |
| Warrenton East LLC |
| Tristar Wing LLC |
| 207 Reservoir LLC |
| 1881 S. New Florissant Rd, LLC |
| 964 Grandview, LLC |
| Huntleigh Acquisitions, LLC |
| Old Gray Summit, LLC |
| 44-100, LLC |
| Gateway 100 Investors, LLC |
| MACC-1, LLC |
| Warrenton East Properties LLC |
| Samoht Properties LLC |
| West Summit, LLC |
| Gateway 210 Owner, LLC |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Change
Number  7

| POLICY NUMBER<br>ESC90071 | POLICY CHANGES EFFECTIVE<br>09-20-2021 | COMPANY<br>Axis Surplus Insurance Company |
|---|---|---|
| NAMED INSURED<br>Financial Processing Services, LLC | | AUTHORIZED REPRESENTATIVE<br>MGA Only-AmWINS Access Ins.-<br>Small Commercial Business<br>[Charlotte] |
| COVERAGE PARTS AFFECTED<br>Commercial General Liability Coverage Part | | |

CHANGES

In consideration of a return premium ($1.00) and ($0.05)Taxes, It is hereby agreed that the following location is deleted from the policy in its entirety:

Location #8:

1881 s New Florissant rd,
Florissant, MO 63031

The following additional named insured is removed from the policy:

1881 S. New Florissant Rd, LLC

Return premium: ($1.00)
All other terms and conditions remain unchanged.

Authorized Representative
Signature

**IL 12 01 11 85**          Copyright, Insurance Services Office, Inc.,  1983          **Page 1 of 1**   ☐
                            Copyright, ISO Commercial Risk Services, Inc.,  1983



| Endorsement No. | Effective Date of Endorsement | Policy Number | ☐ Additional/ ☐ Return Premium |
|---|---|---|---|
| | 12:01 a.m. on 2021-09-20 <br><br> If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | N/A |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SCHEDULE OF NAMED INSUREDS**

The Commercial General Liability COVERAGE PART Declarations Page is amended to add the following Named Insureds:

| |
|---|
| St. Charles South Main Associates LLC |
| TriStar Property Associates, LLC |
| Samoht Properties |
| Warren Center LLC |
| Gateway Joint Ventures LLC & GCC East Board LLC |
| Strach Church Road LLC |
| Warrenton East LLC |
| Tristar Wing LLC |
| 207 Reservoir LLC |
| 964 Grandview, LLC |
| Huntleigh Acquisitions, LLC |
| Old Gray Summit, LLC |
| 44-100, LLC |
| Gateway 100 Investors, LLC |
| MACC-1, LLC |
| Warrenton East Properties LLC |
| Samoht Properties LLC |
| West Summit, LLC |
| Gateway 210 Owner, LLC |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Policy Change
Number  8

| POLICY NUMBER<br>ESC90071 | POLICY CHANGES<br>EFFECTIVE<br>01-19-2022 | COMPANY<br>Axis Surplus Insurance Company |
|---|---|---|
| NAMED INSURED<br>Financial Processing Services, LLC | | AUTHORIZED REPRESENTATIVE<br>MGA Only-AmWINS Access Ins.-<br>Small Commercial Business<br>[Charlotte] |
| COVERAGE PARTS AFFECTED<br>Commercial General Liability Coverage Part | | |

**CHANGES**

In consideration of no change in premium, it is hereby agreed that the following Additional Named Insured's are added to the policy:

TriStar Real Estate Acquisitions, LLC

TriStar Real Estate, LLC

All other terms and conditions remain unchanged.

Authorized Representative
Signature

**IL 12 01 11 85**          Copyright, Insurance Services Office, Inc.,   1983          **Page 1 of 1**   ☐
Copyright, ISO Commercial Risk Services, Inc.,   1983



| Endorsement No. | Effective Date of Endorsement | Policy Number | ☐ Additional/ ☐ Return Premium |
|---|---|---|---|
| | 12:01 a.m. on 2022-01-19<br><br>If the above date is blank, then this endorsement is effective on the effective date of the policy. | ESC90071 | N/A |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SCHEDULE OF NAMED INSUREDS**

The Commercial General Liability COVERAGE PART Declarations Page is amended to add the following Named Insureds:

| |
|---|
| St. Charles South Main Associates LLC |
| TriStar Property Associates, LLC |
| Samoht Properties |
| Warren Center LLC |
| Gateway Joint Ventures LLC & GCC East Board LLC |
| Strach Church Road LLC |
| Warrenton East LLC |
| Tristar Wing LLC |
| 207 Reservoir LLC |
| 964 Grandview, LLC |
| Huntleigh Acquisitions, LLC |
| Old Gray Summit, LLC |
| 44-100, LLC |
| Gateway 100 Investors, LLC |
| MACC-1, LLC |
| Warrenton East Properties LLC |
| Samoht Properties LLC |
| West Summit, LLC |
| Gateway 210 Owner, LLC |
| TriStar Real Estate Acquisitions, LLC |
| TriStar Real Estate, LLC |