IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
MISSOURI

| AXIS SURPLUS INSURANCE COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Cause No.: 22-cv-00328 |
| TRISTAR COMPANIES, LLC | ) |
| Defendant. | ) |

## JOINT NOTICE REGARDING AMENDED PLEADINGS

Plaintiff, AXIS Surplus Insurance Company ("AXIS") and Defendant, TriStar Companies, LLC, ("TriStar") (collectively the "Parties") submit the following Notice in response to this Court's Order of July 19, 2022 (ECF No. #22). The Parties have met and conferred in response to this Court's Order and have agreed to the following:

TriStar does not object and consents to the filing of AXIS' Amended Complaint for Declaratory Judgment (ECF No. 19) filed on July 15, 2022. The parties agree TriStar may file an answer, affirmative defenses and counterclaims by July 27, 2022. Based on TriStar's proposed amended counterclaim (ECF No. 20), AXIS will file a responsive pleading to any TriStar counterclaim by August 3, 2022.

Respectfully submitted,

**SKARZYNSKI MARICK & BLACK LLP**
By: */s/ Michael M. Marick*
Attorney for Plaintiff,
AXIS Surplus Insurance Company
Michael M. Marick
Andrew J. Candela

Skarzynski Marick & Black LLP
353 N. Clark Street, Suite 3650
Chicago, IL 60654
(312) 946-4200
mmarick@skarzynski.com
acandela@skarzynski.com

and

**BROWN & JAMES, P.C.**

By: */s/ Russell F. Watters*
Attorney for Plaintiff,
AXIS Surplus Insurance Company
Russell F. Watters Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
(314) 421-3400
rwatters@bjpc.com

and

**BLITZ, BARDGETT & DEUTSCH, LC**

By: */s/ Christopher O. Bauman*
Robert D. Blitz, #24387MO
Christopher O. Bauman, #52480MO
120 S. Central Ave., Ste. 1500
St. Louis, MO 63105
Telephone: (314) 863-1500
Facsimile: (314) 863-1877
Email: rblitz@bbdlc.com
Email: cbauman@bbdlc.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 21, 2022, the foregoing was served via the Court's CM/ECF system on all counsel of record.

*/s/Dorothy Gaicki*
