**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:22-cv-00328 |
| ) | |
| vs. ) | |
| ) | |
| TRISTAR COMPANIES, LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT TRISTAR COMPANIES, LLC'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant TriStar Companies, LLC's ("TriStar"), by and through the undersigned counsel, and files the following Motion for Summary Judgment:

1. The parties have filed competing claims for declaratory relief involving TriStar's claim for coverage of underlying actions under a policy issued by Plaintiff Axis Surplus Insurance Company ("Axis").

2. For the reasons set forth in detail in the Memorandum in Support of Motion for Summary Judgment, filed contemporaneously herewith, TriStar is entitled to summary judgment under Federal Rule of Civil Procedure 56 on Axis Amended Complaint and Count I of TriStar's Amended Counterclaim.

WHEREFORE, TriStar Companies, LLC respectfully requests this Court enter its order and Judgment finding TriStar Companies, LLC is entitled to judgment as a matter of law on all claims in Axis' Amended Complaint and on Count I of its Amended Counterclaim, and for any further relief this court deems just and proper.

Respectfully submitted,

**BLITZ, BARDGETT & DEUTSCH, LC**

By:     /s/ *Christopher O. Bauman*
        Robert D. Blitz, #24387MO
        Christopher O. Bauman, #52480MO
        120 S. Central Ave., Ste. 1500
        St. Louis, MO  63105
        Telephone: (314) 863-1500
        Facsimile: (314) 863-1877
        Email: rblitz@bbdlc.com
        Email: cbauman@bbdlc.com

*Attorneys for TriStar Companies, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 31, 2022, the foregoing was served via the Court's CM/ECF system on all counsel of record.

        */s/ Christopher O. Bauman*