**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY,   )<br>                                                                )<br>         Plaintiff,                                      )<br>                                                                )<br>vs.                                                           )<br>                                                                )<br>TRISTAR COMPANIES, LLC,                  )<br>                                                                )<br>         Defendant.                                  ) | Case No. 4:22-cv-00328 |

**DEFENDANT TRISTAR COMPANIES, LLC'S STATEMENT OF
UNCONTROVERTED MATERIAL FACTS IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT**

COMES NOW Defendant TriStar Companies, LLC's ("TriStar"), by and through the undersigned counsel, and files the following Statement of Uncontroverted Material Facts in Support of Motion for Summary Judgment:

**UNCONTROVERTED MATERIAL FACTS**

1. On December 10, 2021, TriStar Property Associates, LLC was a named insured under the commercial general policy no. ESC90071 ("Policy") issued by Axis Surplus Insurance Company ("Axis"). *See* Axis Amended Answer to Amended Counterclaim, ECF 30, at ¶ 3.

2. TriStar was formerly known as TriStar Property Associates, LLC. *See* Answer to Amended Complaint, ECF 26, at ¶ 5.

3. Axis issued a commercial general liability insurance policy to Financial Processing Services, LLC, policy number ES 90071, effective June 2021 through June 1, 2022 ("Policy"). *See* Answer to Amended Complaint ECF 26, at ¶ 18.

4. A true and accurate copy of the Policy was attached to the Amended Complaint as Exhibit 4. *See* Answer to Amended Complaint, ECF 26, at ¶ 18 and Ex. 4 thereto, ECF 19-4.

5. TriStar was a named insured under the Policy. *See* Answer to Amended Counterclaim, ECF 30, at ¶ 3.[1]

6. On or about January 18, 2022, TriStar was named as a defendant in a wrongful death lawsuit caption *Alice McEwen v. Amazon.com, Inc. et al.*, Cause No. 2022-LA-000055 ("McEwen Action"). A true and accurate copy of the Second Amended Complaint in the McEwen Action was attached to the Amended Complaint as Exhibit 1. *See* Answer to Amended Complaint, ECF 26, at ¶ 8, Ex. 1 thereto, ECF 19-1.

7. On or about April 19, 2022, TriStar was named as a defendant in a wrongful death action captioned *January v. Amazon.com et al.*, Cause No. 2022-LA-000511 ("January Action"). A true and accurate copy of the Complaint in the January Action was attached to the Amended Complaint as Exhibit 2. *See* Answer to Amended Complaint, ECF 26, at ¶ 10 and Ex. 2 thereto, ECF 19-2.

8. On or about April 19, 2022, TriStar was named a defendant in a lawsuit captioned *Hickman et al. v. Amazon.com et al.*, 2022-LA-000510 ("Hickman Action"). A true and accurate copy of the com plaint in the Hickman Action was attached thereto as Exhibit 3. *See* Answer to Amended Complaint, ECF 26, at ¶ 12 and Ex. 3 thereto, ECF 19-3.

9. On or after June 1, 2022, TriStar received correspondence from attorneys for claimants involving the estates of Clayton Cope and Larry Virden[2] warning of potential lawsuits for their wrongful death arising out of the December 10, 2021 tornado at the Amazon Distribution Center located at 3077 Gateway Commerce Center Drive, South, Edwardsville,

---

[1] Axis' Answer admits that TriStar Property Associates, LLC is a named insured. Axis further admits that TriStar Property Associates, LLC is the former name of TriStar. *See* ¶ 2 above.
[2] Collectively, the McEwen Action, January Action, Hickman Action, and the Cope and Virden Claims are referred to as the "Underlying Claims."

Illinois.  *See* Answer to Amended Complaint, ECF 26, at ¶ 15; Amended Answer to Amended Counterclaim, ECF 30, at ¶ 9.

       10.     The Policy's general liability coverage states that Axis "will pay those sums that the insured becomes legally obligated to pay as damages because of 'bodily injury' or 'property damage' to which this insurance applies…this insurance applies to 'bodily injury' and 'property damage' only if:

    (1) The 'bodily injury' or 'property damage' is caused by an 'occurrence' that takes place in the 'coverage territory';

    (2) The 'bodily injury' or 'property damage' occurs during the policy period; and

    (3) Prior to the policy period, no insured….knew that the 'bodily injury' or 'property damage had occurred.'

