## 3077 Gateway Commerce Center Dr S



Map data ©2022    2000 ft



### 3077 Gateway Commerce Center Dr S
Building

 Directions   Save   Nearby   Send to phone   Share

 3077 Gateway Commerce Center Dr S, Edwardsville, IL 62025

**EXHIBIT A**

### Photos

Sand Rd



Map data ©2022    1000 ft



## Sand Rd

Edwardsville Township, IL 62025

 Directions   Save   Nearby   Send to phone   Share