# EXHIBIT 2



Office of the City Clerk
Emily E. Bates

## City of Edwardsville

## City Council Agenda

## July 07, 2020

**7:00 p.m.  Council Meeting – Edwardsville City Hall, 118 Hillsboro Avenue**

This meeting may be accessed with the following links and phone numbers:

*On the Web:*
https://zoom.us/j/93517789206?pwd=OUJxS0dzRkQxQ1JUNWNhRStrWXRrQT09
Password: 797833

*Via Telephone:*
Dial (for higher quality, dial a number based on your current location):
312-626-6799; or 646-558-8656; or 301-715-8592; or 346-248-7799; or
669-900-9128; or 253-215-8782
Webinar ID: 935 1778 9206
Password: 797833

**Call to Order**

**Pledge of Allegiance**

**Roll Call**

**Welcome**

**Citizens wishing to address Council**
*Citizens wishing to address Council – Members of the public may submit comments to
this meeting by calling 618-307-1715 and leaving a message or by emailing
publiccomment@cityofedwardsville.com.*

\*    **Consent Agenda**

\*    **Approval of minutes of Council Meeting on June 16, 2020**    PG. 4

If prospective attendees require an interpreter or other access accommodation, please contact the Edwardsville City Clerk's office at 618-692-7500
no later than 48 hours prior to the commencement of the meeting to arrange the accommodations.

118 Hillsboro Avenue  P.O. Box 407  Edwardsville, Illinois 62025-0407  Tel 618-692-7500  Fax 618-692-7558  www.cityofedwardsville.com

Case: 4:22-cv-00328-AGF   Doc. #:  41-2   Filed: 10/31/22   Page: 3 of 23 PageID #: 885

**Petitions and Communications**

**Legislative & Executive**

    a)  Retirement notice of Fire Chief Rick Welle effective Monday, July 13, 2020

    b)  Class H Liquor License for Plummer Family Park located at 3501 Sports Park    PG. 8
        Drive, Edwardsville, IL 62025

**Legal & Judicial**

**City Treasurer**

**City Clerk**

**Finance Committee**

    a)  Minutes of Finance Committee on June 09, 2020   PG. 12

\*    b)  Group Health Insurance Fund Report - $254,364.19

    c)  Claims - $1,092,198.48   PG. 14

    d)  A Resolution Approving the Agreement Between the City of Edwardsville and    PG. 63
        the Great Rivers & Routes Tourism Bureau

    e)  A Resolution Authorizing the Transfer of Funds to Other Designated Funds of the    PG. 69
        City of Edwardsville

    f)  A Resolution Approving the Special Parks 2019-2020 Allocation to Edwardsville
       Children's Museum, Watershed Nature Center, and the Friends of Col. Benjamin    PG. 72
       Stephenson House in the Amount of $74,729.56 Divided Equally

    g)  Finance Committee will meet on Tuesday, July 14, 2020 at 4:00 p.m. in City Hall

**Public Safety Committee**

    a)  Public Safety Committee will meet on Thursday, July 16, 2020 at 4:00 p.m. in
        City Hall

**Public Services Committee**

    a)  Minutes of the Public Services Committee meeting on June 09, 2020   PG. 84

b)  Approval to Award the 2020 Resurfacing Contract to Killian Corporation in the amount of $566,418.59                                                                                  PG. 86

c)  Approval to Award the Grant Drive Reconstruction to Keller Construction in the amount of $612,734.93                                                                                  PG. 88

d)  **Information:**
     1)  Change Order 1 and Final for the 2019 Pavement Marking Contract                          PG. 90
     2)  Change Order 1 and Final for the 2020 Fence Contract                                      PG. 92

e)  Public Services Committee will meet on Tuesday July 14, 2020, at 5:00 p.m. in City Hall

**Administrative & Community Services Committee**

a)  Minutes of Administrative & Community Services Committee meeting on June 11, 2020                                                                                              PG. 94

b)  A Resolution Authorizing a Sign Variance for 3077 Gateway Commerce Center Drive South                                                                                         PG. 97

c)  A Resolution Defining Meeting and Adopting Procedures for Electronic Attendance at Meetings                                                                                   PG. 116

d)  **Information:**
     1)  Minutes of the Historic Preservation Commission meeting held on May 13, 2020             PG. 121

e)  Administrative & Community Services Committee will meet on Thursday, July 16, 2020 at 5:30 p.m. in City Hall

**Old Business**

**New Business**

*   **Closed Session**

a)  Executive Session - Personnel (2)

**Action taken on Executive Session items**

**Adjournment**



**DATE:**  July 2, 2020

**ACTION ITEM TITLE:**  A Resolution Authorizing a Sign Variance for
3077 Gateway Commerce Center Drive South for Amazon Delivery

**ORIGIN:**  City Planning Staff on behalf of applicant: Amazon Delivery

**SUMMARY:**
The resolution approves a sign variance for 3077 Gateway Commerce Center Drive South (Amazon Delivery) for
the following:

The addition of an Amazon "smile" sign measuring 90 square feet sign to the previously approved 379.03 square
feet of site signage.  Bringing the total signage for the site to 469.03 square feet for a warehouse building having
an overall area of 577,320 square feet at the site addressed as 3077 Gateway Commerce Center Drive South.

**RATIONALE:**
The increased site signage for 3077 Gateway Commerce Center Drive South is on a site with a 577,320 square
feet warehouse having.  A signage limitation of 300 square feet for a building of this size will be disproportionate
and be lost on a building of this magnitude.

ACS Committee recommended approval of the variance requests with a vote of 2 ayes and 0 nays.

**COMPLIANCE WITH COMPREHENSIVE PLAN OR OTHER PLAN:**
The variance is similar in nature to the variance approved for the Prairie Farms building & World Wide
Technology.

