# EXHIBIT 3
# CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER