# EXHIBIT 4

## CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER