# EXHIBIT 5



Tx:4152180

**2015R27147**
**STATE OF ILLINOIS**
**MADISON COUNTY**
08/06/2015  4:06 PM
AMY M. MEYER, RECORDER
REC FEE: 39.00
CO STAMP FEE: 7500.00
ST STAMP FEE: 15000.00
FF FEE:
RHSPS FEE: 9.00
# OF PAGES: 8

File No: 153876BMT ①
Benchmark Title Company, LLC
1124 Hartman Lane,
Shiloh IL 62221



STATE OF ILLINOIS

REAL ESTATE
TRANSFER TAX

AUG.-6.15

22500.00

MADISON COUNTY

FP326651

STATE & COUNTY TAX

000000156

48.00 ck 1094

# Recording Sheet
## Special Warranty Deed

This sheet is being used for recording purposes only

## SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED, effective as of this 4th day of August, 2015, between, GATEWAY COMMERCE CENTER INVESTMENT COMPANY R, L.L.C., a Missouri limited liability company, with its principal place of business at 13397 Lakefront Drive, Earth City, MO 63045, as Grantor and GATEWAY COMMERCE CENTER DEVELOPMENT COMPANY, INC., a Missouri corporation, with its principal place of business at 13397 Lakefront Drive, Earth City, MO 63045, as Grantee.

WITNESSETH, that the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration in hand paid by the Grantee, the receipt whereof is hereby acknowledged, by these presents does hereby REMISE, RELEASE, GRANT AND CONVEY unto Grantee the following described real estate, to wit:

A tract of land located in Madison County, Illinois, and being more particularly described in EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF,

Space above reserved for Recorder of Deeds

Subject to all ordinances, restrictions, easements, covenants, conditions, indentures, agreements, and rights of way of record, if any. Together with all and singular the hereditaments and appurtenances thereto belonging, or in anyway appertaining, and the reversions, remainder or remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim or demand whatsoever, of the Grantor, either in law or equity of, in and to the premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises, with the appurtenances, unto Grantee forever and said Grantee hereby expressly waives and releases any and all right or benefit under and by virtue of any and all statutes of the State of Illinois, providing for the exemption of homesteads from sale on execution or otherwise.

Grantor, for itself, and its successors, does covenant, promise and agree to and with the Grantee, that it has not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as above recited; and that it will WARRANT and DEFEND the said premises against all persons lawfully claiming or to claim same, by, through or under it, but none other, excepting, however, general real estate taxes for the calendar year 2015 and thereafter, and special taxes becoming a lien after the date of this deed.

IN WITNESS WHEREOF, said Grantor has caused its name to be signed to these presents the day and year first above written.

UNOFFICIAL COPY

GATEWAY COMMERCE CENTER
INVESTMENT COMPANY R, L.L.C.

By:  TriStar Property Associates LLC,
Its Manager

By:  *Mitchell M. Wexler*

Mitchell M. Wexler, Co-Manager

STATE OF MISSOURI          )
                           )
COUNTY OF ST. LOUIS        )

I, the undersigned, a Notary Public, in and for said County, in the State aforesaid, do hereby certify that Mitchell M. Wexler, Co-Manager of TriStar Property Associates LLC, a Missouri limited liability company, which is the Manager of Gateway Commerce Center Investment Company, L.L.C., personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed and delivered said instrument on behalf of said limited liability company, by authority of its Members; and said  Mitchell M. Wexler acknowledged said instrument to be the free act and deed of said limited liability company for the use and purposes therein set forth.

Given under my hand and official seal this _30_ day of ~~August~~ July, 2015.

