# EXHIBIT 6

## Property Information

| | | |
|---|---|---|
| **Parcel Number**<br>14-1-15-30-00-000-002.009 | **Site Address**<br>3077 GATEWAY COMMERCE S<br>EDWARDSVILLE, IL 62025 | **Owner Name & Address**<br>REALTY INCOME ILLINIOS PROPERTIES 4 LLC<br>11995 EL CAMINO REAL<br>SAN DIEGO, CA, 92130 |
| **Tax Year**<br>2020 (Payable 2021) ▼ | | |
| **Sale Status**<br>None | **Neighborhood Code**<br>CN12 | **Land Use**<br>0330 - Improved - Commercial |
| **Property Class**<br>0060 - IMPROVED COMMERCIAL | **Tax Code**<br>547 - #7; EDWARDSVILLE CITY; MES | **Tax Status**<br>Taxable |
| **Net Taxable Value**<br>11,025,480 | **Tax Rate**<br>7.825500 | **Total Tax**<br>$919.52 |
| **Township**<br>14-EDWARDSVILLE | **Acres**<br>54.0500 | **Mailing Address**<br>REALTY INCOME ILLINOIS PROPERTIES 4 LLC<br>11995 EL CAMINO REAL<br>ATTN:PM DEPT 7630<br>SAN DIEGO, CA, 92130 |
| **1977 Assessment**<br>0 | **Lot Size** | **TIF Base Value**<br>0 |

**Legal Description**
PART NORTHWEST & PART SOUTHWEST

## ⊖ Property Sketches

Mega Warehouse/Mega Warehouse



```
                    1042'

            CONC TILT-UP
          Mega Warehouse
570'         593940 sf           570'
               40'H

                    1042'
```

Sketch by Apex Sketch

## Billing

| Installment | Date Due | Tax Billed | Penalty Billed | Cost Billed | Drainage Billed | Total Billed | Amount Paid | Date Paid | Total Unpaid |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 07/08/2021 | $229.88 | $0.00 | $0.00 | $0.00 | $229.88 | $229.88 | 6/30/2021 | **$0.00** |
| 2 | 09/08/2021 | $229.88 | $0.00 | $0.00 | $0.00 | $229.88 | $229.88 | 6/30/2021 | **$0.00** |
| 3 | 10/08/2021 | $229.88 | $0.00 | $0.00 | $0.00 | $229.88 | $229.88 | 6/30/2021 | **$0.00** |
| 4 | 12/08/2021 | $229.88 | $0.00 | $0.00 | $0.00 | $229.88 | $229.88 | 6/30/2021 | **$0.00** |
| **Total** | | **$919.52** | **$0.00** | **$0.00** | **$0.00** | **$919.52** | **$919.52** | | **$0.00** |

## Payment History

| Tax Year | Total Billed | Total Paid | Amount Unpaid |
|---|---|---|---|
| 2021 | $919.20 | $919.20 | $0.00 |
| 2020 | $919.52 | $919.52 | $0.00 |
| 2019 | $931.72 | $931.72 | $0.00 |

Show 1 More

## Assessments

| Level | Homesite | Dwelling | Farm Land | Farm Building | Mineral | Total |
|---|---|---|---|---|---|---|
| DOR Equalized | 1,431,420 | 9,594,060 | 0 | 0 | 0 | 11,025,480 |
| Department of Revenue | 1,431,420 | 9,594,060 | 0 | 0 | 0 | 11,025,480 |
| Board of Review Equalized | 1,431,420 | 9,594,060 | 0 | 0 | 0 | 11,025,480 |
| Board of Review | 1,407,490 | 9,433,690 | 0 | 0 | 0 | 10,841,180 |
| S of A Equalized | 1,407,490 | 9,433,690 | 0 | 0 | 0 | 10,841,180 |
| Supervisor of Assessments | 1,407,490 | 9,433,690 | 0 | 0 | 0 | 10,841,180 |
| Township Assessor | 1,407,490 | 9,433,690 | 0 | 0 | 0 | 10,841,180 |
| Prior Year Equalized | 1,407,490 | 9,433,690 | 0 | 0 | 0 | 10,841,180 |

## No Exemptions

## Market Land Valuation

| Property Class | Description | Type | Sq. Ft. | Calc. Acres | Deed Acres |
|---|---|---|---|---|---|
| COM - Commercial | | PRIMARY - | 2,354,244 | 54.05 | 0.00 |

## ⊕ Structure (1 of 1)

## No Farmland Information

## Parcel Owner Information

| Name | Tax Bill | Address |
|---|---|---|
| REALTY INCOME ILLINIOS PROPERTIES 4 LLC | N | 11995 EL CAMINO REAL SAN DIEGO, CA, 92130 |

## Sales History

| Year | Document # | Sale Type | Sale Date | Notes | Sold By | Sold To | Price |
|---|---|---|---|---|---|---|---|
| 2021 | 2021R06946 | Unknown | 2/18/2021 | SPECIAL WARRANTY DEED - RERECORDED | REALTY INCOME ILLINIOS PROPERTIES 4 LLC | REALTY INCOME ILLINIOS PROPERTIES 4 LLC | $0.00 |
| 2020 | 2020R46789 | Not Open Market | 12/16/2020 | SPECIAL WARRANTY DEED | GATEWAY EAST 9B OWNER LLC | REALTY INCOME ILLINIOS PROPERTIES 4 LLC | $41,500,000.00 |
| 2017 | 2017R33873 | Unknown | 10/6/2017 | SPLIT | GATEWAY COMMERCE CENTER DEVELOPMENT CO INC | GATEWAY EAST 9B OWNER LLC | $2,821,215.00 |

Parcel Details for 141153000000002009

## Taxing Bodies

| District | Tax Rate | Extension |
|---|---|---|
| EDWARDSVILLE CU #7 | 4.657000 | $547.19 |
| CITY OF EDWARDSVILLE | 1.232000 | $144.76 |
| LEWIS & CLARK COLL #536 | 0.662400 | $77.83 |
| MADISON COUNTY | 0.546900 | $64.28 |
| METRO EAST SANITARY | 0.386600 | $45.43 |
| EDWARDSVILLE CITY LIBRARY | 0.169100 | $19.87 |
| EDWARDSVILLE ROAD & BR. | 0.091800 | $10.79 |
| EDWARDSVILLE TOWNSHIP | 0.079700 | $9.37 |
| **TOTAL** | **7.825500** | **$919.52** |



- EDWARDSVILLE CU #7
- CITY OF EDWARDSVILLE
- LEWIS & CLARK COLL #536
- MADISON COUNTY
- METRO EAST SANITARY
- EDWARDSVILLE CI…
- EDWARDSVILLE R…
- EDWARDSVILLE T…

## Permits

| Permit Number | Issue Date | Status | Description | Value |
|---|---|---|---|---|
| 20171419967 | 8/28/2017 | COMPLETE | Comm Shell | 19,081,500.00 |
| 202014022988 | 4/20/2020 | COMPLETE | remodel | 11,470,000.00 |
| 20211424444 | 1/4/2021 | ACTIVE | remodel | 135,000.00 |

Show 3 More

## ⊖ Legal Information

### Legal 1

**Legal Description**

PART NORTHWEST & PART SOUTHWEST

## Disclaimer

Madison County Government makes every effort to produce and publish the most current and accurate information possible. The information maintained on this website should not be relied upon for any purposes except for those of the Madison County Government staff. Madison County Government accepts no responsibility for the consequences of the inappropriate use or the interpretation of data. No warranties, expressed or implied, are provided for data herein. By proceeding with a property search you are stating that the notice has been read and that you understand and agree with its contents.