# EXHIBIT 7



PTAX-002072

# SPECIAL WARRANTY DEED

#4

THIS SPECIAL WARRANTY DEED, effective as of this 22 day of September, 2017, by and between GATEWAY COMMERCE CENTER DEVELOPMENT COMPANY, INC., a Missouri corporation, with its principal place of business at 13397 Lakefront Drive, Earth City, MO 63045, as Grantor, and GATEWAY EAST 9B OWNER, LLC, a Delaware limited liability company, with its principal place of business at c/o PCCP, LLC, 10100 Santa Monica Blvd., Suite 1000, Los Angeles, CA 90067, as Grantee.

WITNESSETH, that the Grantor, for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration in hand paid by the Grantee, the receipt whereof is hereby acknowledged, by these presents does hereby REMISE, RELEASE, GRANT AND CONVEY unto Grantee the following described real estate, to wit:

A tract of land located in Madison County, Illinois, and being more particularly described in EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF,

8481545
Tx:4371074

**2017R33873**
STATE OF ILLINOIS
MADISON COUNTY
10/06/2017 10:34 AM
AMY M. MEYER, RECORDER
REC FEE: 35.00
CO STAMP FEE: 1410.75
ST STAMP FEE: 2821.50
FF FEE:
RHSPS FEE: 9.00
# OF PAGES: 4

44.00CK3918D

Space above reserved for Recorder of Deeds

Subject to all ordinances, restrictions, easements, covenants, conditions, indentures, agreements, and rights of way of record, if any. Together with all and singular the hereditaments and appurtenances thereto belonging, or in any way appertaining, and the reversions, remainder or remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim or demand whatsoever, of the Grantor, either in law or equity of, in and to the premises, with the hereditaments and appurtenances.

TO HAVE AND TO HOLD the said premises, with the appurtenances, unto Grantee forever and said Grantee hereby expressly waives and releases any and all right or benefit under and by virtue of any and all statutes of the State of Illinois, providing for the exemption of homesteads from sale on execution or otherwise.

Grantor, for itself, and its successors, does covenant, promise and agree to and with the Grantee, that it has not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as above recited; and that it will WARRANT and DEFEND the said premises against all persons lawfully claiming or to claim same, by, through or under it, but none other, excepting, however, general real estate taxes for the calendar year 2017 and thereafter, and special taxes becoming a lien after the date of this deed.

9323 STZ

IN WITNESS WHEREOF, said Grantor has caused its name to be signed to these presents the day and year first above written.

GATEWAY COMMERCE CENTER
DEVELOPMENT COMPANY, INC.

By: _____
Michael Towerman, President

STATE OF MISSOURI         )
                          )
COUNTY OF ST. LOUIS       )

I, the undersigned, a Notary Public, in and for said County, in the State aforesaid, do hereby certify that Michael Towerman, President of Gateway Commerce Center Development Company, Inc., a Missouri corporation, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed and delivered said instrument on behalf of said corporation, by authority of its Board of Directors; and said Michael Towerman acknowledged said instrument to be the free act and deed of said corporation for the use and purposes therein set forth.

Given under my hand and official seal this __15__ day of September, 2017.

> Edward Manis
> Notary Public - Notary Seal
> STATE OF MISSOURI
> St. Charles County
> My Commission Expires May 3, 2020
> Commission # 12381680

_Edward Manis_  Notary Public

| After recording, ~~return~~ document to: | Tax Bills should be sent to Grantee: |
|---|---|
| Gibson, Dunn & Crutcher LLP<br>Attn: Valerie Christensen<br>555 Mission Street<br>San Francisco, CA 94105-0921 | Gateway East 9B Owner, LLC<br>c/o PCCP, LLC<br>10100 Santa Monica Blvd., Suite 1000<br>Los Angeles, CA 90067 |
| Prepared by:<br><br>Benjamin F. Evans, Esq.<br>Benjamin Evans Law Firm LLC<br>6374 Delmar Blvd.<br>St. Louis, MO 63130 | Fed Ex:<br>St. Louis Title, LLC<br>7701 Forsyth Blvd, Suite 200<br>Clayton, MO 63105 |

EXHIBIT A

PROPERTY DESCRIPTION

A tract of land being part of larger tract of land as conveyed to Gateway Commerce Center Development Company, Inc, by instrument recorded as Document No. 2015R27147, located in the West 1/2 of Section 30, Township 4 North, Range 8 West of the Third Principal Meridian, City of Edwardsville, Madison County Illinois being more particularly described as follows:

