IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
MISSOURI

AXIS SURPLUS INSURANCE )
COMPANY, )
 )
    Plaintiff/Counter-Defendant, )
 ) Cause No.: 22-cv-00328
v. )
 ) Hon. Audrey G. Fleissig
TRISTAR COMPANIES, LLC )
 )
    Defendant/Counter-Plaintiff. )

## AFFIDAVIT OF ANDREW J. CANDELA

I, Andrew J. Candela, being first duly sworn on oath, depose and state as follows:

1. I am an attorney with the law firm of Skarzynski Marick & Black LLP, counsel on behalf of AXIS Surplus Insurance Company ("AXIS") and have personal knowledge of the facts set forth herein.

2. I make this Affidavit in support of AXIS' Motion for Summary Judgment on Count I of its Amended Complaint for Declaratory Judgment and Counts I and II of TriStar Companies LLC's ("TriStar") Amended Counterclaim. I am over the age of 18 and have never been convicted of a felony

3. Attached to AXIS Statement of Undisputed Materials Facts are true and correct copies of the following documents disclosed and produced by TriStar to AXIS on August 12, 2022:

    Exhibit 1:    TriStar's Answers and Objections to AXIS Surplus Insurance Company's Interrogatories;

    Exhibit 3:    [REDACTED]

    Exhibit 4:    [REDACTED]

1

Exhibit 8:   TriStar's Responses to AXIS' Request to Admit.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ *Andrew J. Candela*
Andrew J. Candela

Subscribed and Sworn to before me
this 28th day of October, 2022
By: *Kaitlyn E Hewson*
    Notary Public

OFFICIAL SEAL
KAITLYN E HEWSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/19/23

2