IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
MISSOURI

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> TRISTAR COMPANIES, LLC <br><br> Defendant/Counter-Plaintiff. | Cause No.: 22-cv-00328 <br><br> Hon. Audrey G. Fleissig |

## AFFIDAVIT OF REBECCA LIPES

Rebecca Lipes does swear as follows:

1.    I am over 18 years of age, of sound mind and otherwise competent to make this Declaration. The evidence set out in the foregoing Affidavit is based on my personal knowledge.

2.    I am an employee of AmWINS Access Insurance Services, LLC ("AmWINS") in its Springfield, Missouri office. AmWINS is a North Carolina limited liability company, which among other things, provides underwriting services to various insurance companies.

3.    I am an underwriter for AmWINS. AmWINS has a binding authority contract with AXIS Surplus Insurance Company ("AXIS"). Under this contract, AmWINS is authorized to issue certain types of liability insurance policies according to AXIS' requirements and guidelines.

4.    In 2021, I assumed responsibility for the Financial Processing Services, LLC ("Financial Processing") account and my underwriting work resulted in the issuance of AXIS policy number ESC90071, effective June 1, 2021 to June 1, 2022 (the "AXIS Policy").

5.    As part of my underwriting work, I communicated with Financial Processing's retail broker, Ami Seener of Smith McGehee Insurance Solutions. During my communications with Ms. Seener and other Smith McGehee employees, I was provided with the property locations

1

and additional insureds for which Financial Processing sought coverage under the AXIS Policy to be issued through AmWINS.

6. On April 12, 2021, I received an email communication from Ms. Seener regarding the renewal of Financial Processing's various insurance policies. See **Exhibit A** (AXIS00446).

[redacted]

The Accord Application contains the Additional Premises Information Schedule (page 1 of 2) reflecting Location #12 as "Hyw 270/255 & Hwy 111" in Madison, IL 62060. *Id.* (AXIS00493). The "Description of Operations" for Location #12 states "Vacant Land." *Id.*

7. Under binding authority contract between AmWINS and AXIS, my work with respect to AXIS policies is subject to AXIS' underwriting requirements and approval. In order to obtain approval to issue any AXIS policy, including the AXIS Policy, number ESC90071, which eventually was issued to Financial Processing, I was required to assess and rate the risk of each property for which coverage was sought. As part of rating the risk for each property for which Financial Processing sought coverage, I was required to assign AXIS specific class codes to each property proposed for coverage under the AXIS Policy.

8. As part of the underwriting process of the AXIS Policy, I created a Risk Rating Worksheet, attached here as **Exhibit C** (AXIS00678-683) to my Affidavit. The information utilized in the Risk Rating Worksheet came from the information provided by Ms. Seener on April 12. 2021.

9. In completing the Risk Rating Worksheet, a classification code, exposure level, rating basis, rate/premium and modifier ("mod") were assigned to each property location provided

2

by Financial Processing in order to determine a premium which would be charged to cover the risk associated with each property.

10. On the Risk Rating Worksheet, Location #9 is identified as "Hwy 270/255 & Hwy 111, Village of Pontoon, Madison, IL 62060 (Territory – IL-504: East St. Louis Area and Vicinity)." See **Exhibit C** (AXIS000681). Based on the information provided to me, the AXIS specific classification code assigned to this location is "(49451) Vacant Land – Other than Not-For-Profit." *Id.*

11. On May 5, 2021, I sent Ms. Seener and Michael Misuraca of Smith McGehee Insurance Solutions an email containing several PDF attachments for the quote to Financial Processing prior to the issuance of the AXIS Policy. **Exhibit D** (AXIS00530-531).

12. My May 5, 2021 email states in part:

> The attached Quotation from the carrier sets forth the coverage terms and conditions being offered. Please review carefully with your client as terms and conditions may differ from those requested in your submission. It is your responsibility to ensure the quoted coverage terms and conditions are sufficient to meet your client's coverage needs.
>
> If after reviewing you should have any questions or requested changes, please let us know as soon as possible so we can discuss with the carrier prior to the effective date of coverage.

