# EXHIBIT A

| | |
|---|---|
| **From:** | Ami Seener |
| **To:** | Rebecca Lipes |
| **Cc:** | Bethany Terry; Mike Misuraca |
| **Subject:** | RE: Financial Processing Services: 6/1/21 |
| **Date:** | Monday, April 12, 2021 10:57:58 AM |
| **Attachments:** | image001.jpg |
| | image002.png |
| | 21-22 Property SOV.xlsx |
| | 21-22 Vacant Building Supp 2 Signed.pdf |
| | 21-22 Vacant Building Supp Signed.pdf |
| | 21-22 Landowners Supp Signed.pdf |
| | 21-22 Property Application LRO.pdf |
| | 21-22 Property ApplicationL Vacant Bldgs.pdf |
| | 21-22 GL Application LRO.Vacant Land.pdf |
| | 21-22 GL ApplicationL Vacant Bldgs.Farmed Land.pdf |
| | 21-22 Excess Application.pdf |

Hello Rebecca,

Attached please find the SOV, supplemental application and Acord applications for the upcoming 6/1/21 renewal. The SOV is not color coded, but organized with like properties so hopefully it will be easy enough to follow. We are includingthe Excess Liability, if we could work through your office for the renewal that would be great.

Noting the only change from current coverages is the Warrenton East Properties have been removed from the 21-22 renewal. (PLEASE DO NOT REMOVE FROM CURRENT POLICIES). Also, the SOV is accurate so if you notice we have left anything offthe Acord, please let us know.

Please let us know if you have any questions or need additional detail to offer renewal.

Thank you,

*Ami Seener*
Account Executive
Smith McGehee Insurance Solutions
222 South Central Avenue, Suite 700
Clayton, Missouri 63105
(314) 420-2457 Mobile
(314) 732-4474 Direct
(314) 394-1751 Fax
aseener@smis.com

**From:** Rebecca Lipes <rebecca.lipes@amwins.com>
**Sent:** Tuesday, March 16, 2021 6:35 PM
**To:** Ami Seener <aseener@smis.com>
**Cc:** Bethany Terry <bethany.terry@amwins.com>; Mike Misuraca <mmisuraca@smis.com>
**Subject:** RE: Financial Processing Services: 6/1/21

Hi Ami, thank you for reaching out.

If you can send over updated applications for the renewal policies that will help us provide renewal terms more quickly. I think last term we used color coding on the SOV to decipher which location applied to which policy.

Thanks,



**Rebecca Lipes**
Vice President, Amwins Access Insurance Services
**T** 417-890-2319 | **M** 417-389-7592 | **F** 877-570-9323
rebecca.lipes@amwins.com  |  View My LinkedIn Profile

Amwins
909 E Republic Road | Suite E100 | Springfield, MO 65807
Amwins.com

License #0I18107

Team Member: Bethany Terry Bethany.Terry@amwins.com

**CONFIDENTIAL**
**AXIS000446**

**From:** Ami Seener <aseener@smis.com>
**Sent:** Tuesday, March 16, 2021 3:02 PM
**To:** Rebecca Lipes <rebecca.lipes@amwins.com>; 'Bethany Gildemeister (IL)' <bgildemeister@CRCGroup.com>
**Cc:** Mike Misuraca <mmisuraca@smis.com>
**Subject:** Financial Processing Services: 6/1/21

Hello Rebecca/Bethany,

We have the renewal for Financial Processing Services coming up on 6/1/21 for the following policies:

    Property:
        VBA759170
        CF1565423

    General Liability:
        CPS7200926
        ESC71991

Please let us know what applications or information you will need from us.

Thank you,

*Ami Seener*
Account Executive
Smith McGehee Insurance Solutions
222 South Central Avenue, Suite 700
Clayton, Missouri 63105
(314) 420-2457 Mobile
(314) 732-4474 Direct
(314) 394-1751 Fax
aseener@smis.com

This e-mail and any attachments may contain information that is privileged or confidential and is meant solely for the use of person(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, you are not authorized to read, print, keep, copy or distribute this message, attachments, or any part of the same. If you have received this email in error, please immediately inform the author and permanently delete the original, all copies and any attachments of this email from your computer. Thank you amwins.com
 External: Sender is outside the Organization

**CONFIDENTIAL**
**AXIS000447**