# EXHIBIT B

## CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER