# EXHIBIT C

**Quote Number:** 5369164-1
**Name Insured:** Financial Processing Services, LLC
**DBA:** 1219 S Main, LLC
Warrenton West LLC
MACC-1, LLC
Sunset Shore Properties, LLC
964 Grandview, LLC
13397 Lake Front Dr LLC; Investors Property Holdings LLC; Financial Processing Services LLC; Tristar Property Associates, LLC
W109 Investment Company LLC
1881 S. New Florissant Rd, LLC
207 Reservoir LLC
300 S. Main Associates, LLC
305 N Main Street LLC
321 West Main, LLC
64 N Land & Cattle Company  LLC
Community Associates II LLC
Community School Preservation, LLC
Fosterburg-255 LLC
Gateway 100 Investors, LLC
Gateway Commerce Center JV II (GCC JVII)
Gateway Joint Ventures LLC & GCC East Board LLC
Glendale Investors LLC
Huntleigh Acquisitions, LLC
West Summit, LLC
Landing Associates LLC
Old Gray Summit, LLC
Park 370 Development LLC
Progress Point Village LLC
RAM Second Street Properties, LLC
Samoht Properties LLC
Sixty-five Market Place LLC
St. Charles South Main Associates LLC
Strach Church Road LLC
Street Car Investments, LLC
TriStar Properties, LLC
(GCCDC), Gateway Commerce Center Development Co Inc;  (GE717 )Gateway East 717 Owner, LLC Own)s 55

CONFIDENTIAL
AXIS000678

Tristar Wing LLC
Warrenton East LLC
Warren Center LLC
Midwest Holdings LLC
44-100, LLC
**Effective Date:** 6/1/2021
**Expiration Date:** 6/1/2022
**Market:** AXIS Insurance
**RBE:** AXIS Surplus Insurance Company
**UW:** Rebecca Lipes
**Carrier Portal ID:** 34653070286333

**General Liability Rating Worksheet**

**General Liability Limits**

| Type | Limit |
|---|---|
| General Aggregate | $2,000,000 |
| Products & Completed Operations | $2,000,000 |
| Each Occurrence | $1,000,000 |
| Personal & Advertising Injury | $1,000,000 |
| Damage to Rented Premises | $100,000 |
| Medical Expenses | $5,000 |

**General Liability Deductible**

| Type | Amount |
|---|---|
| None | |

**Last Updated Date:** 4/30/21 4:57 PM          **Last Rated Date:** 4/30/21 4:57 PM

**General Liability ISO Class Codes**

Location 1 - 920 S Main St, Saint Charles, MO 63301 ( Territory - MO-503: Remainder of State ) - Crime Index: 2

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (61217) Buildings or Premises-Bank or Office-Mercantile or Mfg. (Lessor's Risk Only)-Maintained by the Insured-Other Than Not-For-Profit | 2,500 | Area | Prem/Ops Rate = 60.2830<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 60.2830<br>Prod/Ops = Included | $151.00 |

Location 2 - 300 S Main St, Saint Charles, MO 63301 ( Territory - MO-503: Remainder of State ) - Crime Index: 2

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (60010) Apartment Buildings | 2 | Units | Prem/Ops Rate = 67.8340<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 67.8340<br>Prod/Ops = Included | $136.00 |
| (61217) Buildings or Premises-Bank or Office-Mercantile or Mfg. (Lessor's Risk Only)-Maintained by the Insured-Other Than Not-For-Profit | 1,592 | Area | Prem/Ops Rate = 60.2830<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 60.2830<br>Prod/Ops = Included | $96.00 |

Location 3 - Sec19/TWP 47N, Warrenton, MO 63383 ( Territory - MO-503: Remainder of State ) - Crime Index: 3

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 49 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $65.00 |

Location 4 - Highway T Franklin County, Union, MO 63084 ( Territory - MO-503: Remainder of State ) - Crime Index: 1

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 6 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $8.00 |

Location 5 - NE Quadrant Hwy 65 & J, Ozark, MO 65721 ( Territory - MO-503: Remainder of State ) - Crime Index: 2

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 12 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $16.00 |

