# EXHIBIT D

| | |
|---|---|
| **From:** | rebecca.lipes@amwins.com |
| **To:** | aseener@smis.com |
| **Cc:** | mmisuraca@smis.com; Marlene.Tucker@amwins.com |
| **Subject:** | Financial Processing Services, LLC - Quote (Renewal of ESC71991) |
| **Date:** | Wednesday, May 5, 2021 2:54:05 PM |
| **Attachments:** | FeeDisclosure_QUO_1_AXISSurplusInsuranceCompany.pdf |
| | Quote #5369164-1.pdf |
| | SurplusLinesDisclosure_AXISSurplu_53691641_.pdf |
| | 21-22 Landowners Supp Signed.pdf |
| | AmWINS Access - Habitational Supplement - 10.29.19.pdf |
| | State Packet - MO.pdf |

Dear Ami:

Please find the attached quotation for Financial Processing Services, LLC. Here is a summary of the terms and conditions:

| | |
|---|---|
| **INSURED:** | Financial Processing Services, LLC |
| **MAILING ADDRESS:** | 12647 Olive Blvd Ste 510<br>Saint Louis, MO 63141 |
| **CARRIER:** | AXIS Surplus Insurance Company (Non-Admitted) |
| **PROPOSED POLICY PERIOD:** | From 6/1/2021 to 6/1/2022<br>12:01 A.M. Standard Time at the Mailing Address shown above |
| **LINE OF BUSINESS:** | General Liability |
| **QUOTE EXPIRATION DATE:** | This quotation is valid for 30 days. |
| **POLICY PREMIUM:** | Premium $1,905.00<br>Fees $370.00<br>Surplus Lines Taxes and Fees $113.75<br>**Total $2,388.75** |
| **TRIA OPTIONS:** | TRIA can be purchased for an additional premium |
| **MINIMUM EARNED PREMIUM:** | 25% |
| **COMMISSION:** | 11.000% of premium excluding fees and taxes |
| **SUBJECTIVITIES:** | See attached |

## SURPLUS LINES TAX SUMMARY

**HOME STATE:**   Missouri

**PREMIUM ALLOCATION:**

| State | Premium | Percentage |
|---|---:|---:|
| Missouri | $1,744.00 | 91.549% |
| Illinois | $161.00 | 8.451% |
| **Total** | **$1,905.00** | **100.000%** |

**FEES:**

| Fee | Taxable | Amount |
|---|---|---:|
| Amwins Service Fee | Yes | $370.00 |
| **Total Fees** | | **$370.00** |

**SURPLUS LINES TAX CALCULATION:**

| State | Description | Taxable Premium | Taxable Fee | Tax Basis | Rate | Tax |
|---|---|---:|---:|---:|---:|---:|
| Missouri | Surplus Lines Tax | $1,905.00 | $370.00 | $2,275.00 | 5.000% | $113.75 |
| **Total Surplus Lines Taxes and Fees** | | | | | | **$113.75** |

**Important Notice:** Surplus Lines Tax Rates and Regulations are subject to change which could result in an increase or

**CONFIDENTIAL**

**AXIS000530**

    decrease of the total Surplus Lines Taxes and Fees owed on this placement. If a change is required, we will promptly notify you. Any additional taxes owed must be promptly remitted.

The attached Quotation from the carrier sets forth the coverage terms and conditions being offered. Please review carefully with your client as terms and conditions may differ from those requested in your submission. It is your responsibility to ensure the quoted coverage terms and conditions are sufficient to meet your client's coverage needs.

If after reviewing you should have any questions or requested changes, please let us know as soon as possible so we can discuss with the carrier prior to the effective date of coverage.

For financing options please contact Southbay Acceptance Finance Company (800) 393-2012 contact@sbac-finance.com or by visiting www.SBAC-finance.com.

**CONFIDENTIAL**
**AXIS000531**