# EXHIBIT E



Amwins Access Insurance Services, LLC
909 East Republic Road
Unit E-200
Springfield, MO 65807

*amwins.com*

Ami Seener
Smith McGehee Insurance Solutions
222 South Central Ave
Suite 700
Clayton, MO 63105

RE:	Financial Processing Services, LLC
	General Liability
	Proposed Policy Term: 6/1/2021 to 6/1/2022

The captioned placement will include a fee charged by Amwins.  This fee in in addition to premium charged for insurance and commission paid to Amwins by insurance carriers.  This fee will be separately itemized on quotes, binders, and invoices provided by Amwins.  You are under no obligation to use Amwins for the placement of any insurance.

It is your responsibility to obtain consent of the insured to charge fees and to make applicable disclosures to the insured as required by law.

Page 1 of 1

**CONFIDENTIAL
AXIS000532**



# General Liability Quote

Quote #: 5369164-1
Expires: 7/1/2021
Transaction Type: Renewal
Expiring Policy Number: ESC71991

April 30, 2021

Ami Seener
Smith McGehee Insurance Solutions
222 South Central Ave
Suite 700
Clayton, MO 63105

**Access**
909 East Republic Road
Unit E-200
Springfield, MO 65807

T  417.890.2319
F  877.570.9323

## Overview

We are pleased to offer the following quotation for General Liability insurance. Please review this quotation carefully, as the terms and conditions offered may be different than requested. A specimen copy of the policy is available at your request.

**CONFIDENTIAL**
AXIS000533



Quote Number: 5369164-1
Financial Processing Services, LLC

| | | | | |
|---|---|---|---|---|
| **PROPOSED POLICY PERIOD:** | From 6/1/2021 to 6/1/2022 | | Premium: | $1,905.00 |
| **CARRIER:** | AXIS Surplus Insurance Company<br>**View A.M. Best Rating** | | Fees*: | $370.00 |
| | | | Taxes**: | $113.75 |
| **APPLICANT:** | Financial Processing Services, LLC | | **Total:** | **$2,388.75** |

State Tax and fees are subject to change due to state legislation at the time of binding.

**DBA:**

1219 S Main, LLC
Warrenton West LLC
MACC-1, LLC
Sunset Shore Properties, LLC
964 Grandview, LLC
13397 Lake Front Dr LLC;
Investors Property Holdings LLC;
Financial Processing Services LLC; Tristar Property Associates, LLC
W109 Investment Company LLC
1881 S. New Florissant Rd, LLC
207 Reservoir LLC
300 S. Main Associates, LLC
305 N Main Street LLC
321 West Main, LLC
64 N Land & Cattle Company  LLC
Community Associates II LLC
Community School Preservation, LLC
Fosterburg-255 LLC
Gateway 100 Investors, LLC
Gateway Commerce Center JV II (GCC JVII)
Gateway Joint Ventures LLC & GCC East Board LLC
Glendale Investors LLC
Huntleigh Acquisitions, LLC
West Summit, LLC
Landing Associates LLC
Old Gray Summit, LLC
Park 370 Development LLC
Progress Point Village LLC
RAM Second Street Properties, LLC
Samoht Properties LLC
Sixty-five Market Place LLC
St. Charles South Main Associates LLC
Strach Church Road LLC
Street Car Investments, LLC

**CONFIDENTIAL
AXIS000534**



Quote Number: 5369164-1
Financial Processing Services, LLC

TriStar Properties, LLC
(GCCDC), Gateway Commerce
Center Development Co Inc;
(GE717 )Gateway East 717
Owner, LLC  Own)s 55
Tristar Wing LLC
Warrenton East LLC
Warren Center LLC
Midwest Holdings LLC
44-100, LLC

**MAILING ADDRESS:**   12647 Olive Blvd Ste 510
Saint Louis, MO 63141

**COMMISSION:**   11.0000%

**MINIMUM EARNED PREMIUM:**   25.00%

**Terrorism:** Terrorism Coverage can be purchased for an additional premium of $100.00 plus applicable taxes and fees. Signed acceptance/rejection required at binding.

