# EXHIBIT F

| | |
|---|---|
| **From:** | victoria.edmonds@amwins.com |
| **To:** | aseener@smis.com |
| **Cc:** | mmisuraca@smis.com |
| **Subject:** | Financial Processing Services, LLC - Binder â€" ESC90071 |
| **Date:** | Tuesday, June 1, 2021 10:37:02 AM |
| **Attachments:** | Invoice_9684262.pdf |
| | Axis GL Binder.pdf |

Dear Ami,

In accordance with your instructions to bind coverage, please find the attached General Liability Binder for Financial Processing Services, LLC.

The attached Binder sets out the precise coverage terms and conditions being bound. Please review this information carefully. If after review, you find any errors, please contact us immediately to discuss.

Should you have any questions or need anything further, please feel free to contact me.

Thank you for your business. We truly appreciate it.
Sincerely,

**Victoria Edmonds**

Client Service Specialist | Amwins Group - Client Services
**T** 800.829.7330 | **F** | victoria.edmonds@amwins.com
4725 Piedmont Row Drive | Suite 600 | Charlotte, NC 28210 | amwins.com

On behalf of,

**Rebecca Lipes**

Vice President | Amwins Access Insurance Services, LLC
**T** 417.890.2319 | **F** 877.570.9323 | rebecca.lipes@amwins.com
909 East Republic Road | Unit E-200 | Springfield, MO 65807 | amwins.com

An AmWINS Group Company
CA License# 0I18107

**CONFIDENTIAL**
**AXIS000572**