# EXHIBIT G



*Invoice*

Amwins Access Insurance Services, LLC
909 East Republic Road
Unit E-200
Springfield, MO 65807
License #L081820
**(Remittance Instructions Below)**

Smith McGehee Insurance Solutions
222 South Central Ave
Suite 700
Clayton, MO 63105

| | |
|---|---:|
| **Policy Number** | ESC90071 |
| **Invoice Number** | 9684262 |
| Invoice Date | 5/26/2021 |
| Policy Period | 6/1/2021 - 6/1/2022 |

**Insured:** Financial Processing Services, LLC    **Company:** AXIS Surplus Insurance Company (NAIC# 26620)

| | |
|---|---:|
| Gross Premium | $1,905.00 |
| Less: 11.000% commission | ($209.55) |
| Fees (see detail below) | $370.00 |
| Surplus Lines Taxes (see detail below) | $113.75 |
| **Net Amount Due** | **$2,179.20** |

**Due Date: 6/21/2021**

## Payment Instructions

| **Mail Check To** | **Wiring/ACH Instructions** | **Overnight/Express Mail** |
|---|---|---|
| AmWINS Access Insurance Services, LLC<br>P.O. Box 603094<br>Charlotte, NC 28260-3094 | Bank Name: Wells Fargo Bank<br>ABA: 121000248<br>Account Name: AmWINS Access Insurance Services, LLC<br>Account No: 4122876329 | AmWINS Access Insurance Services, LLC<br>Lockbox Services Ref. 603094<br>1525 West WT Harris Blvd. - 2C2<br>Charlotte, NC 28262 |

**For questions regarding this invoice, please contact:**

| **Accounting Contact** | **Invoice Created By** |
|---|---|
| Audrey Ross | Victoria Edmonds |
| 704.944.6590 \| audrey.ross@amwins.com | 800.829.7330 \| victoria.edmonds@amwins.com |

### PREMIUM AND TAX SUMMARY

**HOME STATE:**    Missouri

**PREMIUM ALLOCATION:**

| State | Premium | Percentage |
|---|---:|---:|
| Missouri | $1,744.00 | 91.549% |
| Illinois | $161.00 | 8.451% |
| Total | $1,905.00 | 100.000% |

**FEES:**

| Fee | Taxable | Amount |
|---|---|---:|
| Amwins Service Fee | Yes | $370.00 |
| | Total | $370.00 |
| **Total Fees** | | **$370.00** |

Page 1 of 2

**CONFIDENTIAL**
**AXIS000573**

**SURPLUS LINES TAX CALCULATION:**

| Description | Taxable Premium | Taxable Fee | Tax Basis | Rate | Tax |
|---|---|---|---|---|---|
| **Missouri** | | | | | |
| Surplus Lines Tax | $1,905.00 | $370.00 | $2,275.00 | 5.000% | $113.75 |
| | | | | Total | **$113.75** |
| **Total Surplus Lines Taxes and Fees** | | | | | **$113.75** |

**CONFIDENTIAL**
**AXIS000574**



# General Liability Binder

May 26, 2021

Ami Seener
Smith McGehee Insurance Solutions
222 South Central Ave
Suite 700
Clayton, MO 63105

Expires: 8/30/2021
Transaction Type: Renewal
Expiring Policy Number: ESC71991

**Access**
909 East Republic Road
Unit E-200
Springfield, MO 65807

T  417.890.2319
F  877.570.9323

## Overview

We have received the following General Liability Binder for the captioned insured. Please review carefully and advise at your earliest convenience.

This is evidence of insurance procured and developed under the Missouri Surplus Lines Laws. It is NOT covered by the Missouri Insurance Guaranty Association. The insurer is not licensed by the state of Missouri and is not subject to its supervision.
 Surplus Lines Licensee Name: _____*James A Gresham*_____



Policy Number: ESC90071
Financial Processing Services, LLC

| | | | |
|---|---|---|---|
| **POLICY NUMBER:** | ESC90071 | Premium: | $1,905.00 |
| **POLICY PERIOD:** | From 6/1/2021 to 6/1/2022 | Fees*: | $370.00 |
| **CARRIER:** | AXIS Surplus Insurance Company<br>**View A.M. Best Rating** | Taxes**: | $113.75 |
| | | **Total:** | **$2,388.75** |
| **APPLICANT:** | Financial Processing Services, LLC | | |

State Tax and fees are subject to change due to state legislation at the time of binding.

