# EXHIBIT H

| | |
|---|---|
| **From:** | Ami Seener |
| **To:** | Bethany Terry |
| **Cc:** | Mike Misuraca; Rebecca Lipes |
| **Subject:** | Financial Processing Services: Add/Delete Vacant Land |
| **Date:** | Tuesday, June 29, 2021 12:11:09 PM |

Hello Bethany,

Effective 6/25/21, please make the following changes:

GL: CPS7372216 – Delete 26 acres from location #13 – so from 470 acres to 444 acres

GL: ESC90071 – Add 26 acres of vacant land –will be eventually developed, but currently vacant
     Location: E-1255, W. SAND RD., N. 1-270, S. Hwy 270-255 + Hwy 111 EDWARDSVILLE IL 62025
     Add Named Insured: Gateway 210 Owner, LLC

Please let us know if you have any questions.

Thank you,

*Ami Seener*

Account Executive
**Smith McGehee Insurance Solutions**
222 South Central Avenue, Suite 700
Clayton, Missouri 63105
(314) 420-2457 Mobile
(314) 732-4474 Direct
(314) 394-1751 Fax
aseener@smis.com

**CONFIDENTIAL**
**AXIS000687**