UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 4:22-CV-00328-AGF |
| TRISTAR COMPANIES, LLC, ) ) ) | |
| Defendant. ) | |

# **ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that the parties' joint motion to vacate the referral to alternative dispute resolution is **GRANTED**.  Doc. No. 46.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2022.