UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) |
| v. | ) Case No. 4:22-CV-00328-AGF |
| TRISTAR COMPANIES, LLC, | )<br>)<br>) |
| Defendant/Counter-Plaintiff. | )<br>) |

# DECLARATORY JUDGMENT

Pursuant to the Memorandum and Order filed herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Declaratory Judgment is entered on behalf of Plaintiff/Counter-Defendant Axis Surplus Insurance Company and against Defendant/Counter-Plaintiff TriStar Companies, LLC.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Judgment is entered on behalf of Plaintiff/Counter-Defendant Axis Surplus Insurance Company and against Defendant/Counter-Plaintiff TriStar Companies, LLC on all counterclaims.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 10th day of February, 2023.