## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | Case No. 4:22-CV-00328-AGF |
| TRISTAR COMPANIES, LLC, | ) ) | |
| Defendant/Counter-Plaintiff | ) | |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant/Counter-Plaintiff Tristar Companies, LLC, appeals to the United States Court of Appeals for the Eighth Circuit the District Court's February 10, 2023, Memorandum and Order (Dkt. #65), and Declaratory Judgment (Dkt. #66), which collectively adjudicate all claims, rights, and liabilities of the parties.

Date March 8, 2023.

**BLITZ, BARDGETT & DEUTSCH, LC**

By:    */s/ Christopher O. Bauman*
Robert D. Blitz #24387
Christopher O. Bauman #52480
Blitz, Bardgett & Deutsch, L.C.
120 South Central Ave., Suite 1500
St. Louis, Missouri 63105
314-863-1500 (office)
314-863-1877 (facsimile)
rblitz@bbdlc.com
cbauman@bbdlc.com

*Attorneys for TriStar Companies, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on March 8, 2023, the foregoing was served via the

Court's CM/ECF system on all counsel of record.

*/s/ Christopher O. Bauman*