**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | Case No. 4:22-CV-00328-AGF |
| TRISTAR COMPANIES, LLC, | ) ) | |
| Defendant/Counter-Plaintiff | ) | |

## DEFENDANT'S NOTICE OF NO TRANSCRIPT ON APPEAL

Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure,

Defendant/Appellant Tristar Companies, LLC, hereby gives notice that no transcript of

proceedings will be ordered in connection with the appeal.

Date March 8, 2023.

**BLITZ, BARDGETT & DEUTSCH, LC**

By:     */s/ Christopher O. Bauman*
Robert D. Blitz #24387
Christopher O. Bauman #52480
Blitz, Bardgett & Deutsch, L.C.
120 South Central Ave., Suite 1500
St. Louis, Missouri 63105
314-863-1500 (office)
314-863-1877 (facsimile)
rblitz@bbdlc.com
cbauman@bbdlc.com

*Attorneys for TriStar Companies, LLC*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 8, 2023, the foregoing was served via the Court's CM/ECF system on all counsel of record.

*/s/ Christopher O. Bauman*