*See* Policy, ECF 19-4, at p. 16 of 93.[3]

       11.     The Policy defines "bodily injury" to be "bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time."  *See* Policy, ECF 19-4, p. 28.

       12.     The Policy defines "occurrence" to be an "accident."  *See* ECF 19-4 at p. 30.

       13.     The Policy's Coverage Territory is defined to include "[t]he United States of America."  *See* ECF 19-4 at p. 28.

       14.     The Policy contains a Designated Premises Project or Operation Endorsement that states, in pertinent part, that "[t]his insurance applies to 'bodily injury' and 'property damage' caused by an 'occurrence' that takes place in the 'coverage territory' only if…[t]he 'bodily injury' or 'property damage' (a) occurs on the premises shown in the Schedule."  *See* ECF 194 at p. 64.

---

[3] Again, the authentication and foundation for the Policy has been admitted by the parties.  See SUMF ¶ 4 above.

15. A true and accurate copy of a map depicting the location of 3077 Gateway Commerce Center Drive South, Edwardsville, Illinois, is attached hereto as Exhibit A.[4]

16. The Policy's Schedule includes the following locations:

- Hwy 270/255 & Hwy 111, Madison, IL 62060 and

- E-255, W. Sand Rd., N. 1-270, S. Hwy 270-255 + Hwy 111, Edwardsville, IL 62025

*See* ECF 19-4 at p. 34, 81.

17. The locations set forth in ¶ 16 above are set forth in Exhibit A hereto.[5]

18. The Policy contains a Real Estate Development Activities Exclusion which states, in pertinent part, that "[t]his insurance does not apply to 'bodily injury'….arising out of, resulting from, related to, or in any way connected to 'real estate development activities…' *See* ECF 19-4 at p. 48.

19. "Real Estate activities" is defined to "mean the design, site preparation, construction, marketing or sales of any real estate owned by any 'insured.' *Id*.

20. The Policy's "Exclusion – Products-Completed Operations Hazard" states that "[t]his insurance does not apply to 'bodily injury' included within the 'products-completed operations hazard." *See* ECF 19-4 at p. 59.

21. "Products-completed operations hazard" is defined by the Policy to "not include 'bodily injury' or 'property damage' arising out of:

---

[4] This Court may take judicial notice of google maps. *See United States v. Nettles*, 2021 WL 3131658 at n. 9 (E.D. Mo. 2021).
[5] This Court may take judicial notice of google maps. *See United States v. Nettles*, 2021 WL 3131658 at n. 9 (E.D. Mo. 2021).

>       (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the 'loading or unloading' of that vehicle by any insured."

*See* ECF 19-4 at p. 30.

   22.   TriStar provided notice of the Underlying Claims to Axis.  *See* Amended Answer to Amended Counterclaim, ECF 30, at ¶ 11.

   23.   Axis denied coverage under the Policy for the Underlying Claims.  *See* Amended Answer to Amended Counterclaim, ECF 30, at ¶¶ 12-13.

   24.   TriStar does not own the property located at 3077 Gateway Commerce Center Drive South, Edwardsville, Illinois.  *See* Responses to Requests for Admission, attached hereto as Exhibit B, at ¶ 17.

   WHEREFORE, TriStar Companies, LLC respectfully requests this Court enter its order and Judgment finding TriStar Companies, LLC is entitled to judgment as a matter of law on all claims in Axis' Complaint and on Count I of its Counterclaim, and for any further relief this court deems just and proper.

            Respectfully submitted,

            **BLITZ, BARDGETT & DEUTSCH, LC**

    By:   /s/ *Christopher O. Bauman*
            Robert D. Blitz, #24387MO
            Christopher O. Bauman, #52480MO
            120 S. Central Ave., Ste. 1500
            St. Louis, MO  63105
            Telephone: (314) 863-1500
            Facsimile: (314) 863-1877
            Email: rblitz@bbdlc.com

Email: cbauman@bbdlc.com

*Attorneys for TriStar Companies, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 31, 2022, the foregoing was served via the Court's CM/ECF system on all counsel of record.

*/s/ Christopher O. Bauman*