**SUGGESTED COUNCIL ACTION:**
Approval

RESOLUTION NO. _____
**RESOLUTION AUTHORIZING A SIGN VARIANCE FOR
3077 GATEWAY COMMERCE CENTER DRIVE SOUTH**

**WHEREAS**, Contegra Construction, LLC, on behalf of Amazon Delivery, lessee, of 3077 Gateway Commerce Center Drive South has requested two (2) variances for signage to be installed on their buildings and site; and

**WHEREAS,** the variance request is to increase the sign surface area for the total site at 3077 Gateway Commerce Center Drive South.  Specifically, the applicant has requested the addition of 90 square feet to the previously approved increased site signage of 379.03 square feet.  The addition would bring the total site signage to 469.03 square feet.  The signage breaks out as follows:

| Elevation | Description | Dimensions | Sq. Ft. |
|---|---|---|---|
| West | Amazon "smile" sign | 4'6'' x 20' | 90 |
| *Existing signage allowed by variance approved by Resolution 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 May 5, 2020* | | | |
| *North* | *Amazon Hub* | *4'10" x 20'10"* | *100.69* |
| | *Amazon Delivery (relocated from west elevation)* | *6'3 ½" x 23'3"* | *146.28* |
| | *Package Pickup & Return* | *1'3½" x 15'3"* | *19.69* |
| | *Customer Service* | *1' x 10'5"* | *10.42* |
| | *Associate Entry* | *1'3½" x 9'3"* | *11.95* |
| *Site* | *Monument Sign* | *5' x 6'* | *30.00* |
| | *Directional signs exceeding 3 ft in area (two signs)* | *5' x 6' (two)* | *60.00* |
| | *Total Existing Signage* | | *369.03* |
| | **TOTAL Site Signage with requested signage addition** | | **469.03** |

**WHEREAS,** the subject site is a 54.5-acre tract within an industrial park with larger scale buildings which, due to building sizes and setback distances from adjoining roadways, require sign standards which are more site specific to the area; and

**WHEREAS,** the building measures 1020' long by 566' wide totaling 577,320 square feet in area; and

**WHEREAS,** considering the overall area of the structure, a signage limitation of 300 square feet for a building of this size will be disproportionate and be lost on a building site of this magnitude; and

**WHEREAS**, the Administrative and Community Services (ACS) committee has recommended council approve the second variance with a vote of 2 ayes and 0 nays as, for the reasons stated above, the ordinance does not adequately provide sufficient signage for single tenant buildings of this magnitude on industrial campus-type sites; and

**WHEREAS**, the proposed signage is located in the M-1 district and is not in proximity to other businesses zoned B-1, B-2, or residential districts; and

**WHEREAS,** the variances granted to the petitioner are site specific and shall not be considered a precedent to be applied to other development or in other zoning districts; and

**WHEREAS**, the proposed variances are consistent with the intent and purpose of the sign ordinance, and will not cause injury to the area in which the street graphic is located or be detrimental to the public welfare in any way, in that it will not, among other things, obstruct any traffic or vehicular sight lines;

**WHEREAS**, the proposed variances are the minimum deviation from the requirements that will alleviate difficulties/hardships for the Amazon Delivery while protecting the broader public interest for this requested variance; and

**WHEREAS**, the request has been duly considered and recommended for approval by the Administrative and Community Services Committee of the City Council;

**NOW THEREFORE, BE IT RESOLVED** BY THE CITY COUNCIL OF THE CITY OF EDWARDSVILLE THAT the following variances are hereby approved:

A variance permitting Amazon Delivery the addition of 90 square feet of signage increasing the total site signage to 469.03 square feet for a warehouse building having an overall area of 577,320 square feet at the site addressed as 3077 Gateway Commerce Center Drive South.

**ADOPTED** this _____ day of _____, 2020 pursuant to a roll call vote as follows:

Ayes:
Nays:
Absent:
Abstention:

**APPROVED** by me this _____ day of _____, 2020.

By: _____
       Hal Patton, Mayor
       Edwardsville, Madison County, Illinois

ATTEST, Filed in my office, this
_____ day of _____, 2020

By_____
    Emily Bates, City Clerk
    Edwardsville, Madison County, Illinois

2

**ZONING ADMINISTRATOR'S REPORT**
**Contegra Construction on behalf of Amazon Delivery**
**Sign Variance Request**
**3077 Gateway Commerce Center Drive South**
**PID 14-1-15-30-00-000-002.009**

SIGN VARIANCE REQUEST
The applicant has requested an additional variance from the sign ordinance to allow the addition of a 90 square foot sign to the existing 379.03 square feet of signage for this site.



AREA LAND USE AND ZONING
The subject property is addressed as 3077 Gateway Commerce Center Drive South and more specifically identified as PID 14-1-15-30-00-000-002.009.  The property is zoned M-1 Light Manufacturing District.

| Direction | Zoning District | Use |
|-----------|-----------------|-----|
| North | M-1 Light Manufacturing District | Warehouse |
| South | M-1 Light Manufacturing District | Warehouse |
| East | M-1 Light Manufacturing District | Farm land |
| West | M-1 Light Manufacturing District | Farmland |

Sign Variance Request – 3077 Gateway Commerce Center Drive South                                    Page **2** of **2**

Agenda

***Sign variance: - Signage exceeding 300 square foot cap from ordinance.***

The applicant has proposed the installation of the one additional sign totaling 90 square feet for the 3077 Gateway Commerce Center Drive South.  All signage for the site is detailed below:

| Elevation | Description | Dimensions | Sq. Ft. | |
|---|---|---|---|---|
| West | Amazon "smile" sign | 4'6'" x 20' | 90 | Sign #1018 |
| ***Existing signage allowed by variance approved by 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 May 5, 2020*** | | | | |
| *North* | *Amazon Hub* | *4'10" x 20'10"* | *100.69* | *Sign #1015* |
| | *Amazon Delivery (relocated from west elevation)* | *6'3 ½" x 23'3"* | *146.28* | *Sign #1013* |
| | *Package Pickup & Return* | *1'3½" x 15'3"* | *19.69* | *Sign #1016* |
| | *Customer Service* | *1' x 10'5"* | *10.42* | *Sign #1017* |
| | *Associate Entry* | *1'3½" x 9'3"* | *11.95* | *Sign #1014* |
| *Site* | *Monument Sign* | *5' x 6'* | *30.00* | |
| | *Directional signs exceeding 3 ft in area (two signs)* | *5' x 6' (two)* | *60.00* | |
| | *Total Existing Signage* | | *379.03* | *Section 94-23 of the ordinance allows 2 sq. ft. of signage for every 1 lineal foot of street frontage; provided that no establishment shall display more than 300 sq. ft. of signage.* |
| | **TOTAL Site Signage with requested signage addition** | | **469.03** | |

<u>APPLICABLE SECTION OF ORDINANCE</u>
***Section 94-23 Sign area allowance.***

Important: Within the limitations and restrictions as further provided in this chapter, the total of the areas of signage which a particular establishment is permitted to display shall be computed according to the following formula:

Two square feet of sign area per one foot of lineal street frontage of the building; provided that no establishment in any zoning district shall display more than 300 square feet of signs, except for identification signs as described in subsection 94-44(5) which shall not be included in any total sign area calculation, unless otherwise provided in that section. Off-site signage is prohibited.