Edward Manis
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: May 3, 2016
Commission # 12381680

*Edward Manis*

Notary Public

| After recording, return document to: | Tax Bills should be sent to Grantee: |
|---|---|
| Mitchell M. Wexler | Gateway Commerce Center Development |
| 13397 Lakefront Drive | Company, Inc. |
| Earth City, MO  63045 | Attn: Mitchell M. Wexler |
| | 13397 Lakefront Drive |
| **Prepared by:** | Earth City, MO  63045 |
| Benjamin Evans, Esq. | |
| Benjamin Evans Law Firm LLC | |
| 7733 Forsyth Blvd., 11th Floor | |
| St. Louis, MO  63105 | |

# EXHIBIT A

## PROPERTY DESCRIPTION

**Parcel 1**

**North East Tract:**

A tract of land being part of Section 24, Township 4 North, Range 9 West and part of Fractional Sections 19 and 30 in Township 4 North, Range 8 West, all of the Third Principal Meridian, Madison County, Illinois, and being more particularly described as follows: Commencing at the Northwesterly corner of said Fractional Section 19; thence along the Westerly line of said Fractional Section 19 South 02 degrees 02 minutes 21 seconds East 83.73 feet to the POINT OF BEGINNING of the tract of land herein described; thence continuing along said Westerly line of Fractional Section 19; thence South 00 degrees 09 minutes 18 seconds West 210.29 feet to the centerline of a ditch; thence departing said Westerly line and along centerline of said ditch the following courses and distances; thence South 27 degrees 55 minutes 55 seconds East 211.10 feet; thence South 22 degrees 02 minutes 40 seconds East 477.10 feet to a point of curvature to the left; thence along said curve to the left having a radius of 208.00 feet an arc distance of 183.22 feet to a point of tangency; thence South 72 degrees 30 minutes 50 seconds East 285.39 feet to a point of curvature to the right; thence along said curve to the right having a radius of 150.00 feet an arc distance of 185.38 feet to a point of tangency; thence South 01 degrees 42 minutes 08 seconds East 91.60 feet; thence departing said centerline of ditch North 88 degrees 38 minutes 45 seconds East 11.75 feet to the Northwesterly line of a tract of land now or formerly conveyed to James and Patricia Harmon by deed recorded in Deed Book 3322 page 614 of said records; thence along the Westerly line of said Harmon Tract and the Westerly line of a tract of land now or formerly conveyed to Lida Theis and to the State of Illinois the following courses and distances; thence South 00 degrees 49 minutes 20 seconds East 1360.84 feet; thence South 00 degrees 50 minutes 20 seconds East 1313.42 feet; thence along the Northerly line of the South one-half of the South one-half of above said Fractional Section 19 North 89 degrees 33 minutes 31 seconds East 2119.38 feet to the Northwesterly corner of a tract of land now or formerly conveyed to Thomas and Donna Haetzel by deed recorded in Deed Book 3023 Page 540 of the Madison County Records; thence along the Westerly line of said Haetzel Tract and the Westerly and Southerly line of a tract now or formerly conveyed to Brenda Ropac by deed recorded in Deed Book 3359 Page 1128 of said records the following courses and distances; thence South 00 degrees 50 minutes 23 seconds East 954.35 feet; thence North 89 degrees 27 minutes 32 seconds East 593.92 feet to the centerline of Sand Road 50 feet wide; thence along said centerline South 00 degrees 50 minutes 46 seconds East 239.54 feet to the Northeasterly corner of a tract of land now or formerly conveyed to Everett and Gladys Burgan by deed recorded in Deed Book 3093 Page 991 of said records; thence along the Northerly and Westerly lines of said Burgan tract the following courses and distances; thence South 89 degrees 27 minutes 06 seconds West 290.80 feet; thence South 00 degrees 50 minutes 46 seconds East 150.59 feet to the Southerly line of said Fractional Section 19; thence along said Southerly line South 89 degrees 21 minutes 19 seconds West 1040.82 feet to the Northeasterly corner of the Northwest one-quarter of above mentioned Fractional Section 30; thence along the Easterly line of said Northwest one-quarter South 00 degrees 51 minutes 52 seconds East 2698.99 feet to the Southerly line of said Northwest one-quarter; thence along said Southerly line North 89 degrees 08 minutes 13 seconds West 245.21 feet to the Easterly line