Commencing at a found iron pipe marking the common corner of Section 25, Township 4 North, Range 9 West and above said Section 30; thence along the Range line between said Sections, South 00 degrees 03 minutes 14 seconds East. 2148.26 feet; thence departing said range line North 89 degrees 56 minutes 46 seconds East, 150.94 feet to the southwest corner of a tract of land as conveyed Gateway East 9A Owner, LLC, said point also being the POINT OF BEGINNING of the herein described tract; thence along the south line of said Gateway East 9A Owner, LLC tract, South 90 degrees 00 minutes 00 seconds East, a distance of 1456.47 feet to the southeast corner thereof; thence departing said south line the following courses and distances: South 00 degrees 00 minutes 00 seconds West, 775.87 feet; South 22 degrees 40 minutes 09 seconds East, 788.13 feet and North 90 degrees 00 minutes 00 seconds West, 1810.23 feet to the east right-of-way line of Gateway Commerce Center Drive South, 80 feet wide, as established by instruments recorded as Document Nos. 2016R15931 and 2016R21429; thence along said right-of-way line the following courses and distances: North 00 degrees 00 minutes 00 seconds East, 904.49 feet to a point of curvature to the right, having a radius of 664.00 feet; along said curve with an arc length of 142.52 feet, and a chord which bears North 06 degrees 08 minutes 55 seconds East, 142.24 feet to a point of tangency; North 12 degrees 17 minutes 51 seconds East, 83.07 feet to a point of curvature to the left having a radius of 744.00 feet; along said curve with an arc length of 159.69 feet and a chord which bears North 06 degrees 08 minutes 55 seconds East, 159.38 feet to a point of tangency and North 00 degrees 00 minutes 00 seconds East, 217.57 feet to the Point of Beginning., **containing 2,354,277 square feet or 54.046 acres more or less according to calculations performed by by STOCK & ASSOCIATES CONSULTING ENGINEERS, INC. ON July 14, 2017**

Tax Parcel No. parts of PID: ~~14-1-15-302-00-000-002~~
~~and No. 14-1-15-302-00-000-002.001~~
3077 Gateway Commerce Center Dr., extended, East of IL 255

14·1·15·30·00·000·002·009

MAPS & PLATS
Survey Required
For Recording
Initials DR
Date 9/27/17

DOC 2017R33873 Pg 3 of 4



**AFFIDAVIT FOR PURPOSE OF PLAT ACT REQUIREMENTS (765 ILCS 205)**
**THIS IS A LEGAL DOCUMENT – CONSULT YOUR PRIVATE ATTORNEY**
(County Zoning & Subdivision Ordinances May Also Apply)

ORIGINAL AFFIDAVIT REQUIRED FOR RECORDING, COPIES *WILL NOT* BE ACCEPTED

Affiant is the Grantor or is the Grantors authorized representative in a deed transferring interest in the real estate described in the accompanying deed. Affiant further states this transfer is exempt from the Illinois Plat Act because it is:

*(Please check all that apply)*
( ) A. NOT A DIVISION OF LAND (parcel lines unchanged)   ( ) C. DIVISION FOR TAXING PURPOSES ONLY (parcel lines change)

(X) B. A DIVISION OF LAND THAT MEETS ONE OF THE FOLLOWING EXCEPTIONS TO THE PLAT ACT:

__X__ 1. A division or subdivision of land into tracts of five (5) acres or more not involving new streets or easements of access with a minimum of five (5) acres residue or Grandfathered under prior approved plat by Land Use Committee.

____ 2. A division of lots or blocks of less than one (1) acre in a recorded subdivision not involving new streets or easements of access.

____ 3. A sale or exchange of land between owners of adjoining and contiguous land.

____ 4. A conveyance of land for use as a right-of-way for public utilities and other pipelines not involving new streets or easements of access.

____ 5. A conveyance of land owned by a public utility not involving new streets or easements of access.

____ 6. A conveyance of land for highway or other public purpose or relating to a dedication of land or for vacation of land subject to a public use.

____ 7. A conveyance made to correct a description in prior conveyance.

____ 8. The sale or exchange of parcels of land following the division into no more than two (2) parts of a parcel existing on July 17, 1959, and not involving any new streets or easements of access.

____ 9. The sale of a single lot/tract less than five (5) acres from a larger tract. (Exception only applies to the 1st tract conveyed from a larger tract as it existed on October 1, 1973.) (The single tract of less than five (5) acres must have been surveyed by an Illinois Registered Land Surveyor whose survey must accompany the deed)

IF **A** IS MARKED ABOVE, APPROVAL BY THE MAPS & PLATS GIS DIVISION IS **NOT REQUIRED**.
IF **B OR C** IS MARKED ABOVE, APPROVAL BY THE MAPS & PLATS GIS DIVISION **IS REQUIRED**.

Under the penalties of perjury I swear that the statements contained here are true and correct.

GATEWAY COMMERCE DEVELOPMENT COMPANY, INC.
By: NAME  MICHAEL TOWERMAN, PRES.  SIGNATURE: _____  DATE: 9-15 , 20 17
(Please Print)

Subscribed and sworn to before me this __15__ day of __September__, 20 17

Edward Manis
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires May 3, 2020
Commission #12381680

_____
Notary Public

...less than 2 acres within the County jurisdiction must be reviewed by the Madison County Planning and Development Department

This affidavit only ensures the Recorder's Office compliance with the State Plat Act. If the property is located within a municipality or within 1.5 miles of a municipality, local ordinances may apply. *If exception 9 is used,* it is required that this land division be reviewed & approved by the participating municipality. Each municipality has five (5) business days to review deed(s) and return. If the five day limit expires, Maps & Plats will process the deed upon proof of date submitted to municipality.

Date Submitted to Municipality(s) _____   (Please check one) ( ) Municipality Jurisdiction   ( ) County Jurisdiction

Municipality(s) with Jurisdiction: _____

| Municipal Planning Official's Signature | Print Name | Date |
|---|---|---|
| Municipal Planning Official's Signature | Print Name | Date |

(Revised 8/11)

Madison County Maps & Plats GIS ... ext. 4586; Fax (618) 692-8298

**END OF DOCUMENT**