*Id.* at AXIS00531.

13. My May 5, 2021, email contained six (6) PDF attachments, one of which is titled "Quote #5369164-1" (the "AXIS Quote"). See **Exhibit E** (AXIS00532-541).

14. The AXIS Quote attached to my May 5 email contains a summary of the proposed terms and conditions being offered to Financial Processing for what eventually would become the AXIS Policy. Pages 5 and 6 of the AXIS Quote contain a table identifying the applicable

3

classification code being assigned to each location Financial Processing sought to be covered in AXIS Policy. **Exhibit E** (AXIS00537-538).

15. The tenth (10th) line for the table on page 5 provides:

| Territory | Class Code | Description | Exposure | Basis | Rate | Premium |
|---|---|---|---|---|---|---|
| IL-504: East St. Louis Area and Vicinity | 49451 | Hwy 270/255 & Hwy 111 (Village of Pontoon) Rated As (49451) Vacant Land-Other Than Not-For-Profit | 100 | Each Acre | Prem/Ops Rate = 1.3360<br><br>Prod/Ops Rate = Included | $134.00 |

*Id.* at AXIS00537.

16. The AXIS classification code for the location described in the entry is 49451, which is the code assigned to "Vacant Land – Other Than Not-For-Profit." This is the same classification utilized in the Rating Worksheet ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **Exhibit C** at AXIS000681.

17. After I sent my email on May 5, 2021, I did not receive a response indicating the above territory had the wrong class code, description, exposure, or that it was anything other than "vacant land."

18. On June 1, 2021, Victoria Edmonds, on my behalf, sent an email to Ms. Seener and Mr. Misuraca with the AXIS binder dated May 26, 2021 (the "AXIS Binder") indicating the terms and conditions of the proposed AXIS Policy which would be bound and issued to Financial Processing. **Exhibit F** (AXIS000572); **Exhibit G** (AXIS000575-583).

19. Row 10 of the Class Codes Table on page 5 of the AXIS Binder contains the same territory, class code, description, exposure, basis, rate, and premium as the AXIS Quote. **Exhibit**

4

G at AXIS000579. ███████████████

███████████████████████████

20. I did not receive any response indicating the territory listed in row 10, page 5 of the AXIS Binder had been incorrectly classified or described.

21. The AXIS Policy was bound under the terms stated in the AXIS Binder and became effective on June 1, 2021.

22. The territory stated in row 10 of the AXIS Binder appears at row 10 of the Classification and Premium table on the Declarations Page of the AXIS Policy (page 2 of 3) and is classified as "Vacant Land - 49451."

23. This location appears on the "Schedule of Locations" Endorsement at Location #16, "Hwy 270/255 & Hwy 111, Madison, IL 62060."

24. On June 29, 2021, I received an email from Ms. Seener asking me to "make the following changes" to the AXIS Policy which included:

> GL: ESC90071 – Add 26 acres of vacant land –will be eventually developed, but
> currently vacant
> Location: E-1255, W. SAND RD., N. 1-270, S. Hwy 270-255 +
> Hwy 111 EDWARDSVILLE IL 62025
> Add Named Insured: Gateway 210 Owner, LLC

**Exhibit H** at AXIS000687.

25. After receiving this, I caused to be issued Policy Change Order Number 1 to the AXIS Policy. Policy Change Order Number 1 reflects the information provided to me by Ms. Seener.

26. I hereby affirm under penalty of perjury that the foregoing is true to the best of my knowledge based on my personal knowledge, the attached documents, and my review of the underwriting files maintained by AXIS.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Rebecca Lipes
Rebecca Lipes

Subscribed and Sworn to before me
this 25th day of October, 2022
By: _____
Notary Public

JACOB RAULSTON
Notary Public – Notary Seal
STATE OF MISSOURI
Christian County
My Commission Expires Aug. 31, 2024
Commission #16070432

6