Location 6 - St Charles MO, Saint Charles, MO 63301 ( Territory - MO-503: Remainder of State ) - Crime Index: 2

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|

**CONFIDENTIAL**

**AXIS000680**

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 6 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $8.00 |

Location 7 - 207 Reservoir Ave, Saint Charles, MO 63301 ( Territory - MO-503: Remainder of State ) - Crime Index: 2

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 1 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $1.00 |

Location 8 - 1881 s New Florissant rd, Florissant, MO 63031 ( Territory - MO-502: St. Louis ) - Crime Index: 4

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 1 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $1.00 |

Location 9 - Hwy 270/255 & Hwy 111, Village of Pontoon, Madison, IL 62060 ( Territory - IL-504: East St. Louis Area and Vicinity ) - Crime Index: 4

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 100 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $134.00 |

Location 10 - 12647 Olive Blvd, Suite 510, St. Louis, MO 63141 ( Territory - MO-502: St. Louis ) - Crime Index: 1

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (61224) Buildings or Premises-Office-Premises Occupied by Employees of the Insured-Other Than Not-For-Profit | 1,500 | Area | Prem/Ops Rate = 126.4830<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 126.4830<br>Prod/Ops = Included | $190.00 |

Location 11 - 964 Grandview Ln, Pacific, MO 63069 ( Territory - MO-503: Remainder of State ) - Crime Index: 2

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 49 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $65.00 |

Location 12 - Section 25, Township 45 North, Range 5 East of the Fifth Principal Meridian, 34/1 Lot 4 Section 25, Huntleigh, MO 63131 ( Territory - MO-502: St. Louis )

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 19 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $25.00 |

Location 13 - 2035 Old Gray Summit Rd, Pacific, MO 63069 ( Territory - MO-503: Remainder of State ) - Crime Index: 3

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 100 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $134.00 |

Location 14 - Interstate 44 & Hwy 100, Gray Summit, MO 63039 ( Territory - MO-503: Remainder of State ) - Crime Index: 3

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 54 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $72.00 |

Location 15 - Parcel #04-35-0-300-003, Lebanon, IL 62254 ( Territory - IL-514: Remainder of State ) - Crime Index: 1

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 20 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $27.00 |

Location 16 - Long Meadows Road, Pacific, MO 63039 ( Territory - MO-503: Remainder of State ) - Crime Index: 1

| Class Code | Exposure | Rating Basis | Rate/Premium | Mod | Adj Rate/Premium | Premium |
|---|---|---|---|---|---|---|
| (49451) Vacant Land-Other Than Not-For-Profit | 60 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | 1.000 | Prem/Ops Rate = 1.3360<br>Prod/Ops = Included | $80.00 |

|  |  |
|---|---|
| **General Liability Premium** | $1,209.00 |
| **Minimum Premium** | $500.00 |

**Additional Coverages**

| Description | Class | Limit | Exposure | Rate/Premium | Qty | Premium | Adjusted Premium |
|---|---|---|---|---|---|---|---|
| Increased Damages to Rented Premises Limit |  | Included/Included |  | Flat = $150 |  | $150.00 | $150.00 |

**CONFIDENTIAL**

**AXIS000682**

| | | | | | |
|---|---|---|---|---|---|
| Total Policy Aggregate | $5,000,000 | Flat = $271 | | $271.00 | $271.00 |
| Employee Benefits Liability | $1,000,000 | Flat = $250 | | $250.00 | $250.00 |
| Additional Insured - Managers Or Lessors Of Premises | | Included | 1 | $0.00 | $0.00 |
| Additional Insured - Designated Person Or Org | | Flat = $25 | 1 | $25.00 | $25.00 |

| | |
|---|---|
| **Additional Premium** | $696.00 |
| **Total GL Premium** | $1,905.00 |
| **Total Premium** | $1,905.00 |

**Additional Coverage Carrier Notes**

| General Liability | Additional Insured - Managers Or Lessors Of Premises | Cushman & Wakefield US, Inc.<br>575 Maryville Centre Dr, Ste 115<br>St. Louis, MO 63141 |
|---|---|---|

**CONFIDENTIAL**
**AXIS000683**