*Disclaimer:  Nothing contained herein constitutes nor is intended to constitute a binder for insurance coverage.  No binder or insurance policy goes into effect unless and until confirmed by us.  Note any proposal of insurance we may present to you will be based upon the values developed and exposures to loss disclosed to us.  All coverages are subject to the terms conditions and exclusions of the actual policy issued.*

**CONFIDENTIAL
AXIS000535**



Quote Number: 5369164-1
Financial Processing Services, LLC

# General Liability Coverage

## Limits

| Type | Limit |
|---|---:|
| General Aggregate | $2,000,000 |
| Products & Completed Operations | $2,000,000 |
| Each Occurrence | $1,000,000 |
| Personal & Advertising Injury | $1,000,000 |
| Damage to Rented Premises | $100,000 |
| Medical Expenses | $5,000 |

## Deductible

| Type | Amount |
|---|---|
| None | |



Quote Number: 5369164-1
Financial Processing Services, LLC

## Class Codes

| Territory | Class Code | Description | Exposure | Basis | Rate | Premium |
|---|---|---|---|---|---|---|
| MO-503: Remainder of State | 61217 | 920 S Main St Rated As (61217) Buildings or Premises-Bank or Office-Mercantile or Mfg. (Lessor's Risk Only)-Maintained by the Insured-Other Than Not-For-Profit | 2,500 | Area | Prem/Ops Rate = 60.2830 Prod/Ops Rate = Included | $151.00 |
| MO-503: Remainder of State | 60010 | 300 S Main St Rated As (60010) Apartment Buildings | 2 | Units | Prem/Ops Rate = 67.8340 Prod/Ops Rate = Included | $136.00 |
| MO-503: Remainder of State | 61217 | 300 S Main St Rated As (61217) Buildings or Premises-Bank or Office-Mercantile or Mfg. (Lessor's Risk Only)-Maintained by the Insured-Other Than Not-For-Profit | 1,592 | Area | Prem/Ops Rate = 60.2830 Prod/Ops Rate = Included | $96.00 |
| MO-503: Remainder of State | 49451 | Sec19/TWP 47N Rated As (49451) Vacant Land-Other Than Not-For-Profit | 49 | Each Acre | Prem/Ops Rate = 1.3360 Prod/Ops Rate = Included | $65.00 |
| MO-503: Remainder of State | 49451 | Highway T Franklin County Rated As (49451) Vacant Land-Other Than Not-For-Profit | 6 | Each Acre | Prem/Ops Rate = 1.3360 Prod/Ops Rate = Included | $8.00 |
| MO-503: Remainder of State | 49451 | NE Quadrant Hwy 65 & J Rated As (49451) Vacant Land-Other Than Not-For-Profit | 12 | Each Acre | Prem/Ops Rate = 1.3360 Prod/Ops Rate = Included | $16.00 |
| MO-503: Remainder of State | 49451 | St Charles MO Rated As (49451) Vacant Land-Other Than Not-For-Profit | 6 | Each Acre | Prem/Ops Rate = 1.3360 Prod/Ops Rate = Included | $8.00 |
| MO-503: Remainder of State | 49451 | 207 Reservoir Ave Rated As (49451) Vacant Land-Other Than Not-For-Profit | 1 | Each Acre | Prem/Ops Rate = 1.3360 Prod/Ops Rate = Included | $1.00 |
| MO-502: St. Louis | 49451 | 1881 s New Florissant rd Rated As (49451) Vacant Land-Other Than Not-For-Profit | 1 | Each Acre | Prem/Ops Rate = 1.3360 Prod/Ops Rate = Included | $1.00 |
| IL-504: East St. Louis Area and Vicinity | 49451 | Hwy 270/255 & Hwy 111 (Village of Pontoon) Rated As (49451) Vacant Land-Other Than Not-For-Profit | 100 | Each Acre | Prem/Ops Rate = 1.3360 Prod/Ops Rate = Included | $134.00 |
| MO-502: St. Louis | 61224 | 12647 Olive Blvd, Suite 510 Rated As (61224) Buildings or Premises-Office-Premises Occupied by Employees of the Insured-Other Than Not-For-Profit | 1,500 | Area | Prem/Ops Rate = 126.4830 Prod/Ops Rate = Included | $190.00 |