**DBA:** Old Gray Summit, LLC
Park 370 Development LLC
Progress Point Village LLC
RAM Second Street Properties, LLC
Samoht Properties LLC
Sixty-five Market Place LLC
Midwest Holdings LLC
St. Charles South Main Associates LLC
Street Car Investments, LLC
TriStar Properties, LLC
Tristar Wing LLC
W109 Investment Company LLC
Warren Center LLC
Warrenton East LLC
Strach Church Road LLC
(GCCDC), Gateway Commerce Center Development Co Inc;
(GE717 )Gateway East 717 Owner, LLC  Own)s 55
MACC-1, LLC
Huntleigh Acquisitions, LLC
1219 S Main, LLC
13397 Lake Front Dr LLC;
Investors Property Holdings LLC;
Financial Processing Services LLC; Tristar Property Associates, LLC
1881 S. New Florissant Rd, LLC
207 Reservoir LLC
300 S. Main Associates, LLC
305 N Main Street LLC
Landing Associates LLC
321 West Main, LLC
64 N Land & Cattle Company  LLC
964 Grandview, LLC
Community School Preservation, LLC
Fosterburg-255 LLC
Gateway Commerce Center JV II (GCC JVII)

May 26, 2021

Page 2 of 9

**CONFIDENTIAL
AXIS000576**



Policy Number: ESC90071
Financial Processing Services, LLC

Gateway Joint Ventures LLC &
GCC East Board LLC
44-100, LLC
West Summit, LLC

**MAILING ADDRESS:**   12647 Olive Blvd Ste 510
Saint Louis, MO 63141

**COMMISSION:**   11.0000%

**MINIMUM EARNED PREMIUM:** 25.00%

**CONFIDENTIAL
AXIS000577**



Policy Number: ESC90071
Financial Processing Services, LLC

# General Liability Coverage

## Limits

| Type | Limit |
|---|---:|
| General Aggregate | $2,000,000 |
| Products & Completed Operations | $2,000,000 |
| Each Occurrence | $1,000,000 |
| Personal & Advertising Injury | $1,000,000 |
| Damage to Rented Premises | $100,000 |
| Medical Expenses | $5,000 |

## Deductible

| Type | Amount |
|---|---:|
| None | |



## Class Codes

| Territory | Class Code | Description | Exposure | Basis | Rate | Premium |
|---|---|---|---|---|---|---|
| MO-503: Remainder of State | 61217 | 920 S Main St<br>Rated As (61217) Buildings or Premises-Bank or Office-Mercantile or Mfg. (Lessor's Risk Only)-Maintained by the Insured-Other Than Not-For-Profit | 2,500 | Area | Prem/Ops Rate = 60.2830<br>Prod/Ops Rate = Included | $151.00 |
| MO-503: Remainder of State | 60010 | 300 S Main St<br>Rated As (60010) Apartment Buildings | 2 | Units | Prem/Ops Rate = 67.8340<br>Prod/Ops Rate = Included | $136.00 |
| MO-503: Remainder of State | 61217 | 300 S Main St<br>Rated As (61217) Buildings or Premises-Bank or Office-Mercantile or Mfg. (Lessor's Risk Only)-Maintained by the Insured-Other Than Not-For-Profit | 1,592 | Area | Prem/Ops Rate = 60.2830<br>Prod/Ops Rate = Included | $96.00 |
| MO-503: Remainder of State | 49451 | Sec19/TWP 47N<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 49 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $65.00 |
| MO-503: Remainder of State | 49451 | Highway T Franklin County<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 6 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $8.00 |
| MO-503: Remainder of State | 49451 | NE Quadrant Hwy 65 & J<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 12 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $16.00 |
| MO-503: Remainder of State | 49451 | St Charles MO<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 6 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $8.00 |
| MO-503: Remainder of State | 49451 | 207 Reservoir Ave<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 1 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $1.00 |
| MO-502: St. Louis | 49451 | 1881 s New Florissant rd<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 1 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $1.00 |
| IL-504: East St. Louis Area and Vicinity | 49451 | Hwy 270/255 & Hwy 111 (Village of Pontoon)<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 100 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $134.00 |
| MO-502: St. Louis | 61224 | 12647 Olive Blvd, Suite 510<br>Rated As (61224) Buildings or Premises-Office-Premises Occupied by Employees of the Insured-Other Than Not-For-Profit | 1,500 | Area | Prem/Ops Rate = 126.4830<br>Prod/Ops Rate = Included | $190.00 |
| MO-503: Remainder of State | 49451 | 964 Grandview Ln<br>Rated As (49451) Vacant Land-Other Than Not-For-Profit | 49 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $65.00 |



Policy Number: ESC90071
Financial Processing Services, LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| MO-502: St. Louis | 49451 | Section 25, Township 45 North, Range 5 East of the Rated As (49451) Vacant Land-Other Than Not-For-Profit | 19 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $25.00 |
| MO-503: Remainder of State | 49451 | 2035 Old Gray Summit Rd Rated As (49451) Vacant Land-Other Than Not-For-Profit | 100 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $134.00 |
| MO-503: Remainder of State | 49451 | Interstate 44 & Hwy 100 Rated As (49451) Vacant Land-Other Than Not-For-Profit | 54 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $72.00 |
| IL-514: Remainder of State | 49451 | Parcel #04-35-0-300-003 Rated As (49451) Vacant Land-Other Than Not-For-Profit | 20 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $27.00 |
| MO-503: Remainder of State | 49451 | Long Meadows Road Rated As (49451) Vacant Land-Other Than Not-For-Profit | 60 | Each Acre | Prem/Ops Rate = 1.3360<br>Prod/Ops Rate = Included | $80.00 |