(1)   *Special situations:*

(a)   For any establishment having frontage on more than one street, the sign area allowances for each side shall not be aggregated so as to allow any such establishment to display, on any frontage, a greater area of signage than this section would otherwise permit.

(b)   The side of an establishment adjacent to patron off street parking spaces shall be deemed frontage.

<u>STANDARDS FOR VARIANCE</u>:

A.   *The proposed variance is consistent with the intent and purpose of this chapter, and will not cause injury to the area in which the street graphic is located or be detrimental to the public welfare in any way.*

The requested variance to increase the amount of overall site signage, when considering the overall scale of the building where the site signage will be displayed, could be considered consistent with the intent and purpose of the chapter and would not cause injury or be located in a way that is detrimental to the public welfare.

B.   *The proposed variance is the minimum deviation from the requirements that will alleviate the difficulties/hardship while protecting the broader public interest.*

The building measures 1020' long by 566' wide totaling 577,320 square feet in area.  Considering the overall area of the structure 577,320 square feet, a signage limitation of 300 square feet for a building of this size will be disproportionate and be lost on a building site of this magnitude.  The previous variance approved allowed the site to display a total of 379.03 square feet of signage.  Approval of this variance request would add an additional 90 square feet bringing the total signage displayed to 469.03 square feet.



**REQUEST FOR SIGN VARIANCE**
**ADMINISTRATIVE &COMMUNITY SERVICES COMMITTEE**
**AND CITY COUNCIL**
**EDWARDSVILLE, IL**

(Do not write in this space - for office use only)
Parcel ID No. 14-1-15-30-00-000-002  Zoning District M-1
Flood Zone: "C" Community Panel 170436 0115 B

VARIANCE REQUEST NO. 2020-24
DATE 06/24/2020
Fee Amount $150   Date Paid

Date set for ACS meeting/hearing: July 1, 2020
Action by ACS:
( )  Denied_____
( )  Approved_____
( )  Approved with modification_____

Date set for City Council meeting/hearing July 7, 2020
Action by CC:
( )  Denied_____
( )  Approved_____
( )  Approved with modification _____

Instructions to applicants:
1)  This application for a Variance **must** be complete.
2)  All requests for Variance **must** include a site plan with the application showing the information listed in item 8 paragraphs a), b), c).
3)  A schedule providing reasonable guarantees for the completion of sign installation **must** be provided.
4)  All information required with this application must be provided **before** a hearing will be scheduled for the next regularly scheduled Administrative & Community Services Committee meeting.
5)  The applicant or his attorney or duly-authorized agent must appear at the hearing and present this case to the Administrative & Community Services Committee or the case will not be heard and fees forfeited.
6)  Standard for Variances:  The City Council shall not grant any graphic variance unless, based upon evidence presented to them, they determine that:
    A.  The proposed variance is consistent with the intent and purpose of this chapter, and will not cause injury to the area in which the street graphic is located or be detrimental to the public welfare in any way; and
    B.  The proposed variance is the minimum deviation from the requirements that will alleviate the difficulties/hardship while protecting the broader public interest.
    The burden of providing substantiating evidence rests with the applicant.  Applicants are encouraged to contact the Office of the City Planner should they have any questions concerning the application.

1.  Name of Applicant(s) Contegra Construction Co.
    Email Address tcory@contegracc.com
    Address: 22 Gateway Commerce Center Dr. West, Suite 110   Phone 618-931-3500
    City: Edwardsville   State: IL   Zip 62025

2.  Property interest of applicant:
    ( ) Owner   ( ) Contract Purchaser   ( ) Lessee   (x) Other General Contractor

3.  Name of Property Owner(s) Gateway East 9B Owner, LLC
    Email Address bklucker@tristarcompanies.net
    Address: 12647 Olive Blvd.   Phone 314-739-5555
    City St. Louis   State MO   Zip 63141

06/22/20

Request for Sign Variance
Administrative & Community Services Committee/City Council
City of Edwardsville
Page Two of Three

4.    Location of Property:
      Address of property as assigned by the 911 coordinator is _3077 Gateway Commerce Center Dr. South_____. Property
      Parcel ID # _14-1-15-30-00-000-002_____

5.    Present zoning classification of the property  _M-1_____

6.    Present/proposed use of property (If any uses or buildings on the property are non-conforming, so
      state): _Distribution center._____

      _____

7.    Sign Variance Request:
      State the specific variance that is being sought and cite relevant paragraphs of the Ordinance by
      section number (if known). _Total square footage of signage is greater that what is currently allowed by the_
      _city ordinance._____

      _____
      _____
      State why the sign variance request should be taken into consideration and what exceptional or
      extraordinary circumstances or conditions apply for this sign variance as referred to in the application
      (attach additional pages if necessary). _Due to the size of the building structure and tenant's design standar_ds.

      _____
      _____
      _____

8.    Site plan drawn in a scale large enough for clarity and true representation to reflect all of the
      following (shall not exceed 11" X 17" drawing or 12 copies shall be provided by applicant):

      a) Location and dimensions of:
                  1)      Lot (Corner Lot shall be identified) and property limits
                  2)      Buildings (Existing and Proposed)
                  3)      Driveways
                  4)      All off-street parking spaces/area
      b)Location and dimensions/heights of:
                  1)      Existing sign(s) to remain
                  2)      Existing signs to be removed
                  3)      Proposed sign(s), including setbacks from street(s).   Sign(s) for the variance
                          request should be identified accordingly
                  4)      Utility easements
      c)          Additional information as may reasonably be required by the Zoning Administrator and
                  applicable sections of the Zoning ordinance.

Case: 4:22-cv-00328-AGF   Doc. #:  41-2   Filed: 10/31/22   Page: 12 of 23 PageID #: 894

Request for Sign Variance
Administrative & Community Services Committee/City Council
City of Edwardsville
Page Three of Three

9.   I certify that all of the above statements and the statements contained in any papers or plans submitted herewith are true and accurate.  I consent to the entry in or upon the premises described in this application by any authorized official of the City of Edwardsville, Illinois for the purpose of inspecting or of posting, maintaining and removing such notices as may be required by law.