of the County Ditch Drainage and Levee District right-of-way 75 feet wide, as field located in June, 1999, and as established and recorded in Book G Page 58 of said records; thence along said Easterly and Northeasterly right-of-way line the following courses and distances; thence North 22 degrees 40 minutes 09 seconds West 377.08 feet to a point of curvature to the right; thence along said curve to the right having a radius of 1112.50 feet an arc distance of 451.55 feet to a point of tangency; thence North 00 degrees 35 minutes 11 seconds East 707.09 feet to a point of curvature to the left; thence along said curve to the left, having a radius of 237.50 feet, an arc distance of 243.38 feet to a point of tangency; thence North 58 degrees 07 minutes 44 seconds West 1,840.93 feet to the Northerly line of above said Fractional Section 30; thence along said Northerly line South 89 degrees 21 minutes 19 seconds West 149.83 feet to the Southeasterly corner of above said Section 24; thence along the Southerly line of said Section 24 the following courses and distances; thence North 87 degrees 42 minutes 37 seconds West 1167.25 feet to a point on the Easterly line of F.A.P. Route 310/Illinois State Route 255; thence along last said Easterly line the following courses and distances; thence North 14 degrees 31 minutes 55 seconds East 493.04 feet; thence North 50 degrees 36 minutes 00 seconds East 49.67 feet; thence South 60 degrees 28 minutes 00 seconds East 548.45 feet; thence North 29 degrees 32 minutes 00 seconds East 205.00 feet; thence North 60 degrees 28 minutes 00 seconds West 548.45 feet; thence North 09 degrees 27 minutes 23 seconds West 128.66 feet; thence North 14 degrees 31 minutes 55 seconds East 72.60 feet to a point of curvature to the left, said curve having a radius of 620.00 feet; thence in a Northerly direction along last said curve an arc distance of 431.12 feet to a point of tangency; thence North 25 degrees 18 minutes 31 seconds West 702.72 feet to a point of curvature to the right, said curve having a radius of 710.00 feet; thence in a Northwesterly direction along last said curve an arc distance of 294.00 feet to a point of tangency; thence North 01 degrees 35 minutes 00 seconds West 390.62 feet to a point of curvature to the left, said curve having a radius of 10,346.96 feet; thence in a Northerly direction along last said curve an arc distance of 769.09 feet; thence departing last said curve North 17 degrees 28 minutes 59 seconds West 169.23 feet; thence North 07 degrees 25 minutes 42 seconds West 904.51 feet; thence North 05 degrees 10 minutes 26 seconds West 598.42 feet; thence North 01 degrees 43 minutes 49 seconds West 198.53 feet; thence North 00 degrees 17 minutes 10 seconds West 56.11 feet to the Southerly line of a tract of land now or formerly conveyed to Fred E. Allen by deed recorded in Book 312 Page 112 of said records; thence along said Southerly line South 89 degrees 46 degrees 09 seconds East 1278.21 feet to the Northerly line of said Section 24; thence along said Northerly line South 86 degrees 26 minutes 54 seconds East 339.47 feet to the POINT OF BEGINNING and containing 15,562,290 square feet or 357.261 acres more or less.

Parcel 2
South East Tract:
A tract of land being part of Fractional Section 30, Township 4 North, Range 8 West and part of the East one-half of Section 25, Township 4 North, Range 9 West, both of the 3rd Principal Meridian, Madison County, Illinois, and being more particularly described as follows: Beginning at the Northwesterly corner of said Section 30; thence along said Northerly line North 89 degrees 21 minutes 19 seconds East 149.83 feet to the Northeasterly line of the County Ditch Drainage and Levee District right-of-way as recorded in Book G Page 57 of the Madison County Records; thence along said Northeasterly and the Easterly line of said right-of-way the following courses and distances; thence South 58 degrees 07 minutes 44 seconds East 1840.93 feet to a point of curvature to the right; thence along said curve to the right having a radius 237.50 feet an arc distance of 243.38 feet to a point of