Quote Number: 5369164-1
Financial Processing Services, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| MO-503: Remainder of State | 49451 | 964 Grandview Ln<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 49 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $65.00 |
| MO-502: St. Louis | 49451 | Section 25, Township 45 North, Range 5 East of the Fifth Principal Meridian (34/1 Lot 4 Section 25)<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 19 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $25.00 |
| MO-503: Remainder of State | 49451 | 2035 Old Gray Summit Rd<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 100 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $134.00 |
| MO-503: Remainder of State | 49451 | Interstate 44 & Hwy 100<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 54 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $72.00 |
| IL-514: Remainder of State | 49451 | Parcel #04-35-0-300-003<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 20 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $27.00 |
| MO-503: Remainder of State | 49451 | Long Meadows Road<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 60 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $80.00 |

## Additional Coverages

| Additional Coverage | Details | Premium |
|---|---|---|
| Increased Damages to Rented Premises Limit | Aggregate: Included<br>Per Occurrence: Included | $150.00 |
| Employee Benefits Liability | Aggregate: $1,000,000<br>Each Employee Limit: $1,000,000<br>Deductible: $1,000<br>Number of Employees: 1 - 50 Employees | $250.00 |
| Total Policy Aggregate | Aggregate: $5,000,000 | $271.00 |
| Additional Insured - Managers Or Lessors Of Premises | Qty: 1<br>Cushman & Wakefield US, Inc.<br>575 Maryville Centre Dr, Ste 115<br>St. Louis, MO 63141 | Included |
| Additional Insured - Designated Person Or Org | Qty: 1 | $25.00 |

CONFIDENTIAL
AXIS000538



Quote Number: 5369164-1
Financial Processing Services, LLC

# Forms

| Form | Edition | Description |
|---|---|---|
| AX0103 | (04/15) | Surplus Lines Broker Statement |
| AX0105 | (03/16) | Policyholder Notice |
| AX0106 | (04/15) | Service of Suit |
| AX1730 | (06/18) | Minimum Earned Premium Endorsement |
| AX906 | (03/16) | Policyholder Notice - Economic and Trade Sanctions (OFAC) |
| IL0017 | (11/98) | Common Policy Conditions |
| TRIADC | (01/15) | Policyholder Disclosure - Notice of Terrorism Insurance Coverage - TRIA Declined |
| AX0412 | (04/17) | Fracturing Exclusion |
| AX1011334 | (08/19) | Dangerous Animal Exclusion – Non-Service/Non-Emotional Support |
| AX1011955 | (01/19) | Aircraft, Auto or Watercraft Exclusion |
| AX1319 | (12/17) | Failure To Comply With The American Disabilities Act Exclusion |
| AX1325 | (12/17) | Diving Board And Swimming Pool Slide Exclusion |
| AX1621 | (03/18) | Real Estate Development Activities Exclusion |
| AX1622 | (03/18) | Marijuana/Cannabis Exclusion |
| AXIS 1011980 | (11/19) | Classification Limitation Endorsement |
| CG0001 | (04/13) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0435 | (12/07) | Employee Benefits Liability Coverage |
| CG2011 | (04/13) | Additional Insured - Managers Or Lessors Of Premises |
| CG2026 | (04/13) | Additional Insured - Designated Person Or Org |
| GCC II Board LLC | | |
| CG2104 | (11/85) | Exclusion - Products Completed |
| CG2107 | (05/14) | Exclusion - Access Or Disclosure Of Confidential Or Pi And Data Related Liability Ltd Bi Except Not Included |
| CG2109 | (06/15) | Exclusion - Unmanned Aircraft |
| CG2116 | (04/13) | Exclusion - Designated Professional Services |
| CG2132 | (05/09) | Communicable Disease |
| CG2139 | (10/93) | Contractual Liab Limitation (GCL And Products) |
| CG2144 | (04/17) | Limitation Of Coverage To Designated Premises Or Project |
| CG2147 | (07/98) | Employment Related Practices Exclusion |
| CG2149 | (09/99) | Total Pollution Exclusion Endorsement |
| CG2167 | (12/04) | Fungi Or Bacteria Exclusion |
| CG2173 | (01/15) | Exclusion Of Certified Acts Of Terrorism |
| CGDS15 | (01/02) | Commercial General Liability Declarations |
| IL0021 | (09/08) | Nuclear Energy Liability Exclusion Endorsement |
| SI105 | (07/17) | TOTAL POLICY GENERAL AGGREGATE (Per Location Aggregate) |
| SI222 | (09/15) | Asbestsos Exclusion |