## Additional Coverages

| Additional Coverage | Details | Premium |
|---|---|---|
| Increased Damages to Rented Premises Limit | Aggregate: Included<br>Per Occurrence: Included | $150.00 |
| Employee Benefits Liability | Aggregate: $1,000,000<br>Each Employee Limit: $1,000,000<br>Deductible: $1,000<br>Number of Employees: 1 - 50 Employees | $250.00 |
| Total Policy Aggregate | Aggregate: $5,000,000 | $271.00 |
| Additional Insured - Managers Or Lessors Of Premises | Qty: 1<br>Cushman & Wakefield US, Inc.<br>575 Maryville Centre Dr, Ste 115<br>St. Louis, MO 63141 | Included |
| Additional Insured - Designated Person Or Org | Qty: 1 | $25.00 |

CONFIDENTIAL
AXIS000580



Policy Number: ESC90071
Financial Processing Services, LLC

# Forms

| Form | Edition | Description |
| --- | --- | --- |
| AX0103 | (04/15) | Surplus Lines Broker Statement |
| AX0105 | (03/16) | Policyholder Notice |
| AX0106 | (04/15) | Service of Suit |
| AX1730 | (06/18) | Minimum Earned Premium Endorsement |
| AX906 | (03/16) | Policyholder Notice - Economic and Trade Sanctions (OFAC) |
| IL0017 | (11/98) | Common Policy Conditions |
| TRIADC | (01/15) | Policyholder Disclosure - Notice of Terrorism Insurance Coverage - TRIA Declined |
| AX0412 | (04/17) | Fracturing Exclusion |
| AX1011334 | (08/19) | Dangerous Animal Exclusion – Non-Service/Non-Emotional Support |
| AX1011955 | (01/19) | Aircraft, Auto or Watercraft Exclusion |
| AX1319 | (12/17) | Failure To Comply With The American Disabilities Act Exclusion |
| AX1325 | (12/17) | Diving Board And Swimming Pool Slide Exclusion |
| AX1621 | (03/18) | Real Estate Development Activities Exclusion |
| AX1622 | (03/18) | Marijuana/Cannabis Exclusion |
| AXIS 1011980 | (11/19) | Classification Limitation Endorsement |
| CG0001 | (04/13) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG0435 | (12/07) | Employee Benefits Liability Coverage |
| CG2011 | (04/13) | Additional Insured - Managers Or Lessors Of Premises |
| CG2026 | (04/13) | Additional Insured - Designated Person Or Org |
| GCC II Board LLC | | |
| CG2104 | (11/85) | Exclusion - Products Completed |
| CG2107 | (05/14) | Exclusion - Access Or Disclosure Of Confidential Or Pi And Data Related Liability Ltd Bi Except Not Included |
| CG2109 | (06/15) | Exclusion - Unmanned Aircraft |
| CG2116 | (04/13) | Exclusion - Designated Professional Services |
| CG2132 | (05/09) | Communicable Disease |
| CG2139 | (10/93) | Contractual Liab Limitation (GCL And Products) |
| CG2144 | (04/17) | Limitation Of Coverage To Designated Premises Or Project |
| CG2147 | (07/98) | Employment Related Practices Exclusion |
| CG2149 | (09/99) | Total Pollution Exclusion Endorsement |
| CG2167 | (12/04) | Fungi Or Bacteria Exclusion |
| CG2173 | (01/15) | Exclusion Of Certified Acts Of Terrorism |
| CGDS15 | (01/02) | Commercial General Liability Declarations |
| IL0021 | (09/08) | Nuclear Energy Liability Exclusion Endorsement |
| SI105 | (07/17) | TOTAL POLICY GENERAL AGGREGATE (Per Location Aggregate) |
| SI222 | (09/15) | Asbestsos Exclusion |
| SI223 | (09/15) | Cross Suits Exclusion |
| SI224 | (09/15) | EIFS Exclusion |

May 26, 2021

Page 7 of 9

CONFIDENTIAL
AXIS000581



Policy Number: ESC90071
Financial Processing Services, LLC

On behalf of,

**Rebecca Lipes**
Vice President  |  Amwins Access Insurance Services, LLC
**T**  417.890.2319  |  **F**  877.570.9323  |  rebecca.lipes@amwins.com
909 East Republic Road  |  Unit E-200  |  Springfield, MO 65807  |  amwins.com

An Amwins Group Company
CA License# 0I18107

May 26, 2021                                                                                                                    Page 9 of 9

**CONFIDENTIAL**
**AXIS000583**