_____          _____
Applicant(s)                                               Property Owner(s)

  6/23/2020_____          _____
Date                                                       Date

06/22/20



Agenda

# APPLICATION FOR
# SIGN INSTALLATION PERMIT

City of Edwardsville
Dept. of Public Works
Planning & Zoning Division
200 East Park Street
Edwardsville, IL 62025

**Sign Application No.** _____

Date Submitted:  6/23/2020 _____
Date Approved:  _____

☐ Permit Issued
☐ Permit Denied
Reason:_____
_____

**FEE: $10.00 (per Sign)**
Fee Paid _____ Date:_____
Electrical Permit Required: _____
Electrical Permit Number:  _____

---

♦ *No sign may be erected without an approved sign permit.  Penalties will result if a sign is erected without an approved permit.*

♦ *This application must be filled out in its entirety including all signatures and proposed sign diagrams before submittal. Incomplete applications will be returned to the applicant for completion.*

---

**Instructions to the applicant:**
A sketch of the proposed sign(s) showing dimensions and area is required for all sign permits.  For all wall signs, a sketch of the frontage(s) on which the proposed sign(s) will be placed is required, depicting the location of the sign on the building.  For all proposed or modified freestanding signs, a site plan showing the location of the proposed sign(s) in relation to the buildings and lot lines is also required.  Applicants are encouraged to visit the Public Works office for any assistance needed in filling out the form.

**For Electrified Signs:**
In addition to approval of the sign permit by Planning & Zoning, an electrical permit is required and must be approved by the Electrical Inspector for electrified signs. Please note the following stipulations regarding electrified signs:
- Electrified signs shall be listed and labeled as required by NEC (National Electric Code) article 110-3, Field-installed skeleton tubing systems need not be listed, but must be installed per NEC article 600.
- **All signs** and field-installed skeleton tubing systems shall be provided with disconnecting means per NEC article 600.
- Feeders and branch circuits supplying signs and field-installed skeleton tubing systems shall meet the applicable article of the NEC and local ordinances.
- **Call for required electrical inspection at the time of installation.**

---

1) Applicant's Name: Contegra Construction Co._____ Phone:  618-931-3500 _____
   Email Address  tcory@contegracc.com _____
   Address:22 Gateway Commerce Center Dr. West, Suite 110 _____
   City: Edwardsville _____ State:  __ IL ____ Zip Code: 62025 _____

2) Property Interest of Applicant:
   ☐ Owner      ☐ Contract Purchaser      ☐ Lessee      ☒ Other  General Contractor _____

**Permanent Sign Permit Application**                                    **Page 2 of 4**
Agenda

3) Name of Property Owner(s) if other than Applicant:
Name: Gateway East 9B Owner, LLC                          Phone: 314-209-8888
Email Address
Address: 12647 Olive Boulevard, Suite 500
City: St. Louis                              State: MO          Zip Code: 63141

4) Location of Property:
Address: 3077 Gateway Commerce Center Dr. South
Parcel I.D. Number: 14-1-15-30-00-000-002                    Zoning: M-1

5) Frontage:  Width of ☒ building front  ☐ tenant space (when applicable): 570          Ft. (Required)

6) Sign Installer:
Name: Foppe Visual Communication                    Phone: 618-654-8600
Address 809 Broadway
City: Highland                              State: IL          Zip Code: 62249

7) Cost of sign: $9,000

8) Proposed sign is:
☐ New Sign            ☒ Addition to Existing Signage*            ☐ Replacement of Existing Sign

Type of Sign *(check one in each column)*
☐ Free Standing                        ☒ Business
☐ Projecting                           ☐ Real Estate
☒ Wall (height of placement_____)  ☐ Identification
☐ Dynamic Display (variance required)  ☐ Subdivision
☐ Other _____          ☐ Construction

Expected Date of Installation: 7/13/20

**\*Addition to existing Signage requires the following information:**
Total Existing Signage:  ~~101.37~~        TOTAL Sq. Ft.   289.03
Size of Existing Freestanding Sign:
Sign Height ____Ft.  Width ____Ft.  Total Sign Area [Sign Height x Width] = ~~105~~ Sq. Ft. 90
Base Height ____Ft.     TOTAL Height (sign height + base height) = _____Ft.   Total approved site signage 379.03 sf
Resolution 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 May 4, 2020

9) Size of Proposed New Sign: (see example below)
Sign Height 4.5' Ft.  Width 20' Ft.  Base Height N/A Ft. (if applicable)
Total Sign Area [Sign Height x Width] = 90 Sq. Ft.
Does sign include changeable copy?        ☐ yes      ☐ no

A copy of sign and all pertinent plans, sketches or drawings including their dimensions is required – please attach.

Size of sign is determined as follows:



06/16/2020

**Permanent Sign Permit Application**                                                    **Page 3 of 4**

10) Illumination of Sign:          ☐ Non-Illuminated              ☐ Flood Lights
                                   ☒ Back-Lighted                 ☐ Neon (Variance Required)

11) Hours of illumination (if applicable): From_____(a.m./p.m.) to _____(a.m./p.m.)

12) Will any of the lighting on the sign be moving or blinking?          ☐ yes     ☒ no

13) Will sign contain animated or dynamic display?          ☐ yes     ☒ no
    Applicable area of animation or dynamic display _____ ft. x _____ft. Include specifications of display
    with application.

14) For all proposed **freestanding** signs a site plan is required. Please see page 4 for site plan requirements. For **wall
    signs**, a sketch of the frontage(s) on which the proposed sign(s) will be placed is required, depicting the location of
    the sign on the building. **Window signage** requires a sketch with dimensions of all windows and the proposed
    signage.

15) I certify that all of the above statements and those contained in any papers or plans submitted herewith are true and
    accurate. I also understand that changes in plans or specifications shall not be made without written approval of this
    office. Failure to comply with these regulations shall constitute a violation of the sign regulations. Signs erected
    without a permit are illegal and will be prosecuted.

**Applicant**:
Signature: _____ Date 6/23/20_____
Printed Name  Travis Cory _____

**Business Owner**:
Signature: _____ Date _____
Printed Name _____

**Property Owner**:
Signature: _____ Date _____
Printed Name_____

## CERTIFICATE OF COMPLIANCE

The plans and specifications submitted with this application are in conformity with the sign regulations applicable to the
subject property. Changes in plans or specifications shall not be made without written approval of this office. Failure to
comply with the above shall constitute a violation of the sign regulations. Signs erected without a permit are illegal and
will be prosecuted.