tangency; thence South 00 degrees 35 minutes 11 seconds West 707.09 feet to a point of curvature to the left; thence along said curve to the left having a radius of 1112.50 feet an arc distance of 451.55 feet to a point of tangency; thence South 22 degrees 40 minutes 09 seconds East 2244.11 feet to a point of curvature to the left; thence along said curve to the left having a radius of 912.50 feet an arc distance of 506.08 feet to a point of reverse curvature to right; thence along said curve to the right having a radius of 437.50 feet an arc distance of 270.37 feet to a point of tangency; thence South 19 degrees 02 minutes 17 seconds East 322.03 feet to the Northerly line of Chain of Rocks Road, Route 66 By-Pass as conveyed to the State of Illinois Department of Public Works, Division of Highways by deed recorded in Book 702 Page 368 of said records; thence along said Northerly line the following courses and distances; thence North 89 degrees 16 minutes 36 seconds West 1014.51 feet; thence North 89 degrees 18 minutes 36 seconds West 1871.07 feet to the Easterly right-of-way of F.A.P. Route 310/Illinois State Route 255; thence along said Easterly line the following courses and distances; thence North 49 degrees 13 minutes 00 seconds West 169.10 feet; thence South 89 degrees 30 minutes 28 seconds West 362.92 feet; thence North 00 degrees 12 minutes 19 seconds East 628.94 feet; thence North 89 degrees 37 minutes 39 seconds West 1024.05 feet; thence North 66 degrees 45 minutes 51 seconds West 223.89 feet; thence North 04 degrees 28 minutes 01 seconds West 716.75 feet; thence North 00 degrees 28 minutes 00 seconds West 280.00 feet; thence North 89 degrees 32 minutes 00 seconds East 245.00 feet; thence North 00 degrees 28 minutes 00 seconds West 1740.01 feet; thence South 89 degrees 32 minutes 00 seconds West 240.50 feet; thence North 00 degrees 28 minutes 00 seconds West 736.85 feet; thence North 03 degrees 32 minutes 00 seconds East 435.39 feet to a point of curvature to the right, said curve having a radius of 740.00 feet; thence along last said curve an arc distance of 142.05 feet to a point of tangency; thence North 14 degrees 31 minutes 55 seconds East 449.11 feet to the Northerly line of above said Section 25; thence along said Northerly line the following courses and distances; thence South 87 degrees 42 minutes 37 seconds East 1167.25 feet to the POINT OF BEGINNING and containing 16,429,807 square feet or 377.176 acres more or less.
EXCEPTING THEREFROM any right, title or interest, if any, to that part of the County Ditch Drainage and Levee District right-of-way abutting property owners embraced herein.

EXCEPTING THEREFROM that part as conveyed to the People of the State of Illinois, Department of Transportation by instrument recorded as Document No. 2007R51112 of the Madison County Records, Madison County, Illinois, containing 16,408 square feet or 0.377 acres more or less.

Parcel Numbers:
14-1-15-19-00-000-002.002 (Affects Tract 1)
14-1-15-19-00-000-010.001 (Affects Tract 1)
14-1-15-19-00-000-013 (Affects Tract 1)
18-1-14-24-00-000-003 (Affects Tract 1)
18-1-14-24-00-000-004 (Affects Tract 1)
18-1-14-24-00-000-003.004 (Affects Tract 1)
14-1-15-30-00-000-001 (Affects Tract 1)
14-1-15-30-00-000-004 (Affects Tract 1)
14-1-15-30-00-000-002 (Affects Tract 2)
18-1-14-25-00-000-002 (Affects Tract 2)
14-1-15-30-00-000-002.001 (Affects Tract 2)

UNOFFICIAL COPY

**14-1-15-30-00-000-002.002 (Affects Tract 2)**
**Prior Deed Reference: Book 4349, page 4312, Book 4349, page 4321 and Document No. 2009R00820**

**(Such property being undeveloped real property generally located north of Chain of Rocks Road, on the east side of Illinois State Route 255.)**