CONFIDENTIAL
AXIS000539



Quote Number: 5369164-1
Financial Processing Services, LLC

| SI223 | (09/15) | Cross Suits Exclusion |
|---|---|---|
| SI224 | (09/15) | EIFS Exclusion |
| SI226 | (09/15) | Lead Exclusion |
| SI229 | (09/15) | Silica Exclusion |

## Required to Bind

| |
|---|
| Completed and signed ACORD applications. |
| Completed and signed company supplemental application (attached). |
| Completed and signed TRIA form (attached). |
| Completed Surplus Lines Due Diligence packet (attached). |
| If applicable, sign and return the Fee Disclosure Form (attached). |
| Subject to favorable inspection and compliance with recommendations |
| Subject to commercial tenants being required to carry equal or greater GL limits, and name our insured as AI/hold-harmless (Insured must keep COIs on file) |
| Based on no student or senior housing |
| Based on no development or other activities at vacant land |
| Only Named Insureds for scheduled locations should be listed on Acord application |

## Conditions

| |
|---|
| This quote is based on expiring policy information and exposures, if there have been any changes this quote may be subject to revision. |
| The insured's premises and operations are subject to inspection and compliance with any resulting recommendations. |
| Premium charges for Additional Insured(s) and Waiver of Subrogation may be fully earned at inception. |
| Unless otherwise indicated, premium is due within 20 days of binding. Premiums not received within this time period may result in Notice of Cancellation. |
| This is the premium due at inception. The final premium will be determined after an audit of the insured's records. Final adjustments to the premium will be made according to the rate(s) on the policy. Adjustments will only be made for Additional Premiums. No return premium shall be forthcoming. |
| Once the policy is bound some premium will be earned (as reflected in minimum earned premium). There are no flat Cancellations allowed. |
| Fees are fully earned at inception. |
| Quote Terms & Conditions are subject to no new losses prior to binding. |

## *Fees

| State | Fee | Taxable | Amount |
|---|---|---|---|
| MO | Amwins Service Fee | Yes | $370.00 |
| **Total Fees Due** | | | $370.00 |

April 30, 2021

Page 8 of 9

**CONFIDENTIAL**
**AXIS000540**



Quote Number: 5369164-1
Financial Processing Services, LLC

## **Taxes**

| State | Description | Taxable Premium | Taxable Fee | Tax Basis | Rate | Amount |
|---|---|---|---|---|---|---|
| MO | Tax | $1,905.00 | $370.00 | $2,275.00 | 5.000% | $113.75 |
| **Total Surplus Lines Taxes Due** | | | | | | **$113.75** |

Sincerely,

**Rebecca Lipes**
Vice President  |  Amwins Access Insurance Services, LLC
T  417.890.2319  |  F  877.570.9323  |  rebecca.lipes@amwins.com
909 East Republic Road  |  Unit E-200  |  Springfield, MO 65807  |  amwins.com

An Amwins Group Company
CA License# 0I18107

April 30, 2021

Page 9 of 9

**CONFIDENTIAL
AXIS000541**