Permit issued this _____ day of _____, 20 _____

Zoning Administrator _____

Electrical Inspector (if applicable): _____ Date: _____

06/16/2020

**Permanent Sign Permit Application**                                                    **Page 4 of 4**

# <u>SITE PLAN</u>
## *(Required for all proposed freestanding signs)*

A site plan must be attached or drawn below at a scale large enough for clarity showing the following information:

Location and dimensions of:
- ☐ Lot (indicate if corner lot)
- ☐ All Buildings
- ☐ Driveways and Off-Street Parking Spaces
- ☐ Easements
- ☐ Underground & Overhead Utilities
- ☐ Location of Proposed Freestanding Sign (indicate distance to front and side property lines)

Note:  The Zoning Administrator may require additional information as necessary for permit approval.

06/16/2020

Case: 4:22-cv-00328-AGF   Doc. #:  41-2   Filed: 10/31/22   Page: 17 of 23 PageID #: 899

Agenda



23'-3"

6'-3 1/2"

**TYPICAL DELIVERY SIGN DESIGN**

TOTAL SQF: 146.20

AMAZON FONT SIZE: 39"
DELIVERY FONT SIZE: 17"

20'-10"

3'-3"

1'-7"

7'-0 1/4"

**TYPICAL HUB SIGN DESIGN**

LETTERING SQF: 67.65
SMILE SQF: 5.58

AMAZON FONT SIZE: 26 1/2"
HUB FONT SIZE: 26 1/2"

20'-0"

4'-6"

**TYPICAL SMILE SIGN DESIGN**

TOTAL SQF: 90.16

9'-3"

1'-3 1/2"

**TYPICAL ASSOCIATE ENTRY SIGN DESIGN**

TOTAL SQF: 11.99

FONT SIZE: 9"

10'-5"

1'-0"

**TYPICAL CUSTOMER SERVICE SIGN DESIGN**

TOTAL SQF: 10.41

FONT SIZE: 9"

15'-3"

1'-3 1/2"

**TYPICAL PACKAGE SIGN DESIGN**

TOTAL SQF: 19.77

FONT SIZE: 9"

① 

**Bowen+**

2019 Center St, Suite 500   Cleveland, Ohio  44113   Phone: (216) 491-9300   www.rlba.com

THE ARCHITECTURAL AND ENGINEERING DRAWING IS GIVEN IN CONFIDENCE. NO USE OR DISSEMINATION MAY BE MADE WITHOUT PRIOR WRITTEN CONSENT OF THE ARCHITECT.  ALL RIGHTS ARE HEREBY SPECIFICALLY RESERVED.  © 2017 RICHARD L. BOWEN + ASSOCIATES, INC.

| DLI4 - DISTRIBUTION CENTER | ISSUED FOR: | DRAWING NO. |
|---|---|---|
| 3077 GATEWAY COMMERCE CENTER DR S | PERMIT | |
| EDWARDSVILLE, IL 62025 | DATE: | AS1.01 -SK01 |
| RLB+A JOB#:  13316 | SCALE: | 06/23/20 |

Case: 4:22-cv-00328-AGF   Doc. #:  41-2   Filed: 10/31/22   Page: 18 of 23 PageID #: 900



**TYPICAL PYLON SIGN DESIGN**
(SUBJECT TO CHANGE BASED ON LOCAL REGULATIONS AND SITE CONDITIONS.)
DIRECTIONAL ARROWS CHANGE BASED ON LOCATIONS OF SIGN

5'-0"H x 6'-0"W = 30 SF TOTAL SIGN PANEL AREA    (DOUBLE SIDED)

1/2" THICK SURFACE APPLIED, OPAQUE BLACK ACRYLIC REFLECTIVE BLACK VINYL.

DIRECTION TEXT - REFLECTIVE BLACK VINYL

ALUMINUM SIGN CONSTRUCTION BY SIGN MANUF. CONNECTION TO CONCRETE STEM WALL BY SIGN MANUF.

ACTUAL TEXT AND GRAPHICS WILL VARY UPON LOCATION ON SITE. SEE PLACARD DETAILS ON AS1.03 - SK01

NOTE: ORIENTATION OF "ARROWS" SHALL BE BASED ON MONUMENT SIGN LOCATION.

DIRECTIONAL ARROWS - 1/2" THICK, SURFACE APPLIED OPAQUE BLACK ACRYLIC. DIRECTIONAL ARROWS VARY BASED ON LOCATIONS OF SIGN

Amazon Hub / Visitors / Associates / Delivery Vans / All Trucks / 4500 68TH STREET

**Bowen+**

DLI4 - DISTRIBUTION CENTER
3077 GATEWAY COMMERCE CENTER DR S
EDWARDSVILLE, IL 62025
RLB+A JOB#: 13316

ISSUED FOR: PERMIT
DATE: 06/23/20
DRAWING NO. AS1.02 -SK01

Case: 4:22-cv-00328-AGF   Doc. #:  41-2   Filed: 10/31/22   Page: 19 of 23 PageID #: 901

Agenda

All Trucks ←

Visitors and Associates ←
Customers ←
All Trucks ↑

Visitors and Associates ↑
Delivery Service Provider Parking ↑
All Trucks →

Visitors and Associates →
Customers →
Delivery Service Provider Parking ↑

NOTES:
1.    PLACARD LAYOUT SHALL BE SITE SPECIFIC. ORIENTATION OF ARROWS SHALL BE BASED ON PYLON SIGN LOCATION.