UNOFFICIAL COPY



**AFFIDAVIT FOR PURPOSE OF PLAT ACT REQUIREMENTS (765 ILCS 205)**
**THIS IS A LEGAL DOCUMENT – CONSULT YOUR PRIVATE ATTORNEY**
(County Zoning & Subdivision Ordinances May Also Apply)

**ORIGINAL AFFIDAVIT REQUIRED FOR RECORDING, COPIES _WILL NOT_ BE ACCEPTED**

Affiant is the Grantor or is the Grantors authorized representative in a deed transferring interest in the real estate described in the accompanying deed. Affiant further states this transfer is exempt from the Illinois Plat Act because it is:

*(Please check all that apply)*
( ✓ ) **A. NOT A DIVISION OF LAND** (parcel lines unchanged) ( ) **C. DIVISION FOR TAXING PURPOSES ONLY** (parcel lines change)

( ) **B. A DIVISION OF LAND THAT MEETS ONE OF THE FOLLOWING EXCEPTIONS TO THE PLAT ACT:**

____ 1. A division or subdivision of land into tracts of five (5) acres or more not involving new streets or easements of access with a minimum of five (5) acres residue or Grandfathered under prior approved plat by Land Use Committee.

____ 2. A division of lots or blocks of less than one (1) acre in a recorded subdivision not involving new streets or easements of access.

____ 3. A sale or exchange of land between owners of adjoining and contiguous land.

____ 4. A conveyance of land for use as a right-of-way for public utilities and other pipelines not involving new streets or easements of access.

____ 5. A conveyance of land owned by a public utility not involving new streets or easements of access.

____ 6. A conveyance of land for highway or other public purpose or relating to a dedication of land or for vacation of land subject to a public use.

____ 7. A conveyance made to correct a description in prior conveyance.

____ 8. The sale or exchange of parcels of land following the division into no more than two (2) parts of a parcel existing on July 17, 1959, and not involving any new streets or easements of access.

____ 9. The sale of a single lot/tract less than five (5) acres from a larger tract. (Exception only applies to the 1st tract conveyed from a larger tract as it existed on October 1, 1973.) (The single tract of less than five (5) acres must have been surveyed by an Illinois Registered Land Surveyor whose survey must accompany the deed)

**IF A IS MARKED ABOVE, APPROVAL BY THE MAPS & PLATS GIS DIVISION IS NOT REQUIRED.**
**IF B OR C IS MARKED ABOVE, APPROVAL BY THE MAPS & PLATS GIS DIVISION IS REQUIRED.**

Under the penalties of perjury I swear that the statements contained here are true and correct.

NAME _Michael Towerman_ SIGNATURE: _____ DATE: _July 22_, 20_15_
*(Please Print)*

Subscribed and sworn to before me this _22_ day of _July_, 20_15_

➤ on behalf of: Gateway Commerce Center Dev. Co. Inc
Gateway East 717 Owner LLC
By: Tri-Star Gateway East 717, LLC Properties
Michael Towerman Co-manage

_Edward Manis_
Notary Public

Edward Manis
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: May 3, 2016
Commission # 12381680

All divisions of less than 2 acres within the County jurisdiction must be reviewed by the
Madison County Planning and Development Department

This affidavit only ensures the Recorder's Office compliance with the State Plat Act. If the property is located within a municipality or within 1.5 miles of a municipality, local ordinances may apply. _If exception 9 is used,_ it is required that this land division be reviewed & approved by the participating municipality. Each municipality has five (5) business days to review deed(s) and return. If the five day limit expires, Maps & Plats will process the deed upon proof of date submitted to municipality.

Date Submitted to Municipality (s) _____ (Please check one) ( ) **Municipality Jurisdiction** ( ) **County Jurisdiction**

**Municipality (s) with Jurisdiction:** _____

_____          _____          _____
*Municipal Planning Official's Signature*          *Print Name*          *Date*

_____          _____          _____
*Municipal Planning Official's Signature*          *Print Name*          *Date*

(Revised 8/11)

END OF DOCUMENT