2.    PLACARD REFERS TO CENTER PORTION OF PYLON SIGN SEE SHEET AS1.02 - SK01

# **PLACARD DETAIL**



2019 Center St., Suite 500    Cleveland, Ohio 44113    Phone: (216) 491-9300    www.rlba.com

THIS ARCHITECTURAL AND ENGINEERING DRAWING IS GIVEN IN CONFIDENCE.  NO USE OR DISSEMINATION MAY BE MADE WITHOUT PRIOR WRITTEN CONSENT OF THE ARCHITECT.  ALL RIGHTS ARE HEREBY SPECIFICALLY RESERVED.  © 2017 RICHARD L. BOWEN + ASSOCIATES, INC.

| DLI4 - DISTRIBUTION CENTER | ISSUED FOR: | DRAWING NO. |
| --- | --- | --- |
| 3077 GATEWAY COMMERCE CENTER DR S | PERMIT | |
| EDWARDSVILLE, IL 62025 | | AS1.03 - SK01 |
| RLB+A JOB#:  13316 | DATE: | |
| SCALE: | 06/23/20 | |



## STRIPING AND SIGNAGE PLAN
SCALE: 1" = 50'-0"

**DELIVERY STATION PORTION OF BUILDING**

EACH DOCK SHALL HAVE A DOCK IDENTIFICATION SIGN (AS-20) MOUNTED DIRECTLY TO BUILDING FACADE, CENTERED ABOVE DOCK DOOR. COORDINATE WITH TENANT FOR DOCK NUMBERS

### SIGN FACE LEGEND

| SYMBOL | SIGN TYPE |
|---|---|
| S-1 | Stop Sign |
| S-2 | Do Not Enter |
| S-3 | Speed Limit, 5 MPH |
| S-3(mod) | Speed Limit Sign w/ 5 MPH Placard |
| S-4 | Speed Limit, 10 MPH |
| S-4(mod) | Speed Bump Sign w/ 10 MPH Placard |
| S-5(L) | Pedestrian Crossing, Left Arrow (S-5(R) OPP.) |
| S-7(L) | One Way, Left Arrow (S-7(R) OPP.) (S-7(S) Straight Arrow) |
| S-7.1(L) | No Left Turn (S-7(R) OPP.) |
| S-11(L) | No Left Turn (S-11(R) OPP.) |
| S-12 | No U-Turn |
| S-13 | Trucks Prohibited |
| S-14 | No Parking |
| S-15 | ADA Accessible Car Parking |
| S-16 | ADA Accessible Van Parking |
| S-17 | No Trespassing |
| S-18 | Trucks Prohibited |

### TENANT SIGN FACE LEGEND

| SYMBOL | SIGN TYPE |
|---|---|
| AS-1 | Address Sign |
| AS-2 | Truck/Visitor Usher |
| AS-5 | Yard Rules |
| AS-6 | Truck Entrance |
| AS-7 | Driver Lounge |
| AS-8 | Receiving Driver Entrance |
| AS-9 | Shipping Driver Entrance |
| AS-10 | Tractor Parking |
| AS-12 | Trailer 3FT From Wall |
| AS-13 | No Entrance |
| AS-14 | No Exit |
| AS-15 | Exit |
| AS-16 | Wayfinding |
| AS-17(I) | Drop-Off/Pick-Up Area, Left Arrow (AS-17(R) OPP.) |
| AS-20 | Dock Numbers |
| AS-22 | Drop-Off and Pick-Up |
| AS-24 | Visitor Parking |
| AS-25 | Vendor Parking |
| AS-28 | Muster Area |
| AS-29 | Motorcycle Parking |
| AS-30 | Non-Smoking Area |
| AS-31 | Customer Parking |
| AS-32(L) | Chevron Arrows (Wall or Post Mounted, Left Arrow(AS-32(R) OPP.) |
| AS-C# | Parking Location (AS-C#; AS-B#; AS-A#; AS-Q#; AS-P#; AS-Y#) |

### PAVEMENT GRAPHIC LEGEND

| SYMBOL | GRAPHIC TYPE |
|---|---|
| PG-1 | Stop Bar |
| PG-5 | Straight Arrow |
| PG-6(L) | Left Turn Arrow (PG-6(R) OPP.) |
| PG-7(L) | Straight or Left Turn Arrows (PG-7(R) OPP.) |
| PG-8 | Left or Right Turn Arrow |
| PG-9 | Left, Straight, or Right Turn Arrows |
| PG-10 | 18" Striping Outline and Fill at 45 Degrees |
| PG-11 | 12" Striping Outline and Hatch @ 36" O.C. (White) |
| PG-12 | 12" Striping Outline and Hatch @ 36" O.C. (Yellow) |
| PG-13 | Tractor Space Numbering |
| PG-16 | Speed Bump |
| PG-17 | ADA Accessible Car Parking |
| PG-18 | ADA Accessible Van Parking |
| PG-19 | Pedestrian Table |
| PG-21 | Empty Trailer Slip |
| PG-22 | Tractor Dock Parking |
| PG-23 | Jack Stand Area |
| PG-24 | Warning Line |

### SIGNAGE NOTES:

1. REFER TO SIGNAGE AND STRIPING PLAN FOR LOCATIONS OF SIGNS AND PAVEMENT MARKINGS.

2. ALL SIGNAGE, STRIPING, AND OTHER TRAFFIC CONTROL DEVICES SHALL BE INSTALLED IN CONFORMANCE WITH THE LATEST EDITION OF THE MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES (MUTCD).

3. ALL STRIPING SHALL BE LONG LIFE EPOXY RESIN AND 4" WIDE UNLESS OTHERWISE NOTED. ALL PAVEMENT GRAPHICS SHALL BE HOT-APPLIED THERMOPLASTIC (REFLECTIVE).

4. COLOR SHALL BE WHITE ON ASPHALT AND YELLOW ON CONCRETE, UNLESS OTHERWISE NOTED.

5. ASPHALT SPEED HUMPS AND SPEED BUMPS SHALL BE USED.

6. ALL PROPOSED SIGNAGE AND STRIPING SHALL BE INSTALLED IN ACCORDANCE WITH THE TENANT FULFILLMENT WORLDWIDE REAL ESTATE SIGNAGE STANDARDS REVISION 16 DATED QUARTER 2, 2019.

7. FINAL QUANTITIES SHALL BE COORDINATED AND VERIFIED IN FIELD.

8. ADDITIONAL SIGNAGE NOT SHOWN ON GRAPHICS PLAN (E.G. FIRE LANES) MAY BE REQUIRED FOR LOCAL CODE AND/OR AHJ. SUB-CONTRACTOR SHALL COORDINATE WITH LOCAL AHJ AND PROVIDE AS REQUIRED.

9. MOUNT SIGNAGE ACCORDING TO LOCAL CODES.

10. TYPICAL SIGN FONT IS SET IN ARIAL.





NOTICE
THIS ARCHITECTURAL AND ENGINEERING DRAWINGS IS GIVEN IN CONFIDENCE...

11/30/2020

**DATES AND REVISIONS**

| No. | Date | Description |
|---|---|---|
|  | 12/6/19 | Bid Permit |
| 1 | 05/26/20 | BULLETIN #4 |
| 2 | 04/08/20 | BULLETIN #7 |
| 3 | 04/15/20 | BULLETIN #8 |
| 4 | 05/12/20 | BULLETIN #11 |
| 5 | 05/13/20 | BULLETIN #12 |
| 6 | 06/10/20 | BULLETIN #16 |

DL4 - DISTRIBUTION CENTER
TENANT INTERIOR

STRIPING AND SIGNAGE PLAN

DRAWN BY: Author
CHECKED BY: Checker
RLB NO. 13316

DRAWING NO.
A0.12



ELEVATION "A"     ELEVATION "B"



ELEVATION "A"     ELEVATION "B"



BENCH/BACKREST

FLOOR PLAN

"A"

BENCH/BACKREST

FLOOR PLAN   "B"

COORDINATE FINAL LOCATION WITH AMAZON CM

1   PREFABRICATED RIDESHARE SHELTER PLAN ELEVATION
AS1.00   SCALE: 3/8" = 1'-0"

2   PREFABRICATED SMOKER'S SHELTER PLAN ELEVATION
AS1.00   SCALE: 3/8" = 1'-0"



1/2" THICK SURFACE APPLIED,
OPAQUE BLACK ACRYLIC
REFLECTIVE BLACK VINYL.

9' - 0" SIGN PANEL

ALUMINUM SIGN CONSTRUCTION
BY SIGN MANUF. CONNECTION
TO CONCRETE STEM WALL BY
SIGN MANUF.

Amazon Delivery

Amazon Hub ←
Visitors / Associates ↑
Delivery Vans ↑
All Trucks ↑

4500 68TH STREET

DIRECTION TEXT -
REFLECTIVE
BLACK VINYL.

NOTE: ORIENTATION OF
"ARROWS" SHALL BE BASED ON
MONUMENT SIGN LOCATION.

DIRECTIONAL ARROWS - 1/2" THICK
SURFACE APPLIED OPAQUE BLACK
ACRYLIC. DIRECTIONAL ARROWS
VARY BASED ON LOCATIONS OF
SIGN

TYPICAL ENTRY SIGN DESIGN
(SUBJECT TO CHANGE BASED ON LOCAL REGULATIONS AND SITE CONDITIONS.)
DIRECTIONAL ARROWS CHANGE BASED ON LOCATIONS OF SIGN

5'-0"H x 7'-0"W = 36 SF TOTAL SIGN AREA   DOUBLE SIDED = 72 SF TOTAL

3   7 FOOT PYLON OPTION
AS1.00   SCALE: 1/2" = 1'-0"



All Trucks

FACING PLAN SOUTH

Visitors and Associates ↑
Customers ←
All Trucks →

FACING PLAN SOUTH

Visitors and Associates ↑
Delivery Service Provider Parking ↑
All Trucks →

FACING PLAN NORTH

PYLON SIGN 1

Visitors and Associates ↑
Customers ←
Delivery Service Provider Parking ↑

FACING PLAN NORTH

PYLON SIGN 2

PLACARD DETAIL

NOTES:
1.   PLACARD LAYOUT SHALL BE SITE SPECIFIC. DETAIL SHOWN IS FOR DELIVERY STATION BUILDING DNIF
LARGE OIL PROTOTYPE. ORIENTATION OF ARROWS SHALL BE BASED ON PYLON SIGN LOCATION.

4   SITE SIGNS
AS1.00   SCALE: 1/2" = 1'-0"



23'-3"

7'-6"



5" (CLAD) ALUMINUM
RETURNS (BLACK)

1" TRIM CAP (BLACK)

LED LIGHTING STRIP
(WHITE)

3/16" ACRYLIC FACE
(WHITE) VINYL
OVERLAY GRAPHICS

DRAIN HOLES

EXISTING WALL

PRIMARY ELECTRIC
SOURCE

DISCONNECT SWITCH

CONDUIT (1/2" MIN)

RACEWAY

POWER SOURCE

INSTALL METHOD
TO BE FLUSH

5   TYP BUILDING SIGN
AS1.00

Bowen⁺

Phone: (616) 949-9900   Fax: (616) 949-9910

NOTICE

THIS ARCHITECTURAL AND
ENGINEERING DRAWING IS HEREBY
IN PART OR IN WHOLE. USE
WITHOUT THE EXPRESS WRITTEN
CONSENT OF BOWEN +
ASSOCIATES IS PROHIBITED.

11/30/2020

DATES AND REVISIONS

No.   Date - Description

DL14 - DISTRIBUTION CENTER
TENANT INTERIOR
3077 GATEWAY COMMERCE CENTER DR S
EDWARDSVILLE, IL 62025

SITE DETAILS AND SIGNAGE

DRAWN BY:   Author
CHECKED BY:   Checker
RLB NO.   13316

DRAWING NO.

AS1.00

## 1 WEST ELEVATION
SCALE 1/32" = 1'-0"

## 2 EAST ELEVATION
SCALE 1/32" = 1'-0"

## 3 NORTH ELEVATION
SCALE 1/32" = 1'-0"

## 4 SOUTH ELEVATION
SCALE 1/32" = 1'-0"

## 5 NORTH ENLARGED ELEVATION
SCALE 1/16" = 1'-0"

**EXTERIOR PAINT COLOR LEGEND**

PAINT COLOR TO MATCH
PANTONE 2995 C

**GENERAL ELEVATION NOTES**

1. IG INDICATES INSULATED GLAZING, TYP.
2. TG INDICATES TEMPERED, INSULATED GLAZING, TYP.
3. TIG INDICATES TEMPERED, INSULATED GLAZING, TYP.
4. ALL FIXED INSULATED GLAZING SHALL BE CERTIFIED & LABELED WITH ITS MAX. U-FACTOR, SOLAR HEAT GAIN COEFFICIENT BY AN INDEPENDENT AGENCY LICENSED BY THE NFRC IN COMPLIANCE WITH 2015 IECC.
5. ALL VERTICAL DIMENSIONS ARE FROM FINISHED FLOOR, U.N.O.

**KEYNOTES**

0214   EXISTING 9'-2" WIDE OVERHEAD DOOR
0215   EXISTING 12'-0" WIDE OVERHEAD DOOR
0216   SECURE ALL EXISTING OVERHEAD DOORS EXCEPT THOSE SCHEDULED TO REMAIN IN OPERATION (SEE DOOR SCHEDULE SHEET A6.10). SHUT WITH BOLT INSERTED THROUGH TRACK @ 8'-0" AFF. SEE ELEVATIONS FOR DOORS TO REMAIN IN OPERATION.
0217   INSTALL EDGE OF DOCK LEVELER AND COMPONENTS AT DOCK POSITIONS INTENDED TO REMAIN ACTIVE.
0604   ALUMINUM DOOR. REFER TO DOOR ASSEMBLIES.
0621   EXISTING ALUMINUM FRAME STOREFRONT SYSTEM.
0622   EXISTING LOUVER LOCATION
0623   PROPOSED INSULATED TINTED GLASS IN THERMALLY BROKEN CLEAR ANODIZED ALUMINUM STOREFRONT IN EXISTING KNOCKOUT PANEL LOCATION. SEE ELEVATIONS
0624   PROPOSED INSULATED TINTED GLASS IN THERMALLY BROKEN CLEAR ANODIZED ALUMINUM STOREFRONT IN EXISTING OPENING LOCATION. SEE ELEVATIONS
0984   PAINT PANTONE 2995 C FULL EXTENT OF EXISTING BUILDING STRIPE
0985   PAINT PANTONE 2995 C ALL SIDES OF EXISTING ENTRY CANOPY
1018   SIGNAGE BY VENDOR, INSTALL PER MANUFACTURER'S SPECIFICATIONS (RE:10.SF)

Bowen+

2010 Clark Avenue, Suite 200   Cleveland, Ohio 44115
Phone 216.491.9300   Fax 216.491.9301
www.bowen-studios.com

**NOTICE**
THIS ARCHITECTURAL AND ENGINEERING DRAWINGS AGREE IN SUBSTANCE WITH ...

11/30/2020

**DATES AND REVISIONS**

| No. | Date | Description |
|-----|------|-------------|
| 1 | 02/16/20 | PERMIT |
| 2 | 03/30/20 | BULLETIN #1 |
| 3 | 03/30/20 | BULLETIN #2 |
| 4 | 04/06/20 | BULLETIN #3 |
| 5 | 08/10/20 | BULLETIN #4 |

**DL4 - DISTRIBUTION CENTER**
**TENANT INTERIOR**
3077 GATEWAY COMMERCE CENTER DR S
EDWARDSVILLE, IL 62025

**EXTERIOR ELEVATIONS**

DRAWN BY:   CFR
CHECKED BY:   MLI
RLB NO.:   **13316**

DRAWING NO.
**A4.10**

**NORTH ENLARGED ELEVATION - 1**
SCALE: 1/4" = 1'-0"

**NORTH ENLARGED ELEVATION - 2**
SCALE: 1/4" = 1'-0"

**ENLARGED WEST ELEVATION**
SCALE: 1/4" = 1'-0"

associate entry

amazon delivery

amazon hub

amazon pick-up & return

customer service

OPEN

OPEN

ANODIZED ALUMINUM CLADDING WRAPPED OVER CEMENT BOARD OVER 6" MTL STUD. UP TURN TOP EDGE TO TERMINATE INTO SEALANT AT WALL

EXTEND PRIME BLUE TO BOTTOM OF BUMP-OUT FEATURE

PAINT PRIME BLUE AROUND OPENING TO EXTENTS SHOWN

PAINT SOLID BLACK AROUND OPENING TO EXTENTS SHOWN

ALIGN TOP OF PAINT TO ADJ BUMP-OUT FEATURE

ALIGN TO PANEL JOINT

ALIGN TO PANEL JOINT

**EXTERIOR PAINT COLOR LEGEND**

SHERWIN WILLIAMS
SW 7066
GRAY MATTERS

PAINT COLOR TO MATCH
PANTONE 2995 C

**GENERAL ELEVATION NOTES**

1.   IG INDICATES INSULATED GLAZING, TYP.
2.   TG INDICATES TEMPERED GLAZING, TYP.
3.   TIG INDICATES TEMPERED, INSULATED GLAZING, TYP.
4.   ALL FIXED INSULATED GLAZING SHALL BE CERTIFIED & LABELED WITH ITS MAX. U-FACTOR OF A SOLAR HEAT GAIN COEFFICIENT BY AN INDEPENDENT AGENCY LICENSED BY THE NFRC IN ACCORDANCE WITH 2015 IECC.
5.   ALL VERTICAL DIMENSIONS ARE FROM FINISHED FLOOR, U.N.O.

**KEYNOTES**

0621   EXISTING ALUMINUM FRAME STOREFRONT SYSTEM
0624   PROPOSED INSULATED TINTED GLASS IN THERMALLY BROKEN CLEAR ANODIZED ALUMINUM STOREFRONT IN EXISTING OPENING LOCATION. SEE ELEVATIONS
0985   PAINT PANTONE 2995 C ALL SIDES OF EXISTING ENTRY CANOPY
1014   SIGNAGE BY VENDOR. INSTALL PER MANUFACTURER'S SPECIFICATIONS (11.59 SF)
1015   SIGNAGE BY VENDOR. INSTALL PER MANUFACTURER'S SPECIFICATIONS (100.69 SF)
1016   SIGNAGE BY VENDOR. INSTALL PER MANUFACTURER'S SPECIFICATIONS (19.77 SF)
1017   SIGNAGE BY VENDOR. INSTALL PER MANUFACTURER'S SPECIFICATIONS (30.16 SF)
1018   SIGNAGE BY VENDOR. INSTALL PER MANUFACTURER'S SPECIFICATIONS (80.16 SF)

Bowen+

DATES AND REVISIONS
| No. | Date | Description |
| --- | --- | --- |
| 1 | 09/30/20 | BULLETIN #1 |
| 2 | 09/30/20 | BULLETIN #2 |
| 3 | 09/16/20 | BULLETIN #3 |

NOTICE
THIS ARCHITECTURAL AND ENGINEERING DRAWING IS USED IN CONFIDENCE. NO USE OR DISSEMINATION MAY BE MADE WITHOUT PRIOR WRITTEN CONSENT OF THE ARCHITECT. ALL RIGHTS ARE RESERVED OFFICIALLY. © REPRINTS © 2020 BOWENIL. BOWEN + ASSOCIATES, INC.

11/30/2020

DL4 - DISTRIBUTION CENTER
TENANT INTERIOR
3277 GATEWAY COMMERCE CENTER DR S
EDWARDSVILLE, IL 62025

ENLARGED ELEVATIONS

DRAWN BY:   CFR
CHECKED BY:   RW
BLBI NO.   13316

DRAWING NO.
**A4.12**

